MARC M. SELTZER, SBN 54534
mseltzer@susmangodfrey.com
KRYSTA KAUBLE PACHMAN, SBN 280951
kpachman@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

ROBERT A. CURTIS, SBN 203870
rcurtis@foleybezek.com
KEVIN D. GAMARNIK, SBN 274335
kgamarnik@foleybezek.com
AARON L. ARNDT, SBN 290748
aarndt@foleybezek.com
JORDAN A. LIEBMAN, SBN 317930
liebman@foleybezek.com
FOLEY BEZEK BEHLE
 & CURTIS, LLP
15 West Carrillo Street
Santa Barbara CA 93101
Telephone: (805) 962-9495
Facsimile: (805) 962-0722

*Attorneys for Movants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN A. FELIPE, individually as administrator of the CHRISTIAN A. FELIPE CONTRIBUTORY IRA, and on Behalf of Similarly Situated Persons,<br><br>Plaintiff,<br><br>v.<br><br>PLAYSTUDIOS, INC., a Delaware corporation; ANDREW PASCAL, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 3:22-cv-02164-VC<br><br>DECLARATION OF KRYSTA KAUBLE PACHMAN IN SUPPORT OF CHRISTIAN A. FELIPE AND JAMES H. DAHL'S AMENDED MOTION FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF LEAD COUNSEL; AND IN OPPOSITION TO COMPETING MOTIONS<br><br>DATE: July 14, 2022<br>TIME: 2:30 p.m.<br>PLACE: Courtroom 5 – 17th Floor<br>(via Zoom) |

I, Krysta Kauble Pachman, hereby declare as follows:

1.  I am a member in good standing of the bar of this Court, an active member of the State Bar of California, a partner in the law firm of Susman Godfrey L.L.P. and counsel of record for the plaintiff in the above-captioned action. I make this declaration in support of Christian A. Felipe's and James H. Dahl's response in support of their motion for appointment as lead plaintiffs and approval of class counsel. I have personal knowledge of the facts set forth herein, and if called as a witness, would testify competently thereto.

2.  A true and correct copy of a Joint Declaration by Christian A. Felipe and James H. Dahl is attached as Exhibit A.

3.  A true and correct copy of this Court's Order Granting Motion to Consolidate; Motion to Appoint Lead Plaintiff; Motion to Appoint Lead Counsel in *Himmelberg v. Vaxart*, *Inc.*, No. 20-cv-06175-VC (N.D. Cal. Dec. 9, 2020), ECF No. 77, is attached as Exhibit B.

4.  A true and correct copy of the Joint Declaration of Vaxart Investor Group in Support of Their Motion For Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Their Selection of Lead Counsel in *Himmelberg v. Vaxart*, Inc., No. 20-cv-06175-VC (N.D. Cal. Oct. 23, 2020), ECF No. 47-5, is attached as Exhibit C.

5.  A true and correct copy of this Court's Order Granting Motions to Consolidate, Appointing Lead Plaintiffs, and Approving Lead Counsel, in *Blasco v. Keurig Green Mountain, Inc.*, No. 15-cv-02766-VC (N.D. Cal. Sept. 28, 2015), ECF No. 62, is attached as Exhibit D.

6.  A true and correct copy of this Court's Order Granting Motion to Reconsider and Appointing Lead Plaintiff, in *In re SanDisk Sec. Litig.*, No. 3:15-cv-01455-VC (N.D. Cal. Feb. 22, 2016), ECF No. 119, is attached as Exhibit E.

7.  A true and correct copy of the Court's opinion in *In re Royal Dutch/Shell Transp.*

1

*Sec. Litig.*, No. 04-374 (JWB) (D.N.J. June 30, 2004), ECF No. 17, is attached as Exhibit F.

8.   A true and correct copy of the Declaration of the Phoenix Insurance Company, Ltd. in Response to the Court's Order Dated May 14, 2008 Re: Appointment of Lead Counsel in *Eichenholtz v. Verifone Holdings, Inc.*, No. C07-06140MHP (N.D. Cal. June 13, 2008), ECF No. 128-3, is attached as Exhibit G.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of June, 2022, at Leawood, Kansas.


*/s/ Krysta Kauble Pachman*
Krysta Kauble Pachman

2