# EXHIBIT A

MARC M. SELTZER, SBN 54534
mseltzer@susmangodfrey.com
KRYSTA KAUBLE PACHMAN, SBN 280951
kpachman@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

ROBERT A. CURTIS, SBN 203870
rcurtis@foleybezek.com
KEVIN D. GAMARNIK, SBN 274335
kgamarnik@foleybezek.com'
AARON L. ARNDT, SBN 290748
aarndt@foleybezek.com
JORDAN A. LIEBMAN, SBN 317930
liebman@foleybezek.com
FOLEY BEZEK BEHLE
  & CURTIS, LLP
15 West Carrillo Street
Santa Barbara CA 93101
Telephone: (805) 962-9495
Facsimile: (805) 962-0722

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN A. FELIPE, individually as administrator of the CHRISTIAN A. FELIPE CONTRIBUTORY IRA, and on Behalf of Similarly Situated Persons,<br><br>Plaintiff,<br><br>v.<br><br>PLAYSTUDIOS, INC., a Delaware corporation; ANDREW PASCAL, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 3:22-cv-02164-VC<br><br>DECLARATION OF CHRISTIAN A. FELIPE AND JAMES H. DAHL IN SUPPORT OF THEIR MOTION FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF LEAD COUNSEL<br><br>DATE: July 14, 2022<br>TIME: 2:30 p.m.<br>PLACE: Courtroom 5 – 17th Floor<br>(via Zoom) |

1

DECLARATION OF CHRISTIAN A. FELIPE AND JAMES H. DAHL – 3:22-cv-02164-VC
**10498453v1/017461**

**DECLARATION OF CHRISTIAN FELIPE AND JAMES DAHL**

We, Christian A. Felipe and James Dahl, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      We respectfully submit this Joint Declaration in support of the motion of Christian A. Felipe, individually as administrator of the Christian A. Felipe Contributory IRA, and James Dahl, on behalf of himself and the Dahl Entities,[1] for appointment as lead plaintiffs in the securities class action against Playstudios, Inc. and Andrew Pascal. We each have personal knowledge about the information in this Joint Declaration relating to the entities with which we are individually associated.

2.      I, Christian A. Felipe, am the administrator of the Christian A. Felipe Contributory IRA, and am authorized to make this Joint Declaration on its behalf. As set forth in the motion for appointment as lead plaintiffs and the supporting papers filed with the Court, I suffered substantial losses as a result of my investments in Playstudios common stock during the alleged class period.

3.      I have over 35 years of experience as an investment professional. After graduating with a Masters of Business Administration from the Wharton School of the University of Pennsylvania, I worked for 12 years as a securities analyst and then as a portfolio manager at MFS Investment Management. In 1999, I co-founded Sirios Capital Management, which had $2.5 billion in assets under management by the time I departed the firm in 2003. Since then, I have managed the investments of my private investment portfolio.

4.      I, James H. Dahl, am the representative of the IRA FBO James H. Dahl, Pershing LLC as Custodian ROTH Conversion Account; the Equity Trust Company, Custodian FBO James H. Dahl Roth IRA; and the Dahl Family Foundation, and am authorized to make this Joint Declaration on their behalf. As set forth in the motion for appointment as lead plaintiffs and the supporting papers filed with the Court, I and these entities suffered substantial losses as a result of our investments in Playstudios common stock, including through a private investment in public equity ("PIPE") investment, during the alleged class period.

---

[1] The Dahl Entities are IRA FBO James H. Dahl, Pershing LLC as Custodian ROTH Conversion Account; the Equity Trust Company, Custodian FBO James H. Dahl Roth IRA; and the Dahl Family Foundation.

DECLARATION OF CHRISTIAN A. FELIPE AND JAMES H. DAHL – 3:22-cv-02164-VC
10498453v1/017461

5.      I have over four decades of experience as an investor, including as co-founder and former chairman of a venture and equity investment firm, Rock Creek Capital. I am a past member and past Chairman of the Investment Advisory Council for the State of Florida Pension Fund, the fourth largest pension fund in the country, which at the time had approximately $100 billion in assets. I earned an MBA from the Florida State University Graduate School of Business. Through my work managing an investment firm, I have experience working with attorneys, including in-house counsel, and have supervised and directed their activities in the past.

6.      Before filing our joint motion, and before Mr. Felipe even filed his Complaint, we were aware of each other's interest in pursuing claims against Defendants and had been in contact since as early as January 4, 2022 (when we spoke on the phone for the first time) about the Playstudios fraud, the losses that we suffered from it, and potentially serving as lead plaintiffs against Playstudios. After further considering the merits of the claims and our collective experience, we felt that the class will benefit greatly if we both serve as lead plaintiffs.

7.      We both incurred substantial losses as a result of Defendants' violations of the federal securities laws. For that reason, each of us is highly motivated and incentivized to direct the litigation and maximize the recovery for the class. Mr. Dahl has the largest single loss of any class member who has come forward to date. Additionally, Mr. Felipe has signaled his commitment and incentive to vigorously prosecute this action through his substantial investigation of Defendants' fraud prior to even seeking counsel. In particular, Mr. Felipe has spent dozens of hours reviewing and analyzing, among other things, Playstudios' financial statements and marketing materials, third-party equity research on Playstudios, and news articles concerning Playstudios, as well as listening in on several Playstudios earnings calls.

