# EXHIBIT B

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK HIMMELBERG,<br><br>        Plaintiff,<br><br>    v.<br><br>VAXART, INC., et al.,<br><br>        Defendants.<br><br>ANI HOVHANNISYAN,<br><br>        Plaintiff,<br><br>    v.<br><br>VAXART, INC., et al.,<br>Defendants. | Case No. 20-cv-05949-VC<br><br>**ORDER GRANTING MOTION TO CONSOLIDATE; MOTION TO APPOINT LEAD PLAINTIFF; MOTION TO APPOINT LEAD COUNSEL**<br><br>Re: Dkt. No. 47<br><br>Case No. 20-cv-06175-VC |

For the reasons discussed at the hearing, Huang and Elliott are appointed lead plaintiffs, and Hagens Berman is appointed lead counsel. The motion to consolidate is granted, and the Clerk of the Court is directed to terminate Case No. 20-cv-6175-VC.

    **IT IS SO ORDERED.**

Dated: December 9, 2020

_____

VINCE CHHABRIA
United States District Judge