# EXHIBIT E

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNION ASSET MANAGEMENT
HOLDING AG, et al.,

       Plaintiffs,

   v.

SANDISK CORP., et al.,

       Defendants.

Case No.  15-cv-01455-VC

**ORDER GRANTING MOTION TO
RECONSIDER AND APPOINTING
LEAD PLAINTIFF**

Re: Dkt. No. 109

     The Institutional Investor Group's unopposed motion for reconsideration is granted, and
the Institutional Investor Group is appointed as lead plaintiff for the reasons given in its motion.
Consistent with "the lead plaintiff's authority and responsibility to select counsel who he believes
will best serve his own interests and the interests of the class," *In re Cavanaugh*, 306 F.3d 726,
734 (9th Cir. 2002), the Court also approves the Institutional Investor Group's choice of lead
counsel.  *See* 15 U.S.C. § 78u-4(a)(3)(B)(v).  The Institutional Investor Group has 30 days from
the date of this order to file an amended complaint.

     **IT IS SO ORDERED.**

Dated: February 22, 2016

_____
VINCE CHHABRIA
United States District Judge