# EXHIBIT G

Martin D. Chitwood
mchitwood@chitwoodlaw.com
James M. Wilson, Jr.
jwilson@chitwoodlaw.com
CHITWOOD HARLEY HARNES LLP
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 873-3900
Facsimile: (404) 876-4476

Gregory E. Keller
gkeller@chitwoodlaw.com
Darren T. Kaplan
dkaplan@chitwoodlaw.com
Eran Rubinstein
erubinstein@chitwoodlaw.com
Susan Boltz Rubinstein
srubinstein@chitwoodlaw.com
11 Grace Avenue, Suite 306
Great Neck, New York 11021
Telephone: (516) 773-6090
Fax: (404) 876-4476

Robert C. Schubert (State Bar No. 62684)
Willem F. Jonckheer (State Bar No. 178748)
Aaron H. Darsky (State Bar No. 212229)
SCHUBERT JONCKHEER KOLBE &
KRALOWEC LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

Proposed Liaison Counsel

Attorneys for Movants and Proposed Lead Counsel

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC.<br>SECURITIES LITIGATION | Master File No.<br>C 07-6140 MHP |
| | **CLASS ACTION** |
| Document Relates To: | **DECLARATION OF THE PHOENIX<br>INSURANCE COMPANY, LTD.<br>IN RESPONSE TO THE COURT'S<br>ORDER DATED MAY 14, 2008 RE:<br>APPOINTMENT OF LEAD COUNSEL** |
| All Actions | |
| | COURTROOM: 14<br>JUDGE: Hon. Marilyn Hall Patel |

DECLARATION OF THE PHOENIX INSURANCE COMPANY, LTD. IN RESPONSE TO THE COURT'S ORDER
DATED MAY 14, 2008 RE: APPOINTMENT OF LEAD COUNSEL
Master File No. C 07-6140 MHP

As a duly authorized representative of the Israeli Institutional Investor Group, Eitan Levi, pursuant to 28 U.S.C. § 1746, declares as follows:

1.      I respectfully submit this Declaration as ordered by the Honorable Marilyn Hall Patel on May 14, 2008 in support of the motion of the Israeli Institutional Investor Group, comprised of The Phoenix Insurance Company, Ltd., Prisma Provident Funds, Ltd., Prisma Mutual Funds, Ltd., Harel Insurance Company, and Harel Pia Mutual Funds, for appointment as Lead Plaintiff and approval of its selection of Lead and Liaison Counsel.

2.      I, Eitan Levi, am the Chief Investment Officer for The Phoenix Insurance Company, Ltd. ("The Phoenix"), a wholly owned subsidiary of The Phoenix Holding Ltd. I am duly authorized to execute this Declaration on behalf of The Phoenix.

3.      I respectfully submit the following information in regard to the acquisition of Lipman shares by The Phoenix Insurance Company, Ltd.:

| | |
|---|---|
| The Phoenix held the following number of Lipman shares immediately before consummation of the merger on November 1, 2006: | 160,747 |
| The Phoenix held the following number of Lipman shares immediately after the consummation of the merger on November 1, 2006: | 0 |
| The Phoenix converted the following number of shares of Lipman to Verifone shares as part of the merger: | 160,747 |
| The Phoenix purchased and sold Lipman shares on | the Tel Aviv Stock Exchange |

DECLARATION OF THE PHOENIX INSURANCE COMPANY, LTD. IN RESPONSE TO THE COURT'S ORDER DATED MAY 14, 2008 RE: APPOINTMENT OF LEAD COUNSEL
Master File No. C 07-6140 MHP

1

4.      I respectfully submit the following information in regard to the transactions in Verifone conducted by The Phoenix Insurance Company, Ltd.:

| | |
|---|---|
| Between August 30, 2006 and December 3, 2007 The Phoenix Purchased the following number of original Verifone shares – not including Verifone shares gained as a result of the merger with Lipman: | 277,408 |
| Between August 30, 2006 and December 3, 2007 The Phoenix expended the following amount of total funds in purchasing Verifone shares: | $11,276,098 |
| Between August 30, 2006 and December 3, 2007 The Phoenix sold the following number of Verifone shares: | 187,120 |
| Between August 30, 2006 and December 3, 2007 The Phoenix received the following amount of total funds from selling the original Verifone shares: | $8,150,841.33 |
| As of December 3, 2007 The Phoenix retained the following number of original Verifone shares: | 90,288 |
| The Phoenix paid the following amount for the shares retained as of December 3, 2007 | $3,422,134.86 |
| The Phoenix incurred the following loss due to shares retained as of December 3, 2007 | ($1,632,626.70) |

5.      All of the shares referenced above were held by The Phoenix Insurance Company directly or by funds or accounts through which, as defined in paragraphs 6 through 17 below,

DECLARATION OF THE PHOENIX INSURANCE COMPANY, LTD. IN RESPONSE TO THE COURT'S ORDER DATED MAY 14, 2008 RE: APPOINTMENT OF LEAD COUNSEL
Master File No. C 07-6140 MHP

2

The Phoenix Insurance Company (or in certain isolated instances a Phoenix group affiliated entity) had exclusive authority to vote, buy, and sell securities and to bring legal action.[1]

6. Phoenix National Fund 18 (The Phoenix Account # 10-800-21423161) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Phoenix National Fund 18, which is managed by The Phoenix on behalf of the participants in the Fund. The Phoenix had authority to vote those shares and the authority to buy or sell those shares.

7. Phoenix Workers Fund 18 (The Phoenix account # 12-600-00497986) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Phoenix Workers Fund 18, which is managed by The Phoenix on behalf of the participants in the Fund. The Phoenix had authority to vote those shares and the authority to buy or sell those shares.

