POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Movants The Phoenix Insurance
Company Ltd. and The Phoenix Provident
Pension Fund Ltd. and Proposed Lead
Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTIAN A. FELIPE, individually as administrator of the CHRISTIAN A. FELIPE CONTRIBUTORY IRA, and on Behalf of Similarly Situated Persons,<br><br>Plaintiff,<br><br>v.<br><br>PLAYSTUDIOS, INC., a Delaware corporation; ANDREW PASCAL, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 3:22-cv-02164-VC<br><br>REPLY DECLARATION OF JENNIFER PAFITI, ESQ. IN FURTHER SUPPORT OF MOTION OF THE PHOENIX INSURANCE COMPANY LTD. AND THE PHOENIX PROVIDENT PENSION FUND LTD. FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF LEAD COUNSEL<br><br><u>CLASS ACTION</u><br><br>Date: July 14, 2022<br>Time: 2:30 p.m.<br>Judge: Hon. Vince Chhabria<br>Courtroom: 5 – 17th Floor |

REPLY DECLARATION IN FURTHER SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFFS AND
APPROVAL OF LEAD COUNSEL - 3:22-cv-02164-VC

I, Jennifer Pafiti, Esq., hereby declare as follows:

1.      I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of The Phoenix Insurance Company Ltd. ("Phoenix Insurance") and The Phoenix Provident Pension Fund Ltd. ("Phoenix Pension" and, collectively with Phoenix Insurance, "Phoenix"), and have personal knowledge of the facts set forth herein.  I make this Reply Declaration in further support of Phoenix's motion for appointment as Lead Plaintiff for the Class and approval of Phoenix's selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:      Form 8-K filed by Acies Acquisition Corp. with the U.S. Securities and Exchange Commission on or around February 2, 2021.

Exhibit B:      Damages analysis calculating losses of the Phoenix entities using actual purchase prices of securities acquired prior to the Merger (as defined in the Complaint); and

Exhibit C:      Declaration executed on behalf of the Phoenix entities.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on June 28, 2022.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

1

PROOF OF SERVICE

I hereby certify that on June 28, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

2

REPLY DECLARATION IN FURTHER SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF LEAD COUNSEL - 3:22-cv-02164-VC