# EXHIBIT B

**Playstudios, Inc. (MYPS)**
**Class Period: June 22, 2021 to March 1, 2022**
**(Includes 90-Day Sales @ Statutory Pricing)**

**Mean Price**

| | |
|---|---|
| **$0.8950** | mypsw |
| **$4.9658** | myps |

| Account | Security | Purchase Date | Purchase Shares | Price | Amount | Sales Date | Sales Shares | Price | Amount | Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| The Phoenix Provident Pension Fund Ltd.; The Phoenix Insurance Company, Ltd. | ACAC | 2/10/2021 | 80,000 | $11.2334 | ($898,672) | | | | | | |
| The Phoenix Provident Pension Fund Ltd.; The Phoenix Insurance Company, Ltd. | ACAC | 2/12/2021 | 57,946 | $11.0595 | ($640,854) | | | | | | |
| The Phoenix Provident Pension Fund Ltd.; The Phoenix Insurance Company, Ltd. | ACAC | 2/18/2021 | 56,640 | $10.8052 | ($612,007) | | | | | | |
| The Phoenix Provident Pension Fund Ltd.; The Phoenix Insurance Company, Ltd. | ACAC | 2/24/2021 | 49,237 | $10.4553 | ($514,788) | | | | | | |
| The Phoenix Provident Pension Fund Ltd.; The Phoenix Insurance Company, Ltd. | ACAC | 3/11/2021 | 17,935 | $10.0599 | ($180,424) | | | | | | |
| The Phoenix Provident Pension Fund Ltd.; The Phoenix Insurance Company, Ltd. | ACAC | 6/10/2021 | 255,000 | $10.0200 | ($2,555,100) | | | | | | |
| The Phoenix Provident Pension Fund Ltd.; The Phoenix Insurance Company, Ltd. | ACAC | 6/11/2021 | 149,345 | $10.0000 | ($1,493,450) | | | | | | |
| The Phoenix Provident Pension Fund Ltd.; The Phoenix Insurance Company, Ltd. | MYPS | 7/6/2021 | 74,409 | $7.8235 | ($582,139) | 11/15/2021 | (78,653) | $4.8536 | $381,748 | | |
| The Phoenix Provident Pension Fund Ltd.; The Phoenix Insurance Company, Ltd. | MYPS | 8/13/2021 | 85,000 | $5.0101 | ($425,859) | 11/22/2021 | (15,460) | $4.6875 | $72,469 | | |
| The Phoenix Provident Pension Fund Ltd.; The Phoenix Insurance Company, Ltd. | MYPS | 8/16/2021 | 72,842 | $4.8522 | ($353,444) | 11/24/2021 | (43,100) | $4.3414 | $187,114 | | |
| The Phoenix Provident Pension Fund Ltd.; The Phoenix Insurance Company, Ltd. | MYPS | | | | | 2/1/2022 | (127,753) | $4.5294 | $578,643 | | |
| The Phoenix Provident Pension Fund Ltd.; The Phoenix Insurance Company, Ltd. | MYPS | | | | | 2/2/2022 | (16,674) | $4.3051 | $71,784 | | |
| The Phoenix Provident Pension Fund Ltd.; The Phoenix Insurance Company, Ltd. | MYPS | | | | | 2/9/2022 | (38,526) | $4.8384 | $186,404 | | |
| The Phoenix Provident Pension Fund Ltd.; The Phoenix Insurance Company, Ltd. | MYPS | | | | | 2/10/2022 | (76,019) | $4.7474 | $360,893 | | |
| The Phoenix Provident Pension Fund Ltd.; The Phoenix Insurance Company, Ltd. | MYPS | | | | | 2/11/2022 | (194,600) | $4.6495 | $904,793 | | |
| The Phoenix Provident Pension Fund Ltd.; The Phoenix Insurance Company, Ltd. | MYPS | | | | | 2/15/2022 | (140,000) | $4.7793 | $669,102 | | |
| The Phoenix Provident Pension Fund Ltd.; The Phoenix Insurance Company, Ltd. | MYPS | | | | | 2/16/2022 | (167,569) | $4.7730 | $799,807 | | |
| **The Phoenix Provident Pension Fund Ltd.; The Phoenix Insurance Company, Ltd.** | **MYPS** | | **898,354** | | **($8,256,735)** | | **(898,354)** | | **$4,212,756** | **$0** | **($4,043,979)** |
| | | | | | | | | | | | |
| The Phoenix Insurance Company, Ltd. | ACAC | 2/10/2021 | 20,000 | $11.2334 | ($224,668) | | | | | | |
| The Phoenix Insurance Company, Ltd. | ACAC | 2/12/2021 | 14,486 | $11.0595 | ($160,208) | | | | | | |
| The Phoenix Insurance Company, Ltd. | ACAC | 2/18/2021 | 14,160 | $10.8052 | ($153,002) | | | | | | |
| The Phoenix Insurance Company, Ltd. | ACAC | 2/24/2021 | 12,309 | $10.4553 | ($128,694) | | | | | | |
| The Phoenix Insurance Company, Ltd. | ACAC | 3/11/2021 | 3,165 | $10.0599 | ($31,840) | | | | | | |
| The Phoenix Insurance Company, Ltd. | ACAC | 6/10/2021 | 45,000 | $10.0200 | ($450,900) | | | | | | |
| The Phoenix Insurance Company, Ltd. | ACAC | 6/11/2021 | 26,355 | $10.0000 | ($263,550) | | | | | | |
| The Phoenix Insurance Company, Ltd. | MYPS | 7/6/2021 | 13,131 | $7.8235 | ($102,730) | 8/24/2021 | (83,230) | $4.8508 | $403,729 | | |
| The Phoenix Insurance Company, Ltd. | MYPS | 8/13/2021 | 15,000 | $5.0101 | ($75,152) | 11/12/2021 | (93,230) | $4.1905 | $390,679 | | |
| The Phoenix Insurance Company, Ltd. | MYPS | 8/16/2021 | 12,854 | $4.8522 | ($62,370) | | | | | | |
| **The Phoenix Insurance Company, Ltd.** | **MYPS** | | **176,460** | | **($1,653,113)** | | **(176,460)** | | **$794,408** | **$0** | **($858,706)** |
| | | | | | | | | | | | |
| **Phoenix Total** | **MYPS** | | **1,074,814** | | **($9,909,849)** | | **(1,074,814)** | | **$5,007,164** | **$0** | **($4,902,685)** |

*Avg Closing Prices from March 2, 2022 to May 27, 2022