# EXHIBIT C

**JOINT DECLARATION IN SUPPORT OF MOTION OF THE PHOENIX INSURANCE COMPANY LTD. AND THE PHOENIX PROVIDENT PENSION FUND LTD. FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF LEAD COUNSEL**

We, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      We, Menachem Neeman and Haggai Schreiber, respectfully submit this Joint Declaration in support of the motion of The Phoenix Insurance Company Ltd. and The Phoenix Provident Pension Fund Ltd. (collectively, "Phoenix") for appointment as Lead Plaintiffs and approval of their selection of Pomerantz LLP as Lead Counsel in the instant class action, styled *Felipe v. Playstudios, Inc. et al.*, No. 3:22-cv-02164-VC (N.D. Cal.), pursuant to the Private Securities Litigation Reform Act of 1995 (the "Lead Plaintiff Motion") (Dkt. No. 24). We have personal knowledge about the information in this Joint Declaration.

2.      All of the securities referenced in the Shareholder Certifications submitted on behalf of Phoenix in support of its Lead Plaintiff Motion (*see* Dkt. No. 24-4 at *2-*7) were at all relevant times directly owned by Phoenix, as set forth in its respective Certifications. At all relevant times the Phoenix entities held full title to those securities.

**Remainder of this Page Intentionally Left Blank**

1

Pursuant to 28 U.S.C. § 1746, we declare under penalty of perjury under the laws of the United States of America that the foregoing statements relating to The Phoenix Insurance Company Ltd. and The Phoenix Provident Pension Fund Ltd. are true to the best of our knowledge.

Executed this __23__ day of June, 2022.

Meni Neeman
Chief Legal Counsel
Executive VP L.N. 27862
The Phoenix Insurance
Company Ltd

_____
Signature

Menachem Neeman, Deputy Chief Executive Officer and Chief Legal Counsel of The Phoenix Group



haggais@fnx.co.il

_____
Signature

Haggai Schreiber, Executive Vice President and Chief Investment Manager of Phoenix Holdings Ltd.

*On behalf of The Phoenix Insurance Company, Ltd. and The Phoenix Provident Pension Fund Ltd.*

2