DEAN S. KRISTY (CSB No. 157646)
dkristy@fenwick.com
JENNIFER BRETAN (CSB No. 233475)
jbretan@fenwick.com
SOFIA RITALA (CSB No. 342253)
sritala@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:    415.875.2300
Facsimile:    415.281.1350

Attorneys for Defendants
PLAYSTUDIOS, Inc., and Andrew Pascal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN A. FELIPE, individually as administrator of the CHRISTIAN A. FELIPE CONTRIBUTORY IRA, and on Behalf of Similarly Situated Persons,<br><br>        Plaintiff,<br><br>   v.<br><br>PLAYSTUDIOS, INC., a Delaware corporation; ANDREW PASCAL, an individual; and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No.: 3:22-cv-02164-VC<br><br>**STIPULATION AND [PROPOSED] ORDER TO TRANSFER VENUE**<br><br>Judge:      Hon. Vince Chhabria<br><br>Date Action Filed:  April 5, 2022 |

Lead Plaintiff The Phoenix Insurance Company Ltd. and The Phoenix Provident Pension Fund Ltd. ("Phoenix") and defendants PLAYSTUDIOS, Inc. and Andrew Pascal (collectively, "Defendants" and, with Phoenix, the "Parties") stipulate as follows:

WHEREAS, on April 5, 2022, Christian A. Felipe filed a complaint in this Court alleging violation of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of a putative class of stockholders (the "Action");

WHEREAS, the Action is subject to the Private Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737 (1995) (the "Reform Act"), which sets forth specialized procedures for the administration of securities class actions, including appointment of a lead plaintiff, and approval of its selection of lead counsel, to act on behalf of a purported class;

WHEREAS, following a contested lead plaintiff process, on July 12, 2022, the Court appointed Phoenix as Lead Plaintiff and approved its selection of Pomerantz LLP as lead counsel (ECF No. 44);

WHEREAS, PLAYSTUDIOS is headquartered in Las Vegas, Nevada, Mr. Pascal (the sole individual defendant) also resides in Las Vegas, Nevada, and the allegations at issue in the Action primarily concern events and actions that occurred in the District of Nevada;

WHEREAS, transfer of this Action is governed by 28 U.S.C. § 1404(a), which provides in relevant part that "for the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action . . . to any district or division to which all parties have consented";

WHEREAS, immediately following Phoenix's appointment as lead plaintiff, counsel for the Parties met and conferred regarding the appropriate venue for this Action and agreed that transfer to the District of Nevada, Southern Division (Las Vegas), is in the interests of justice and

enhances the convenience to witnesses, access to relevant documents and sources of proof, availability of process to compel the attendance of unwilling witnesses, and trial efficiency;

WHEREAS, discovery is currently subject to a mandatory stay under the Reform Act and all case management and associated deadlines are stayed during the pendency of Defendants anticipated motion to dismiss any amended complaint, and thus no deadlines are being disturbed by virtue of the transfer;

WHEREAS, the Parties further agree that, upon transfer, they will promptly submit to the Court in the District of Nevada a proposed schedule for lead plaintiff to file an amended complaint and for Defendants' responses thereto and associated briefing;

NOW, THEREFORE, IT IS STIPULATED AND AGREED, subject to the Court's approval, that this Action be transferred to the United States District Court for the District of Nevada, Southern Division (Las Vegas).

Respectfully submitted,

Dated:  July 15, 2022

FENWICK & WEST LLP

By:  _/s/ Jennifer C. Bretan_
         Jennifer C. Bretan

555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  (415) 875-2300
Facsimile:   (415) 281-1350

Attorneys for Defendants PLAYSTUDIOS, Inc. and Andrew Pascal

Dated:  July 15, 2022

POMERANTZ LLP

By: /s/ _Jennifer Pafiti_
         Jennifer Pafiti (SBN 282790)

1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

POMERANTZ LLP
Jeremy A. Lieberman
(*pro hac vice application pending*)
J. Alexander Hood II
(*pro hac vice application pending*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com

Pursuant to Civil L.R. 5-1(h)(3), all signatories concur in filing this stipulation.


Dated:   July 15, 2022              By:    */s/ Jennifer C. Bretan*
                                            Jennifer C. Bretan

                                   ***

### [PROPOSED] ORDER


PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: _____        _____
                                            The Honorable Vince Chhabria
                                            United States District Court Judge