1

2

3

4

5

6

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

7

8

CHRISTIAN A. FELIPE,

9

Case # 2:22-CV-01159-RFP-NJK

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

10

Plaintiff(s),

11

vs.

12

PLAYSTUDIOS, INC., et al.,

13

14

Defendant(s).

FILING FEE IS $250.00

15

16

Jeremy A. Lieberman _____, Petitioner, respectfully represents to the Court:
(name of petitioner)

17

1.    That Petitioner is an attorney at law and a member of the law firm of

18

Pomerantz LLP _____

19

(firm name)

20

with offices at ___ 600 Third Avenue, Floor 20 _____,
(street address)

21

New York _____, New York _____, 10016 _____,

22

(city)                                    (state)                        (zip code)

23

212-661-1100 _____, jalieberman@pomlaw.com _____.
(area code + telephone number)              (Email address)

24

25

2.    That Petitioner has been retained personally or as a member of the law firm by
The Phoenix Insurance Company Ltd. and

The Phoenix Provident Pension Fund Ltd. _____ to provide legal representation in connection with

26

[client(s)]

27

the above-entitled case now pending before this Court.

28

Rev. 5/16

3.    That since September 17, 2003 _____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of __New York____
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See Exhibit A attached. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)  NONE.

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.)  NONE.

7.      That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)  NONE.

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| See Exhibit C attached. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.      Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.      Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3

4    _____
                                        Petitioner's signature

5    STATE OF _New York_____   )
                                        )
     COUNTY OF _New York_____   )

6

7    __Jeremy A. Lieberman_____, Petitioner, being first duly sworn, deposes and says:

8    That the foregoing statements are true.

9    _____
                                        Petitioner's signature

10   Subscribed and sworn to before me this

11   25ᵗʰ___ day of __July_____, _2022_ .

12   _____          ELAINE F. GOODMAN
                                                          Notary Public - State of New York
13                Notary Public or Clerk of Court         Commission No. 01GO6277645
                                                          Qualified in New York County
14                                                        My Commission Expires Mar. 11, 20_ _

15

16   **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
     **THE BAR OF THIS COURT AND CONSENT THERETO.**

17   Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18   believes it to be in the best interests of the client(s) to designate _Andrew R. Muehlbauer____,

19                                                                          (name of local counsel)

     Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20   above-entitled Court as associate resident counsel in this action.  The address and email address of

21   said designated Nevada counsel is:

22

23   _Muehlbauer Law Office, Ltd., 7915 West Sahara Avenue, Suite 104_____,
                                        (street address)

24   _Las Vegas_____, _Nevada_____, _89117_____,
             (city)                       (state)              (zip code)

25

26   _702-330-4505_____, _andrew@mlolegal.com_____ .
     (area code + telephone number)        (Email address)

27

28                                       4                                    Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

an agreement and authorization for the designated resident admitted counsel to sign stipulations

3  binding on all of us.

4

5  ### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

6

7  The undersigned party(ies) appoint(s) Andrew R. Muehlbauer _____ as

(name of local counsel)

8  his/her/their Designated Resident Nevada Counsel in this case.

9  Meni Neeman

Chief Legal Counsel

10  L.N. 27888 (party's signature)   The Phoenix Insurance Company Ltd. and

The Phoenix Insurance Company Ltd

11  The Phoenix Provident Pension Fund Ltd.

12  (type or print party name, title)

13

(party's signature)

14

15

(type or print party name, title)

16

17  ### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

18

19

20  Designated Resident Nevada Counsel's signature

21  10161                          andrew@mlolegal.com

Bar number                     Email address

22

23  APPROVED:

24  Dated: this __2nd__ day of _____August_____, 20_22_.

25

26

UNITED STATES DISTRICT JUDGE

27

28                                    5                          Rev. 5/16

1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

7
8

CHRISTIAN A. FELIPE,

Case No. 2:22-CV-01159-RFB-NJK

9

                Plaintiff,

**CERTIFICATION OF**
**JEREMY A. LIEBERMAN**

10

        v.

11

PLAYSTUDIOS, INC., et al.

12

              Defendants.

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

{00506632;1 }

1

1.    I am an attorney with the law firm of Pomerantz LLP, 600 Third Avenue, 20th Floor, New York, New York 10016.

2.    I make this certification pursuant to LR IA 11-2(b)(3).

3.    I have been a member in good standing of the bars set forth on Exhibit A annexed hereto.

4.    Attached as Exhibit B is my Certificate of Good Standing to the Supreme Court for the State of New York, Appellate Division, Second Judicial Department. This is the only state court where I am admitted. All of my other admissions are to federal courts.

5.    I am in good standing in every court where I have been admitted to practice.

6.    There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction where I am admitted to practice.

_____
Jeremy A. Lieberman

Subscribed and sworn to before me this _25th_ day of _July_ , 20_22_ .

