Patrick G. Byrne, Esq.
Nevada Bar No. 7636
Bradley T. Austin, Esq.
Nevada Bar No. 13064
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone:  702.784.5200
Facsimile:  702.784.5252
pbyrne@swlaw.com
baustin@swlaw.com

Dean S. Kristy, Esq. (CA Bar No. 157646)
Jennifer Bretan, Esq. (CA Bar No. 233475)
Sofia Ritala, Esq. (CA Bar No. 342253)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:  415.875.2300
Facsimile:  415.281.1250
dkristy@fenwick.com
jbretan@fenwick.com
sritala@fenwick.com

(California attorneys admitted *pro hac vice*)

*Attorneys for Defendants*
*PLAYSTUDIOS, Inc. and Andrew Pascal*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIAN A. FELIPE, individually as administrator of the CHRISTIAN A. FELIPE CONTRIBUTORY IRA, and on Behalf of Similarly Situated Persons,<br><br>                Plaintiff,<br><br>vs.<br><br>PLAYSTUDIOS, INC., a Delaware corporation; ANDREW PASCAL, an individual; and DOES 1 through 100, inclusive,<br><br>                Defendants. | Case No.:  2:22-cv-01159-RFB-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR FILING AN AMENDED COMPLAINT AND RESPONSES THERETO** |

/ / /

/ / /

/ / /

Lead Plaintiff The Phoenix Insurance Company Ltd. and The Phoenix Provident Pension Fund Ltd. ("Phoenix") and Defendants PLAYSTUDIOS, Inc. and Andrew Pascal (collectively, "Defendants" and, with Lead Plaintiff, the "Parties") stipulate as follows:

WHEREAS, on April 5, 2022, a complaint was filed in the United States District Court for the Northern District of California alleging violations of the securities laws on behalf of a putative class of stockholders (the "Action");

WHEREAS, the Action is subject to the Private Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737 (1995) (the "Reform Act"), which sets forth specialized procedures for the administration of securities class actions, including appointment of a lead plaintiff, and approval of its selection of lead counsel, to act on behalf of a purported class;

WHEREAS, under the Reform Act, all discovery is stayed during the pendency of any motion to dismiss (and all case management and associated deadlines in the Action have been stayed, accordingly) (ECF No. 19);

WHEREAS, following a contested lead plaintiff process, on July 12, 2022, the Honorable Judge Vince Chhabria of the United States District Court for the Northern District of California appointed Phoenix as Lead Plaintiff and approved its selection of Pomerantz LLP as lead counsel;

WHEREAS, the parties thereafter stipulated to transfer this case to the District of Nevada, Southern Division, and upon transfer, to meet and confer and submit to the Court a proposed schedule for Lead Plaintiff to file an amended complaint and for Defendants' responses thereto and associated briefing (ECF No. 47), which transfer order issued on July 18, 2022 (ECF No. 48);

WHEREAS, on July 20, 2022, the Action was transferred to this Court and assigned to the Honorable Judge Richard F. Boulware, II and Magistrate Judge Nancy J. Koppe;

WHEREAS, the Parties having conferred on scheduling matters;

NOW THEREFORE, IT IS STIPULATED AND AGREED, subject to the Court's approval, that:

    i. Lead Plaintiff shall file an amended complaint by **October 4, 2022** (60 days from the submission of this stipulation). The amended complaint will supersede the existing complaint in the Action, and Defendants are not required to respond to any

|   |   |   |
|---|---|---|
| 1 |   | complaint filed prior to the amended complaint; |
| 2 | ii. | The deadline for Defendants to move, answer, or otherwise respond to the amended |
| 3 |   | complaint is **December 5, 2022**; |

Denied without prejudice to filing a separate request at an appropriate time.  *See* Local Rule IC 2-2(b).

iii. ~~In the event that Defendants move to dismiss the amended complaint, Lead Plaintiff shall file any opposition to Defendants' motion(s) no later than **February 3, 2023**;~~

v. ~~In the event that Defendants move to dismiss the amended complaint, Defendants shall file any replies to Lead Plaintiff's opposition(s) to the motion(s) to dismiss no later than **March 21, 2023**.~~

Dated: August 5, 2022

**MUEHLBAUER LAW OFFICE, LTD.**

By: */s/Andrew R. Muehlbauer*
       Andrew R. Muehlbauer, Esq.

7915 West Sahara Ave., Ste. 104
Las Vegas, NV 89117
andrew@mlolegal.com

**POMERANTZ LLP**
Jeremy A. Lieberman, Esq.
(admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com

*Attorneys for Lead Plaintiff and Lead Counsel for the Proposed Class*

**SNELL & WILMER L.L.P.**

By:/s/ *Patrick G. Byrne*
       Patrick G. Byrne, Esq.

Bradley T. Austin, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

**FENWICK & WEST LLP**
Dean S. Kristy, Esq. (admitted *pro hac vice*)
Jennifer Bretan, Esq. (admitted *pro hac vice*)
Sofia Ritala, Esq. (admitted *pro hac vice*)
555 California Street, 12th Floor
San Francisco, CA 94104
dkristy@fenwick.com
jbretan@fenwick.com
sritala@fenwick.com

*Attorneys for Defendants PLAYSTUDIOS, Inc. and Andrew Pascal*

**IT IS SO ORDERED**.

_____
United States Magistrate Judge

DATED: August 8, 2022