DEAN S. KRISTY *(admitted pro hac vice)*
dkristy@fenwick.com
JENNIFER C. BRETAN *(admitted pro hac vice)*
jbretan@fenwick.com
SOFIA RITALA *(admitted pro hac vice)*
sritala@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile:  415.281.1250

PATRICK G. BYRNE (Nevada Bar No. 7636)
pbyrne@swlaw.com
BRADLEY T. AUSTIN (Nevada Bar No. 13064)
baustin@swlaw.com
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile:  702.784.5252

*Attorneys for Defendants
PLAYSTUDIOS, Inc., Andrew Pascal, Edward King,
Daniel Fetters, James Murren, Zach Leonsis, Brisa
Carleton, Andrew Zobler, Sam Kennedy, Christopher
Grove, William J. Hornbuckle, Joe Horowitz, Jason
Krikorian, and Judy K. Mencher*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTIAN A. FELIPE, individually as administrator of the CHRISTIAN A. FELIPE CONTRIBUTORY IRA, and on Behalf of Similarly Situated Persons,<br><br>Plaintiff,<br><br>v.<br><br>PLAYSTUDIOS, INC., *et al*.,<br><br>Defendants. | Case No.: 2:22-cv-01159-RFB-NJK<br><br>**DECLARATION OF JENNIFER C. BRETAN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT** |

I, Jennifer C. Bretan, hereby declare:

1. I am a partner with the law firm of Fenwick & West LLP, counsel for Defendants PLAYSTUDIOS, Inc. (the "Company"), Andrew Pascal, Edward King, Daniel Fetters, James Murren, Zach Leonsis, Brisa Carleton, Andrew Zobler, Sam Kennedy, Christopher Grove, William J. Hornbuckle, Joe Horowitz, Jason Krikorian, and Judy K. Mencher (collectively with the Company, "Defendants"). I am admitted *pro hac vice* in the above-captioned matter.

2. The purpose of this declaration is to provide the Court with exhibits relevant to Defendants' Motion to Dismiss Amended Complaint, filed concurrently herewith. All documents are attached to the accompanying Appendix of Exhibits. I have personal knowledge of the matters set forth in this declaration and, if called upon to do so, could and would testify competently as to the matters described below.

3. **Exhibit 1** is a true and correct copy of excerpts of Acies Acquisition Corp.'s ("Acies") Schedule 14A Proxy Statement and Prospectus, filed with the Securities and Exchange Commission ("SEC") on or about May 25, 2021, with relevant portions highlighted for convenience.

4. **Exhibit 2** is a true and correct copy of excerpts of Acies' Form S-4/A Amended Registration Statement, filed with the SEC on or about May 20, 2021, with relevant portions highlighted for convenience.

5. **Exhibit 3** is a true and correct copy of excerpts of the Company's August 11, 2021 quarterly earnings release entitled "PLAYSTUDIOS, Inc. Announces Second Quarter And First Half 2021 Results," which was filed with the SEC on that same date as an exhibit to Form 8-K, with relevant portions highlighted for convenience.

6. **Exhibit 4** is a true and correct copy of the transcript of the Company's August 11, 2021 earnings conference call, with relevant portions highlighted for convenience.

7. **Exhibit 5** is a true and correct copy of excerpts of the Company's Form 10-Q for the quarter ended June 30, 2021, filed with the SEC on or about August 12, 2021, with relevant portions highlighted for convenience.

8.      **Exhibit 6** is a true and correct copy of excerpts of the Company's November 11, 2021 quarterly earnings release entitled "PLAYSTUDIOS, Inc. Announces Third Quarter Results," which was filed with the SEC on that same date as an exhibit to Form 8-K, with relevant portions highlighted for convenience.

9.      **Exhibit 7** is a true and correct copy of the transcript of the Company's November 11, 2021 earnings conference call, with relevant portions highlighted for convenience.

10.     **Exhibit 8** is a true and correct copy of excerpts of the Company's Form 10-Q for the quarter ended September 30, 2021, filed with the SEC on or about November 12, 2021, with relevant portions highlighted for convenience.

11.     **Exhibit 9** is a true and correct copy of excerpts of the Company's February 24, 2022 quarterly earnings release entitled "PLAYSTUDIOS, Inc.  Announces Fourth Quarter and Full Year Results," which was filed with the SEC on that same date as an exhibit to Form 8-K, with relevant portions highlighted for convenience.

12.     **Exhibit 10** is a true and correct copy of the transcript of the Company's February 24, 2022 earnings conference call, with relevant portions highlighted for convenience.

13.     **Exhibit 11** is a true and correct copy of excerpts of the Company's Form 10-K for the fiscal year ended December 31, 2021, filed with the SEC on or about March 3, 2022, with relevant portions highlighted for convenience.

14.      **Exhibit 12** is a true and correct copy of Acies' and PLAYSTUDIOS' February 1, 2021 joint press release, entitled "PLAYSTUDIOS to Become the First Publicly Listed Mobile Games Company Offering Players Real-World Rewards," which was filed with the SEC on February 2, 2021 as an exhibit to Acies' Form 8-K, with relevant portions highlighted for convenience.

15.     **Exhibit 13** is a true and correct copy of excerpts of a February 2, 2021 investor presentation which was filed with the SEC on the same date as an exhibit to Acies' Form 8-K, with relevant portions highlighted for convenience.

16.    **Exhibit 14** is a true and correct copy of a transcript of a February 2, 2021 conference call filed by Acies with the SEC on the same date on Form 425, with relevant portions highlighted for convenience.

17.    **Exhibit 15** is a true and correct copy of the transcript of the April 7, 2021 Fantini Research interview with Andrew Pascal, filed by Acies with the SEC on the same date on Form 425, with relevant portions highlighted for convenience.

18.    **Exhibit 16** is a true and correct copy of a May 11, 2021 earnings release entitled "PLAYSTUDIOS, Inc. Announces First Quarter 2021 Results," which was filed by Acies with the SEC on that same date on Form 425, with relevant portions highlighted for convenience.

19.    **Exhibit 17** is a true and correct copy of Acies' Form 8-K filed with the SEC on or about June 21, 2021, with relevant portions highlighted for convenience.

20.    **Exhibit 18** are true and correct copies of Forms 4 for Andrew Pascal filed with the SEC on or about January 24, 2022, January 28, 2022, February 2, 2022, February 9, 2022, February 17, 2022, February 24, 2022, March 3, 2022, March 10, 2022, March 16, 2022, March 25, 2022, March 30, 2022, April 6, 2022, April 14, 2022, April 22, 2022, April 27, 2022, and May 5, 2022.

21.    **Exhibit 19** is a true and correct copy of a table reflecting the daily closing stock prices for the Company's common stock from June 22, 2021 to May 5, 2022. This table was downloaded from https://www.nasdaq.com/market-activity/stocks/myps/historical.

I declare under penalty of perjury under the laws of the United States of America and the State of Nevada that the that the foregoing is true and correct.  Executed this 21st day of December, 2022 in Piedmont, California.

 /s/  Jennifer C. Bretan
Jennifer C. Bretan

**CERTIFICATE OF SERVICE**

Pursuant to F.R.C.P. 5(b) and Electronic Filing Procedure IV(B), I certify that on December 21, 2022, a true and correct copy of **DECLARATION OF JENNIFER C. BRETAN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT** was transmitted electronically through the Court's CM/ECF e-filing electronic notice system to all attorneys associated with the above-captioned case.

/s/ *Jennifer C. Bretan*
Jennifer C. Bretan
Fenwick & West LLP