DEAN S. KRISTY (admitted pro hac vice)
dkristy@fenwick.com
JENNIFER C. BRETAN (admitted pro hac vice)
jbretan@fenwick.com
SOFIA RITALA (admitted pro hac vice)
sritala@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1250

PATRICK G. BYRNE (Nevada Bar No. 7636)
pbyrne@swlaw.com
BRADLEY T. AUSTIN (Nevada Bar No. 13064)
baustin@swlaw.com
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252

*Attorneys for Defendants
PLAYSTUDIOS, Inc., Andrew Pascal, Edward King,
Daniel Fetters, James Murren, Zach Leonsis, Brisa
Carleton, Andrew Zobler, Sam Kennedy, Christopher
Grove, William J. Hornbuckle, Joe Horowitz, Jason
Krikorian, and Judy K. Mencher*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIAN A. FELIPE, individually as administrator of the CHRISTIAN A. FELIPE CONTRIBUTORY IRA, and on Behalf of Similarly Situated Persons,<br><br>Plaintiff,<br><br>v.<br><br>PLAYSTUDIOS, INC., *et al.*,<br><br>Defendants. | Case No.: 2:22-cv-01159-RFB-NJK<br><br>**APPENDIX OF EXHIBITS TO DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT** |

| DESCRIPTION | EXHIBIT | PAGES |
|---|---|---|
| Acies Acquisition Corp.'s ("Acies") Schedule 14A Proxy Statement and Prospectus (excerpted) (May 25, 2021) | 1 | 001-085 |
| Acies' Form S-4/A Amended Registration Statement (excerpted) (May 20, 2021) | 2 | 086-104 |
| PLAYSTUDIOS' quarterly earnings release entitled "PLAYSTUDIOS, Inc. Announces Second Quarter And First Half 2021 Results" (excerpted) (Aug. 11, 2021) | 3 | 105-109 |
| PLAYSTUDIOS' earnings conference call transcript for Q2 2021 (Aug. 11, 2021) | 4 | 110-119 |
| PLAYSTUDIOS' Form 10-Q for the quarter ended June 30, 2021 (excerpted) (Aug. 12, 2021) | 5 | 120-132 |
| PLAYSTUDIOS' quarterly earnings release entitled "PLAYSTUDIOS, Inc. Announces Third Quarter Results" (excerpted) (Nov. 11, 2021) | 6 | 133-137 |
| PLAYSTUDIOS' earnings conference call transcript for Q3 2021 (Nov. 11, 2021) | 7 | 138-148 |
| PLAYSTUDIOS' Form 10-Q for the quarter ended September 30, 2021 (excerpted) (Nov. 12. 2021) | 8 | 149-160 |
| PLAYSTUDIOS' quarterly and year-end earnings release entitled "PLAYSTUDIOS, Inc. Announces Fourth Quarter and Full Year Results" (excerpted) (Feb. 24, 2022) | 9 | 161-165 |
| PLAYSTUDIOS' earnings conference call transcript for Q4 2021 (Feb. 24, 2022) | 10 | 166-171 |
| PLAYSTUDIOS' Form 10-K for the fiscal year ended December 31, 2021 (excerpted) (Mar. 3, 2022) | 11 | 172-189 |
| Acies and PLAYSTUDIOS' joint press release, entitled "PLAYSTUDIOS to Become the First Publicly Listed Mobile Games Company Offering Players Real-World Rewards" (Feb. 1, 2021) | 12 | 190-195 |
| Investor presentation (excerpted) (Feb. 2, 2021) | 13 | 196-200 |
| Conference call transcript on Form 425 (Feb. 2, 2021) | 14 | 201-204 |
| Transcript of Fantini Research interview with Andrew Pascal on Form 425 (Apr. 7, 2021) | 15 | 205-208 |
| PLAYSTUDIOS' quarterly earnings release on Form 425 entitled PLAYSTUDIOS, Inc. Announces First Quarter 2021 Results" (May 11, 2021) | 16 | 209-210 |

| DESCRIPTION | EXHIBIT | PAGES |
|---|---|---|
| Acies' Form 8-K (June 21, 2021) | 17 | 211-213 |
| Forms 4 for Andrew Pascal (excerpted) (Jan. 24, 2022, Jan. 28, 2022, Feb.2, 2022, Feb 9, 2022, Feb. 17, 2022, Feb. 24, 2022, Mar. 3, 2022, Mar. 10, 2022, Mar. 16, 2022, Mar. 25, 2022, Mar. 30, 2022, Apr. 6, 2022, Apr. 14, 2022, Apr. 22, 2022, Apr. 27, 2022, and May 5, 2022) | 18 | 214-245 |
| Table reflecting the daily closing stock prices for PLAYSTUDIOS common stock (June 22, 2021 – May 5, 2022) | 19 | 246-250 |

Dated:  December 21, 2022         FENWICK & WEST LLP

By:  */s/  Jennifer C. Bretan*
        Jennifer C. Bretan

Dean S. Kristy (admitted *pro hac vice*)
Jennifer C. Bretan (admitted *pro hac vice*)
Sofia Ritala (admitted *pro hac vice*)
FENWICK & WEST, LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile:  415.281.1350
Email: dkristy@fenwick.com
Email: jbretan@fenwick.com
Email: sritala@fenwick.com

Patrick G. Byrne (Nevada Bar No. 7636)
Bradley T. Austin (Nevada Bar No. 13064)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Email: pbyrne@swlaw.com
Email: baustin@swlaw.com

*Attorneys for Defendants PLAYSTUDIOS, Inc.,*
*Andrew Pascal, Edward King, Daniel Fetters,*
*James Murren, Zach Leonsis, Brisa Carleton,*
*Andrew Zobler, Sam Kennedy, Christopher Grove,*
*William J. Hornbuckle, Joe Horowitz,*
*Jason Krikorian, and Judy K. Mencher*

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2022, I electronically transmitted the foregoing **APPENDIX OF EXHIBITS TO DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

*/s/ Jennifer C. Bretan*
Jennifer C. Bretan
Fenwick & West LLP