8.      Further, we agree that a small, cohesive group of sophisticated fiduciaries will have a positive effect on the representation provided to class members. As described above, we are experienced and sophisticated investors who have collectively spent decades managing investments, including billions of dollars in assets under management at various points in our careers.

DECLARATION OF CHRISTIAN A. FELIPE AND JAMES H. DAHL – 3:22-cv-02164-VC
10498453v1/017461

9.      We communicated about our Playstudios investments prior to the filing of this lawsuit (and before any counsel was formally retained) and have resumed doing so in connection with our joint motion. Based on these conversations, we understand that Mr. Felipe suffered losses through his purchases of Playstudios common stock, having owned ACIES stock prior and through the merger, and that Mr. Dahl suffered losses through his purchases of Playstudios common stock, including through a private investment in public equity ("PIPE"). We further understand that both of these types of investors are included in the proposed class. Accordingly, we believe that together we will represent a broader set of class members than if only one of us served as lead plaintiff. Altogether, we believe that working together will benefit Playstudios investors and provide the class with the best possible representation.

10.     We understand that the federal securities laws and courts in this district permit groups of investors to serve as lead plaintiffs when they have demonstrated their willingness to oversee counsel effectively in an independent manner and to vigorously prosecute the action in the best interests of the class. We have discussed this requirement and it is our mutual intention to litigate this action together and in a vigorous manner.

11.     If the Court appoints us as lead plaintiffs, we will work together to monitor and direct the efforts of our proposed lead counsel in the prosecution of the case. Without waiving the attorney-client privilege, in connection with our efforts to litigate this matter together, we have discussed over the telephone with counsel various topics related to the lawsuit against Defendants, including the allegations in the complaint, including those relating to the SPAC acquisition; the PSLRA's lead plaintiff appointment process and various strategic and legal considerations relating to it; the motions for appointment of lead counsel filed by Eric Wiesler and The Phoenix Insurance Company Ltd. and The Phoenix Provident Pension Fund Ltd.; the benefits of us working together as lead plaintiffs in this lawsuit, including the benefits described above; and the duties of lead plaintiffs to participate in the litigation and actively direct and monitor lead counsel's work for the class.

12.     Regarding the role of the lead plaintiffs, we have discussed that lead plaintiffs have important responsibilities in a securities class action under the PSLRA. We understand that it is

DECLARATION OF CHRISTIAN A. FELIPE AND JAMES H. DAHL – 3:22-cv-02164-VC
**10498453v1/017461**

our responsibility to remain informed about the progress of the lawsuit and the major events and decisions that will need to be made as it progresses. We are aware that, if we are appointed, we will be responsible for making important decisions on behalf of the class and, ultimately, directing counsel's activities—with the benefit of their advice—in prosecuting the lawsuit. To that end, we will review and approve court filings and other papers we receive from counsel. Finally, we understand that as lead plaintiffs, we may be called upon to testify in a deposition or at trial and to produce evidence as part of the discovery process. We understand and accept these responsibilities. If helpful to the class, we are prepared to personally attend proceedings in the action, including Court hearings and mediations.

13.    We will also continue to communicate regularly with counsel and each other regarding major litigation decisions, such as motions, settlement discussions, trial preparation, and trial. We will communicate with counsel, and with each other, as much as necessary in order to discharge our responsibilities as lead plaintiffs and ensure that counsel is litigating the case in accordance with our directions. We anticipate these communications will occur as often as necessary, depending on the status of the case. We understand that there are ebbs and flows in litigation, and we will be ready to participate in case discussion and decision-making however the case may proceed.

14.    We understand that as fiduciaries of the class, we must work together and come to resolution on decisions as best we can. To do so, we agree to make every effort to reach consensus with respect to all litigation decisions. Based on our interactions to date, we do not foresee difficulties in working together as lead plaintiffs.

15.    We hereby reaffirm our commitment to satisfying the responsibilities that that we will assume as fiduciaries of other class members if we are appointed as lead plaintiffs. This includes the responsibilities and activities of lead plaintiffs that we have described above. In undertaking those responsibilities and activities, we will act to ensure that this lawsuit will be prosecuted consistent with a lead plaintiff's obligations under the PSLRA and in the best interests of the class, and we will seek to obtain the best possible recovery for the class.

DECLARATION OF CHRISTIAN A. FELIPE AND JAMES H. DAHL – 3:22-cv-02164-VC
**10498453v1/017461**

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements relating to Christian A. Felipe and the Christian A. Felipe Contributory IRA are true and correct.

Executed this 21st day of June, 2022, at _____Jackson, Wyoming_____.

_____
Christian A. Felipe

6

DECLARATION OF CHRISTIAN A. FELIPE AND JAMES H. DAHL – 3:22-cv-02164-VC
10498453v1/017461

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements relating to James Dahl and the Dahl Entities are true and correct.

Executed this 21st day of June, 2022, at Sagaponack, New York

_____
James Dahl

7