8. Excellence Track - Bonds 2 (stock up to 15%) 1 (The Phoenix account # 12-600-00609075) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Excellence Track - Bonds 2 (stock up to 15%) 1, which is managed by The Phoenix on behalf of the participants in the Fund. The Phoenix had authority to vote those shares and the authority to buy or sell those shares.

---

[1] In the Joint Declaration of the Israeli Institutional Investor Group, filed with this Court on February 25, 2008, I averred in pertinent part that "The Phoenix invests in publicly traded securities through various *funds owned by* The Phoenix.......'[emphasis added]. Docket Entry # 85, Jt. Decl., p.1, paragraph 2. To clarify this assertion, but not in derogation of any other averments I have set forth therein, these funds are The Phoenix funds managed by The Phoenix on behalf of the participants in the Fund. The participants themselves do not have legal title to or authority to vote, buy, or sell the shares of stock in said Funds. Rather, The Phoenix has the sole authority to vote, buy, or sell any shares in these Funds (except in the two cases in which The Phoenix has turned over that authority by exclusive agreement to its sister company The Phoenix Investment and Finances, Ltd., both wholly owned subsidiaries of Phoenix Holdings, as set forth in paragraph 13 and 14 below).

DECLARATION OF THE PHOENIX INSURANCE COMPANY, LTD. IN RESPONSE TO THE COURT'S ORDER DATED MAY 14, 2008 RE: APPOINTMENT OF LEAD COUNSEL

Master File No. C 07-6140 MHP

9. Excellence Track - Bonds 3 (stock up to 30%) 1 (The Phoenix account # 12-600-00609083) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Excellence Track - Bonds 3 (stock up to 30%) 1, which is managed by The Phoenix on behalf of the participants in the Fund. The Phoenix had authority to vote those shares and the authority to buy or sell those shares.

10. Excellence Track - Bonds 4 (stock up to 50%) 1 (The Phoenix account # 12-600-00609091) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Excellence Track - Bonds 4 (stock up to 50%) 1, which is managed by The Phoenix on behalf of the participants in the Fund. The Phoenix had authority to vote those shares and the authority to buy or sell those shares.

11. Excellence - General 1 (general/stocks up to 100%) 1 (The Phoenix account # 12-600-00609458) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Excellence - General 1 (general/stocks up to 100%), which is managed by The Phoenix on behalf of the participants in the Fund. The Phoenix had authority to vote those shares and the authority to buy or sell those shares.

12. General Track 1 (The Phoenix account # 12-600-00639462) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of General Track 1, which is managed by The Phoenix on behalf of the participants in the Fund. The Phoenix had authority to vote those shares and the authority to buy or sell those shares.

13. The Phoenix General Study Fund (The Phoenix account # 20-61-00081438) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of The Phoenix General Study Fund, which is managed by The Phoenix on behalf of the participants in the Fund. The Phoenix Investment and Finances Ltd., wholly owned subsidiary of The Phoenix Holding Ltd., under exclusive agreement with The Phoenix Insurance Company Ltd., had authority to vote those shares and the authority to buy or sell those shares.

DECLARATION OF THE PHOENIX INSURANCE COMPANY, LTD. IN RESPONSE TO THE COURT'S ORDER DATED MAY 14, 2008 RE: APPOINTMENT OF LEAD COUNSEL
Master File No. C 07-6140 MHP

4

14.     The Phoenix Provident & General Compensation (The Phoenix account # 20-61-00081608) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of The Phoenix Provident & General Compensation, which is managed by The Phoenix on behalf of the participants in the Fund. The Phoenix Investment and Finances Ltd., wholly owned subsidiary of The Phoenix Holding Ltd., under exclusive agreement with The Phoenix Insurance Company Ltd., had authority to vote those shares and the authority to buy or sell those shares.

15.     The Phoenix General Fund 18 (The Phoenix account # 26-1-00787728) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund.  The shares were held in the name of The Phoenix General Fund 18, which is managed by The Phoenix on behalf of the participants in the Fund. The Phoenix had authority to vote those shares and the authority to buy or sell those shares.

16.     The Phoenix General Fund 16 (The Phoenix account # 26-1-00787736) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund.  The shares were held in the name of The Phoenix General Fund 16, which is managed by The Phoenix on behalf of the participants in the Fund. The Phoenix had authority to vote those shares and the authority to buy or sell those shares.

17.     The Phoenix International Fund 18 (The Phoenix account # 31-46-00374156) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund.  The shares were held in the name of The Phoenix International Fund 18, which is managed by The Phoenix on behalf of the participants in the Fund. The Phoenix had authority to vote those shares and the authority to buy or sell those shares.

DECLARATION OF THE PHOENIX INSURANCE COMPANY, LTD. IN RESPONSE TO THE COURT'S ORDER DATED MAY 14, 2008 RE: APPOINTMENT OF LEAD COUNSEL
Master File No. C 07-6140 MHP

5

18. The Phoenix Insurance Company, Ltd. had no information regarding Lipman that was not generally available to the public outside of the State of Israel. Neither The Phoenix, nor any of its officers or directors, had any relationship with Lipman before the merger.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

June 3, 2008

הפניקס חברה לביטוח בע"מ
(00 9717  The Phoenix Insurance Company Ltd
028

Eitan Levi
The Phoenix Insurance Company

DECLARATION OF THE PHOENIX INSURANCE COMPANY, LTD. IN RESPONSE TO THE COURT'S ORDER DATED MAY 14, 2008 RE: APPOINTMENT OF LEAD COUNSEL
Master File No. C 07-6140 MHP

6