_____
Notary Public or Clerk of Court

ELAINE F. GOODMAN
Notary Public - State of New York
Commission No. 01GO6277645
Qualified in New York County
My Commission Expires Mar. 11, 2025

{00506632;1 }

2

# Exhibit A

**Exhibit A - Jeremy A. Lieberman Court Admissions**

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court, State of New York, Second Department | Wednesday, September 17, 2003 | 4161352 |
| United States District Court, Southern District of New York | Tuesday, January 10, 2006 | JL 6130 |
| United States District Court, Eastern District of New York | Tuesday, January 10, 2006 | JL1173 |
| United States Court of Appeals for the Second Circuit | Monday, November 09, 2009 (admitted); Wednesday, October 29, 2014 (renewed); Wednesday, September 11, 2019 (renewed) | 09-201182 |
| United States Court of Appeals for the Ninth Circuit | Thursday, March 3, 2011 | No such number assigned. |
| United States District Court, Northern District of Illinois | Friday, August 31, 2012 | 4161352 |
| United States District Court, Southern District of Texas | Tuesday, November 26, 2013 | No such number assigned. |
| United States Court of Appeals for the Third Circuit | Friday, January 31, 2014 | No such number assigned. |
| United States Court of Appeals for the Tenth Circuit | Wednesday, March 5, 2014 | No such number assigned. |

**Exhibit A - Jeremy A. Lieberman Court Admissions**

| Court | Date Admitted | Bar Number |
|---|---|---|
| United States District Court, District of Colorado | Friday, June 13, 2014 (admitted); Tuesday, September 29, 2020 (renewed) | No such number assigned. |
| United States District Court, Eastern District of Michigan | Thursday, June 19, 2014 | No such number assigned. |
| United States Court of Appeals for the Sixth Circuit | Friday, January 30, 2015 | No such number assigned. |
| United States Court of Appeals for the Fourth Circuit | Thursday, June 11, 2015 | No such number assigned. |
| United States Court of Appeals for the Eleventh Circuit | Wednesday, April 6, 2016 | No such number assigned. |
| Supreme Court of the United States | Monday, November 27, 2017 | 303778 |
| United States District Court, Northern District of New York | Tuesday, March 26, 2019 | 700864 |
| United States Court of Appeals for the First Circuit | Thursday, June 13, 2019 | 1173466 |
| United States District Court, Western District of New York | Thursday, September 26, 2019 | No such number assigned. |
| United States Court of Appeals for the Fifth Circuit | Tuesday, October 6, 2020 | No such number assigned. |

## Exhibit A - Jeremy A. Lieberman Court Admissions

| Court | Date Admitted | Bar Number |
|---|---|---|
| United States District Court, Eastern District of Wisconsin | Tuesday, November 30, 2021 | No such number assigned. |

# Exhibit B



*Appellate Division of the Supreme Court*
*of the State of New York*
*Second Judicial Department*

I, Maria T. Fasulo, Clerk of the Appellate Division of the
Supreme Court of the State of New York, Second Judicial
Department, do hereby certify that

## Jeremy Alan Lieberman

was duly licensed and admitted to practice as an Attorney and
Counselor at Law in all the courts of this State on **September 17,**
**2003**, has duly taken and subscribed the oath of office prescribed
by law, has been enrolled in the Roll of Attorneys and Counselors
at Law on file in this office, is duly registered with the
Administration Office of the Courts, and according to the records
of this Court is currently in good standing as an Attorney and
Counselor-at-Law.



In Witness Whereof, I have hereunto set
my hand in the City of Brooklyn on
June 30, 2022.

*Maria T. Fasulo*

Clerk of the Court

CertID-00073409

# Exhibit C

Exhibit C - Jeremy A. Lieberman Pro Hac Vice Admissions

| Date of Application | Cause | Title of Court, Administrative Body, or Arbitrator | Was Application Granted or Denied? |
|---|---|---|---|
| August 16, 2020 | Costas v. Ormat Technologies Inc., et al., Case No. 3:2018-cv-00271 (D. Nev.) | U.S. District Court, District of Nevada | Granted |
| April 13, 2020 | Chase v. Paysign, Inc., et al., Case No. 2:2020-cv-00585 (D. Nev.) | U.S. District Court, District of Nevada | Granted |
| November 5, 2020 | The Daniels Family 2001 Revocable Trust v. Las Vegas Sands Corp., et al., Case No. 2:2020-cv-01958 (D. Nev.) | U.S. District Court, District of Nevada | Granted |
| January 27, 2021 | Shi v. Paysign, Inc. et al., Case No. 2:2020-cv-00553 (D. Nev.) | U.S. District Court, District of Nevada | Granted |
| December 29, 2021 | Schlatre v. Marathon Digital Holdings, Inc., et al., Case No. 2:2021-cv-02209 (D. Nev.) | U.S. District Court, District of Nevada | Granted |
| September 15, 2021 | Luo v. Spectrum Pharmaceuticals, Inc., et al. Case No. 2:2021-cv-01612 (D. Nev.) | U.S. District Court, District of Nevada | Granted |

7/20/2022, 7:54 PM

Tab: JAL
00506628.XLSX