# Exhibit 2

## Acies Acquisition Corp.'s Form S-4/A Amended Registration Statement (excerpted) (May 20, 2021)

As filed with the Securities and Exchange Commission on May 20, 2021

Registration No. 333-253135

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

**Amendment No. 4**
**to**

# FORM S-4

**REGISTRATION STATEMENT**
**UNDER**
**THE SECURITIES ACT OF 1933**

# Acies Acquisition Corp.*

(Exact Name of Registrant as Specified in Its Charter)

| **Cayman Islands*** | **6770** | **N/A** |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | (Primary Standard Industrial Classification Code Number) | (I.R.S. Employer Identification Number) |

**1219 Morningside Drive, Suite 110**
**Manhattan Beach, CA 90266**
**(310) 545-9265**

(Address, including zip code, and telephone number, including area code, of Registrant's principal executive offices)

**Daniel Fetters**
**Edward King**
**Co-Chief Executive Officers**
**1219 Morningside Drive, Suite 110**
**Manhattan Beach, CA 90266**
**(310) 545-9265**

(Name, address, including zip code, and telephone number, including area code, of agent for service)

*Copies to:*

| | |
|---|---|
| **Steven B. Stokdyk** | **Alan F. Denenberg** |
| **Brent T. Epstein** | **Lee Hochbaum** |
| **Latham & Watkins LLP** | **Davis Polk & Wardwell LLP** |
| **10250 Constellation Blvd. Suite 1100** | **1600 El Camino Real** |
| **Los Angeles, CA 90067** | **Menlo Park, CA 94025** |
| **(213) 485-1234** | **(650) 752-2000** |

**Approximate date of commencement of proposed sale of the securities to the public:** As soon as practicable after this registration statement is declared effective and all other conditions to the business combination described in the enclosed proxy statement/prospectus have been satisfied or waived.

If the securities being registered on this Form are being offered in connection with the formation of a holding company and there is compliance with General Instruction G, check the following box:  ☐

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering:  ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering:  ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | Smaller reporting company | ☒ |
| | | Emerging growth company | ☒ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 7(a)(2)(B) of the Securities Act.  ☐

If applicable, place an X in the box to designate the appropriate rule provision relied upon in conducting this transaction:

086

Exchange Act Rule 13e-4(i) (Cross-Border Issuer Tender Offer)   ☐
Exchange Act Rule 14d-l(d) (Cross-Border Third-Party Tender Offer)   ☐

## CALCULATION OF REGISTRATION FEE

| Title of each class of securities to be registered | Amount to be Registered[1] | Proposed maximum offering price per security | Proposed maximum aggregate offering price | Amount of registration fee |
|---|---|---|---|---|
| Class A common stock, par value $0.0001 per share | 107,054,411[2] | $ 11.07[3] | $1,185,092,329.77 | $ 129,293.58 |
| Redeemable Warrants | 7,175,000[4] | $ 2.73[5] | $ 19,587,750.00 | $ 2,137.03 |
| Class A common stock, par value $0.0001 per share | 7,175,000[6] | $ 11.50[7] | $ 82,512,500.00 | $ 9,002.12 |
| Total | | | $1,287,192,579.77 | $ 140,432.73[8] |

(1)   Pursuant to Rule 416(a) under the Securities Act, there is also being registered an indeterminable number of additional securities as may be issued to prevent dilution resulting from share splits, share dividends or similar transactions.

(2)   Based on the maximum number of shares of Class A common stock, par value $0.0001 per share ("New PLAYSTUDIOS Class A common stock"), of the registrant ("Acies" and after the Domestication (as defined herein), "New PLAYSTUDIOS") estimated to be issued in connection with the business combination described herein (the "Business Combination"). This number is based on the sum of (a) the 61,221,884 shares of New PLAYSTUDIOS Class A common stock issuable on the consummation of the Business Combination (except for any such shares issuable to certain stockholders of PlayStudios, Inc. ("PLAYSTUDIOS") that have entered into support agreements with respect to the Business Combination (such stockholders, the "Key Stockholders"), (b) up to 6,494,374 shares of New PLAYSTUDIOS Class A common stock that may be issued after such date pursuant to the earnout provisions of the Merger Agreement described herein (except for any such shares issuable to the Key Stockholders), (c) 13,281,903 shares of New PLAYSTUDIOS Class A common stock corresponding to outstanding stock options of PLAYSTUDIOS (but excluding any such shares issuable to the Key Stockholders), (d) 4,531,250 shares of New PLAYSTUDIOS Class A common stock issuable upon the conversion of Acies Class B ordinary shares, and (e) 21,525,000 Class A ordinary shares of Acies that were registered pursuant to the Registration Statement on Form S-1 (333-249297) (the "IPO Registration Statement") and offered by Acies in its initial public offering which will be converted by operation of law into shares of New PLAYSTUDIOS Class A common stock in the Domestication.

(3)   Estimated solely for the purpose of calculating the registration fee, based on the average of the high and low trading prices of the Acies Class A ordinary shares on The Nasdaq Capital Market on February 11, 2021 in accordance with Rule 457(f)(1) and Rule 457(f)(3). For purposes of calculating the registration fee, the Acies Class B ordinary shares are treated as having the same value as the Acies Class A ordinary shares as each Acies Class B ordinary share is convertible into one Acies Class A ordinary share.

(4)   The number of redeemable warrants to acquire shares of New PLAYSTUDIOS Class A common stock being registered represents the number of redeemable warrants to acquire Class A ordinary shares of Acies that were registered pursuant to the IPO Registration Statement and offered by Acies in its initial public offering (the "Acies public warrants"). The Acies public warrants will automatically be converted by operation of law into redeemable warrants to acquire shares of New PLAYSTUDIOS Class A common stock in the Domestication ("New PLAYSTUDIOS public warrants").

(5)   Estimated solely for the purpose of calculating the registration fee, based on the average of the high and low trading prices of the Acies public warrants on The Nasdaq Capital Market on February 11, 2021 in accordance with Rule 457(f)(1).

(6)   Reflects the shares of New PLAYSTUDIOS Class A common stock that may be issued upon exercise of the New PLAYSTUDIOS public warrants.

(7)   Calculated pursuant to Rule 457(g) under the Securities Act, based on the exercise price of the Acies public warrants.

(8)   The filing fee has been previously paid.

*   Prior to the consummation of the Mergers described herein, the Registrant intends to effect a deregistration under Article 206 of the Cayman Islands Companies Act and a domestication under Section 388 of the Delaware General Corporation Law, pursuant to which the Registrant's jurisdiction of incorporation will be changed from the Cayman Islands to the State of Delaware. All securities being registered will be issued by Acies Acquisition Corp. (after its domestication as a corporation incorporated in the State of Delaware), the continuing entity following the Domestication, which will be renamed "PLAYSTUDIOS, Inc."

**The registrant hereby amends this registration statement on such date or dates as may be necessary to delay its effective date until the registrant shall file a further amendment which specifically states that this registration statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act or until the registration statement shall become effective on such date as the SEC, acting pursuant to said Section 8(a), may determine.**

Case 2:22-cv-01159-RFB-NJK    Document 93-2    Filed 12/21/22    Page 4 of 20

**PRELIMINARY—SUBJECT TO COMPLETION, DATEDMAY 20, 2021**
**PROXY STATEMENT FOR EXTRAORDINARY GENERAL MEETING OF**
**ACIES ACQUISITION CORP.**
**(A CAYMAN ISLANDS EXEMPTED COMPANY)**
**PROSPECTUS FOR**
**107,054,411 SHARES OF CLASS A COMMON STOCK AND**
**7,175,000 SHARES OF CLASS A COMMON STOCK UNDERLYING WARRANTS**
**OF**
# ACIES ACQUISITION CORP.
**TO BE REDOMESTICATED AND RENAMED PLAYSTUDIOS, INC.**

On February 1, 2021, the board of directors of Acies Acquisition Corp., a Cayman Islands exempted company (" Acies"), approved:

- the domestication of Acies as a Delaware corporation (the " Domestication");

- the merger agreement (the "Merger Agreement") described in this proxy statement/prospectus, attached to this proxy statement/prospectus as Annex A, pursuant to which Acies and PlayStudios, Inc., a Delaware corporation (" PLAYSTUDIOS"), will become a new public company owned by the prior shareholders of Acies, the prior stockholders of PLAYSTUDIOS and the PIPE Investors described in this proxy statement/prospectus;

- concurrently with the consummation of the business combination, an issuance of Class A common stock of Acies to certain investors for a total aggregate purchase price of up to $250.0 million (the "PIPE Investment"); and

- the other transactions contemplated by the Merger Agreement and documents related thereto (the " Transactions" and, together with the Merger Agreement and the Domestication, the "Business Combination"). In connection with the Business Combination, Acies will change its name to "PLAYSTUDIOS, Inc." As used in this proxy statement/prospectus, "New PLAYSTUDIOS" refers to Acies after the Domestication, including after such change of name.

As a result of the Domestication, among other things,

- Acies will deregister as an exempted company in the Cayman Islands and continue as a corporation incorporated under the laws of the State of Delaware under the name "PLAYSTUDIOS, Inc." and, as a result, current Acies shareholders will receive shares in the Delaware corporation as described below, with materially different governing documents;

- each of the then issued and outstanding Class A and Class B ordinary shares of Acies (the " ordinary shares"), except for the forfeiture of certain ordinary shares held by Acies Acquisition LLC, a Delaware limited liability company (the "Sponsor"), will convert automatically, on a one-for-one basis, into a share of Class A common stock, par value $0.0001 per share, of New PLAYSTUDIOS (the "New PLAYSTUDIOS Class A common stock"),

- each then issued and outstanding redeemable warrant of Acies (the " Acies warrants") will convert automatically, on a one-for-one basis, into a warrant to acquire one share of New PLAYSTUDIOS Class A common stock (the "New PLAYSTUDIOS warrants"), on substantially the same terms and conditions of the Warrant Agreement dated October 22, 2020, between Acies and Continental Stock Transfer & Trust Company, as warrant agent, after giving effect to the forfeiture of certain warrants held by the Sponsor pursuant to the Sponsor Support Agreement, and

- each of the then issued and outstanding units of Acies that have not been previously separated into the underlying Acies Class A ordinary shares and one-third of an Acies warrant upon the request of the holder thereof (the "Acies units") will be cancelled and will entitle the holder thereof to one share of New PLAYSTUDIOS Class A common stock and one-third of a New PLAYSTUDIOS warrant, provided that no fractional New PLAYSTUDIOS warrants will be issued upon separation of the Acies units.

At the closing (the " Closing") of the Business Combination, among other things, all outstanding shares of PLAYSTUDIOS capital stock as of immediately prior to the Closing will be cancelled and, except for any dissenting shares, be exchanged for the right to receive the merger consideration described below. The merger consideration payable by Acies to PLAYSTUDIOS stockholders and vested optionholders will be:

- at the Closing, $1,041,000,000 in the form of shares of New PLAYSTUDIOS common stock, with each stockholder of PLAYSTUDIOS having the ability to elect up to 15% of their shares of New PLAYSTUDIOS common stock to be paid in cash at an assumed value of $10.00 per share of New PLAYSTUDIOS common stock, subject to proration if there is insufficient available cash, subject to certain conditions (holders of vested but unexercised options to purchase shares of PLAYSTUDIOS common stock will not receive shares at the Closing and will also not have a right to elect for cash consideration but their options will be converted to options to purchase shares of New PLAYSTUDIOS common stock as described below); and

- 15,000,000 shares of New PLAYSTUDIOS common stock in the form of earnout consideration, payable in two equal tranches if the closing price of the New PLAYSTUDIOS Class A common stock exceeds $12.50 and $15.00 per share, respectively, for any 20 trading days within any 30-trading day period commencing on or after the 150th day following the Closing and ending no later than the five-year anniversary of the Closing (the earnout consideration will also vest based on the price targets in connection with a sale of New PLAYSTUDIOS).

We estimate that holders of shares of PLAYSTUDIOS capital stock will receive approximately 0.235 shares of New PLAYSTUDIOS common stock per share of PLAYSTUDIOS capital stock (the "Exchange Ratio"), based on capitalization information of PLAYSTUDIOS as of March 31, 2021, subject to change as described in the Merger Agreement. Unexercised options to purchase shares of PLAYSTUDIOS common stock (whether vested or unvested) will be converted to options to purchase shares of New PLAYSTUDIOS common stock based on the Exchange Ratio. Unexercised warrants to purchase shares of PLAYSTUDIOS capital stock will be treated as if they were exercised and outstanding.

The amount of cash available to be paid to holders of PLAYSTUDIOS capital stock electing to receive cash consideration will be based on the amount of cash held by Acies after giving effect to (i) the PIPE Investment, (ii) redemptions by holders of Acies Class A ordinary shares, (iii) the payment of approximately $61.4 million in transaction expenses, (iv) the $200 million reserved for use by New PLAYSTUDIOS after the Closing and (v) the reservation of cash for any dissenting shares for which holders have timely demanded appraisal before the Closing. The aggregate amount of cash available to be paid to holders of

**The information in this preliminary proxy statement/prospectus is not complete and may be changed. The registrant may not sell the securities described in this preliminary proxy statement/prospectus until the registration statement filed with the Securities and Exchange Commission is declared effective. This preliminary proxy statement/prospectus is not an offer to sell these securities and it is not soliciting an offer to buy these securities in any jurisdiction where the offer or sale is not permitted.**

PLAYSTUDIOS capital stock will not exceed $150 million. If there is not enough available cash to pay the full amount of elected cash consideration, the aggregate payment will be prorated. For further details, see *"Summary of the Proxy Statement/Prospectus—Sources and Uses of Funds for the Business Combination"* and *"Business Combination Proposal—The Merger Agreement—Effects of the Merger Agreement—Aggregate Merger Consideration."*

The stock consideration to be issued (including at the Closing and in the form of earnout consideration) to:

- the then current holders of PLAYSTUDIOS stock and options and warrants to purchase PLAYSTUDIOS stock (other than to the Chief Executive Officer of PLAYSTUDIOS, Andrew Pascal, and certain affiliated entities) will be in the form of New PLAYSTUDIOS Class A common stock, and

- Mr. Pascal and certain affiliated entities will be in the form of shares of Class B common stock, par value $0.0001 per share, of New PLAYSTUDIOS (the "New PLAYSTUDIOS Class B common stock").

The New PLAYSTUDIOS Class B common stock will have the same economic terms as the New PLAYSTUDIOS Class A common stock, but the New PLAYSTUDIOS Class B common stock will be entitled to twenty (20) votes per share compared with one (1) vote per share for the New PLAYSTUDIOS Class A common stock. As a result, it is expected that Mr. Pascal and his affiliated entities will hold over 70% of the outstanding voting power of New PLAYSTUDIOS immediately following the closing of the Business Combination and New PLAYSTUDIOS will be a "controlled company" under the rules of the Nasdaq Stock Market LLC. The stock consideration will also be subject to certain restrictions on transfer for 12 months following the closing of the Business Combination, subject to certain exceptions, and after 180 days following the closing of the Business Combination, a release from such transfer restriction of the lesser of (A) 5% of the locked-up securities and (B) 50,000 of the locked-up securities, in each case, held by each holder. See the sections titled *Summary of the Proxy Statement/Prospectus—Ownership of New PLAYSTUDIOS Following the Business Combination,* " *"Description of New PLAYSTUDIOS Securities"* and *"Description of New PLAYSTUDIOS Securities—Common Stock—Lock-up Restrictions.* "

**When you consider the recommendation of the Acies Board of Directors in favor of each of the Proposals discussed in this proxy statement/prospectus, you should keep in mind that Mr. Pascal is a co-founder and Chief Executive Officer of PLAYSTUDIOS, as well as a co-founder of Acies and an advisor to the Acies Board of Directors, and the proposed business combination is considered an affiliated transaction. Please see the section entitled "Questions and Answers for Shareholders of Acies—Is the Business Combination an affiliated transaction?"**

The issued and outstanding Acies units, Acies Class A ordinary shares and Acies warrants are currently listed on the Nasdaq Capital Market ("   Nasdaq") under the symbols "ACACU," "ACAC" and "ACACW," respectively. Acies will apply for listing, to be effective at the time of the business combination New PLAYSTUDIOS common stock and New PLAYSTUDIOS warrants on Nasdaq under the proposed symbols, "MYPS" and "MYPSW," respectively. New PLAYSTUDIOS will not have units traded. It is a condition of the consummation of the Business Combination that Acies receives confirmation from Nasdaq that the securities have been approved for listing on Nasdaq, but there can be no assurance that Acies will obtain such confirmation from Nasdaq. If such confirmation is not obtained, the Business Combination will not be consummated unless the Nasdaq condition set forth in the Merger Agreement is waived by the applicable parties.

---

**This proxy statement/prospectus provides shareholders of Acies with detailed information about the proposed Business Combination and other matters to be considered at the Extraordinary General Meeting of Acies. We encourage you to read this entire document, including the Annexes and other documents referred to herein, carefully and in their entirety. You should also carefully consider the risk factors described in "*Risk Factors*" beginning on page 30 of this proxy statement/prospectus.**

**NEITHER THE SECURITIES AND EXCHANGE COMMISSION NOR ANY STATE SECURITIES REGULATORY AGENCY HAS APPROVED OR DISAPPROVED THE TRANSACTIONS DESCRIBED IN THIS PROXY STATEMENT/PROSPECTUS, PASSED UPON THE MERITS OR FAIRNESS OF THE BUSINESS COMBINATION OR RELATED TRANSACTIONS OR PASSED UPON THE ADEQUACY OR ACCURACY OF THE DISCLOSURE IN THIS PROXY STATEMENT/PROSPECTUS. ANY REPRESENTATION TO THE CONTRARY CONSTITUTES A CRIMINAL OFFENSE.**

**This proxy statement/prospectus is dated                  , 2021, and is first being mailed to Acies' shareholders on or about                  , 2021.**

089

TABLE OF CONTENTS

**ACIES ACQUISITION CORP.**

**A Cayman Islands Exempted Company**
**(Company Number 365197)**
**1219 Morningside Drive, Suite 110**
**Manhattan Beach, California 90266**

Dear Acies Acquisition Corp. Shareholders:

You are cordially invited to attend the Extraordinary General Meeting (the "Extraordinary General Meeting") of Acies Acquisition Corp., a Cayman Islands exempted company ("Acies" and, after the Domestication, as described below, "New PLAYSTUDIOS"), at        , Pacific Time on                  , 2021 at the offices of Latham & Watkins LLP located at 10250 Constellation Blvd., Suite 1100, Los Angeles, California 90067, and also virtually via live webcast at the following address: https://www.cstproxy.com/aciesacq/sm2021, or at such other time, on such other date and at such other place to which the meeting may be adjourned. Given the potential COVID-19 restrictions which may be in place at the time of the Extraordinary General Meeting, Acies would like to stress the importance of using other methods of attendance other than being physically in the same room, such as attending virtually or by proxy.

At the Extraordinary General Meeting, Acies shareholders will be asked to consider and vote upon a proposal, which is referred to herein as the "Business Combination Proposal," to approve and adopt the Agreement and Plan of Merger, dated as of February 1, 2021 (the "Merger Agreement"), by and among Acies, Catalyst Merger Sub I, Inc., a Delaware corporation and wholly owned subsidiary of Acies ("First Merger Sub"), Catalyst Merger Sub II, LLC, a Delaware limited liability company and wholly owned subsidiary of Acies ("Second Merger Sub") and PlayStudios, Inc., a Delaware corporation ("PLAYSTUDIOS"), a copy of which is attached to the accompanying proxy statement/prospectus as Annex A. The Merger Agreement provides for, among other things, following the Domestication of Acies to Delaware as described below, the merger of First Merger Sub with and into PLAYSTUDIOS (the "First Merger") with PLAYSTUDIOS surviving the merger as a wholly owned subsidiary of Acies (PLAYSTUDIOS, in its capacity as the surviving corporation of the First Merger, is referred to as the "Surviving Corporation"), and immediately following the First Merger, and as part of an integrated transaction with the First Merger, the merger of Surviving Corporation with and into Second Merger Sub (the "Second Merger" and, together with the First Merger, the "Mergers"), with Second Merger Sub being the surviving entity of the Second Merger (Second Merger Sub, in its capacity as the surviving entity of the Second Merger, the "Surviving Entity"); in accordance with the terms and subject to the conditions of the Merger Agreement as more fully described elsewhere in the accompanying proxy statement/prospectus.

As a condition to the consummation of the Mergers, the board of directors of Acies has unanimously approved a change of Acies' jurisdiction of incorporation by deregistering as an exempted company in the Cayman Islands and domesticating as a corporation incorporated under the laws of the State of Delaware (the "Domestication" and, together with the Merger Agreement and the other transactions contemplated by the Merger Agreement and documents related thereto, the "Business Combination"). As described in this proxy statement/prospectus, you will be asked to consider and vote upon a proposal, which is referred to herein as the "Domestication Proposal," to approve the Domestication. As used in the accompanying proxy statement/prospectus, "New PLAYSTUDIOS" refers to Acies after the Domestication, including after such change of name.

As a result of and upon the effective time of the Domestication, (1) each of the then issued and outstanding Class A ordinary shares, par value $0.0001 per share, of Acies (the "Acies Class A ordinary shares") will convert automatically, on a one-for-one basis, into a share of Class A common stock, par value $0.0001 per share, of New PLAYSTUDIOS (the "New PLAYSTUDIOS Class A common stock"), (2) each of the then issued and outstanding Class B ordinary shares, par value $0.0001 per share, of Acies (the "Acies Class B ordinary shares" and, together with the Acies Class A ordinary shares, the "ordinary shares"), will convert automatically, on a one-for-one basis, into a share of New PLAYSTUDIOS Class A common stock, after giving effect to the forfeiture of certain Acies Class B ordinary shares held by Acies Acquisition LLC, a Delaware limited liability company (the "Sponsor") pursuant to the Sponsor Support Agreement (as defined below), (3) each then issued and outstanding redeemable warrant of Acies (the "Acies

090

warrants") will convert automatically, on a one-for-one basis, into a warrant to acquire one share of New PLAYSTUDIOS Class A common stock (the "New PLAYSTUDIOS warrants") substantially on the same terms and conditions as the Warrant Agreement (the "Warrant Agreement"), dated October 22, 2020, between Acies and Continental Stock Transfer & Trust Company ("Continental"), as warrant agent, after giving effect to the forfeiture of certain warrants held by the Sponsor pursuant to the Sponsor Support Agreement (as defined below), and (4) each of the then issued and outstanding units of Acies that have not been previously separated into the underlying Acies Class A ordinary shares and one-third of an Acies warrant upon the request of the holder thereof (the "Acies units") will be cancelled and will entitle the holder thereof to one share of New PLAYSTUDIOS Class A common stock and one-third of a New PLAYSTUDIOS warrant, provided that no fractional New PLAYSTUDIOS warrants will be issued upon separation of the Acies units. As used herein, "public shares" shall mean the Acies Class A ordinary shares (including those that underlie the Acies units) that were registered pursuant to the Registration Statement on Form S-1 (333-249297) and the shares of New PLAYSTUDIOS Class A common stock issued as a matter of law upon the conversion thereof on the effective date of the Domestication. For further details, see "*Domestication Proposal*" in the accompanying proxy statement/prospectus.

You will also be asked to consider and vote upon (1) four separate proposals to approve material differences between Acies' Amended and Restated Memorandum and Articles of Association (as may be amended from time to time, the "Cayman Constitutional Documents") and the proposed certificate of incorporation and bylaws of New PLAYSTUDIOS, which are referred to herein as the "Organizational Documents Proposals," (2) a proposal to elect six directors who, upon consummation of the Business Combination, will be the directors of New PLAYSTUDIOS, which is referred to herein as the "Director Election Proposal," (3) a proposal to approve, for purposes of complying with the applicable provisions of Nasdaq Listing Rule 5635, the issuance of New PLAYSTUDIOS common stock to the PLAYSTUDIOS stockholders pursuant to the terms of the Merger Agreement, which is referred to herein as the "Merger Issuance Proposal," (4) a proposal to approve, for purposes of complying with the applicable provisions of Nasdaq Listing Rule 5635, the issuance of New PLAYSTUDIOS common stock to certain investors (collectively, the "PIPE Investors"), for a total aggregate purchase price of up to $250.0 million (the "PIPE Investment"), which is referred to herein as the "PIPE Issuance Proposal," (5) a proposal to approve and adopt the New PLAYSTUDIOS 2021 Equity Incentive Plan (the "Incentive Plan"), which is referred to as the "Incentive Plan Proposal," (6) a proposal to approve and adopt the New PLAYSTUDIOS 2021 Employee Stock Purchase Plan, which is referred to as the "ESPP Proposal," (7) a proposal to approve the appointment by the audit committee of Marcum LLP as the independent registered public accountants of Acies to audit and report on Acies' consolidated financial statements for the year ending December 31, 2021, which is referred to herein as the "Auditor Ratification Proposal," and (8) a proposal to approve the adjournment of the Extraordinary General Meeting to a later date or dates, if necessary, to permit further solicitation and vote of proxies in the event that there are insufficient votes for the approval of one or more proposals at the Extraordinary General Meeting, which is referred to herein as the "Adjournment Proposal." The Business Combination will be consummated only if the Business Combination Proposal, the Domestication Proposal, the Organizational Documents Proposals, the Director Election Proposal, the Merger Issuance Proposal, the PIPE Issuance Proposal, the Incentive Plan Proposal, and the ESPP Proposal (collectively, the "Condition Precedent Proposals") are approved at the Extraordinary General Meeting. Each of the Condition Precedent Proposals is cross-conditioned on the approval of each other. The Auditor Ratification Proposal and the Adjournment Proposal are not conditioned upon the approval of any other proposal. Each of these proposals is more fully described in the accompanying proxy statement/prospectus, which each shareholder is encouraged to read carefully and in its entirety.

At the closing (the "Closing") of the Business Combination, all outstanding shares of PLAYSTUDIOS capital stock as of immediately prior to the Closing will be cancelled and, except for any dissenting shares, be exchanged for the right to receive the merger consideration described below. The merger consideration payable by Acies to PLAYSTUDIOS stockholders and holders of vested options to purchase shares of PLAYSTUDIOS common stock under the Merger Agreement will be:

- at the Closing, $1,041,000,000 in the form of shares of New PLAYSTUDIOS common stock with the ability for each stockholder to elect up to 15% of their shares of New PLAYSTUDIOS common stock to be paid in cash (with an assumed value of $10.00 per share of New PLAYSTUDIOS common stock), subject to proration if there is insufficient available cash

091

(holders of vested but unexercised options to purchase shares of PLAYSTUDIOS common stock will not receive shares at the Closing and will also not have a right to elect for cash consideration but their options will be converted to options to purchase shares of New PLAYSTUDIOS common stock as described below); and

- 15,000,000 shares of New PLAYSTUDIOS common stock in the form of earnout consideration, payable in two equal tranches if the closing price of the New PLAYSTUDIOS Class A common stock exceeds $12.50 and $15.00 per share, respectively, for any 20 trading days within any 30-trading day period commencing on or after the 150th day following the Closing and ending no later than the five-year anniversary of the Closing (the earnout consideration will also vest based on the price targets in connection with a sale of New PLAYSTUDIOS).

We estimate that holders of shares of PLAYSTUDIOS capital stock will receive approximately 0.235 shares of New PLAYSTUDIOS common stock per share of PLAYSTUDIOS capital stock (the "Exchange Ratio"), based on capitalization information of PLAYSTUDIOS as of March 31, 2021, subject to change as described in the Merger Agreement. Unexercised options to purchase shares of PLAYSTUDIOS common stock (whether vested or unvested) will be converted to options to purchase shares of New PLAYSTUDIOS common stock based on the Exchange Ratio (with corresponding adjustments to the exercise price). Unexercised warrants to purchase shares of PLAYSTUDIOS capital stock will automatically be deemed to have been exercised in accordance with their terms immediately prior to the Closing and the underlying shares of PLAYSTUDIOS capital stock will be treated the same as the other outstanding shares of PLAYSTUDIOS capital stock in the Business Combination.

The stock consideration to be issued to:

- the then current holders of PLAYSTUDIOS capital stock and options and warrants to purchase PLAYSTUDIOS capital stock (other than to the Chief Executive Officer of PLAYSTUDIOS, Andrew Pascal, and certain affiliated entities) will be in the form of New PLAYSTUDIOS Class A common stock, and

- Mr. Pascal and certain affiliated entities will be in the form of shares of Class B common stock, par value $0.0001 per share, of New PLAYSTUDIOS.

Pursuant to the proposed bylaws of New PLAYSTUDIOS, after the consummation of the Business Combination, without the prior written consent of the board of directors of New PLAYSTUDIOS and subject to certain exceptions, the holders of: (i) shares of New PLAYSTUDIOS common stock issued as consideration pursuant to the Mergers, (ii) any options to purchase shares of PLAYSTUDIOS common stock (the "PLAYSTUDIOS Options") or (iii) shares of New PLAYSTUDIOS common stock underlying the PLAYSTUDIOS Options, in each case, are restricted from selling or transferring any of the securities described in clauses (i), (ii) or (iii) (collectively, the "PLAYSTUDIOS Lock-Up Securities"). Such restrictions begin at closing and end on the date that is 12 months after the closing, except that beginning on the date that is 180 days after the closing, an amount of PLAYSTUDIOS Lock-Up Securities equal to the lesser of (A) 5% of the PLAYSTUDIOS Lock-Up Securities held by each holder of PLAYSTUDIOS Lock-Up Securities and (B) 50,000 PLAYSTUDIOS Lock-Up Securities held by each holder of PLAYSTUDIOS Lock-Up Securities, will no longer be subject to these transfer restrictions. See "*Description of New PLAYSTUDIOS Securities—Common Stock—Lock-up Restrictions*" in the accompanying proxy statement/prospectus.

The Sponsor has agreed to substantially similar restrictions with respect to the Acies Class B ordinary shares and Acies private placement warrants (as well as the shares of New PLAYSTUDIOS Class A common stock and New PLAYSTUDIOS warrants, respectively, that such securities are convertible into) held by it pursuant to the Sponsor Support Agreement. Following the expiration of these lock-ups, the Sponsor and the PLAYSTUDIOS stockholders will not be restricted from selling the shares of New PLAYSTUDIOS Class A common stock held by them, other than by applicable securities laws. These lock-up restrictions do not apply to any shares of New PLAYSTUDIOS Class A common stock purchased by the PIPE Investors pursuant to the PIPE Subscription Agreements, and the PIPE Investors will not be restricted from selling such shares, other than pursuant to applicable securities laws.

In connection with the Business Combination, certain related agreements have been, or will be entered into on or prior to the date of the closing of the Business Combination, including (i) the Sponsor Support

TABLE OF CONTENTS

Agreement, (ii) the PLAYSTUDIOS Holders Support Agreements, (iii) the PIPE Subscription Agreements, and (iv) the Registration Rights Agreement. For additional information, see "*Business Combination Proposal—Related Agreements*" in the accompanying proxy statement/prospectus.

Pursuant to the Cayman Constitutional Documents, a holder (a "public shareholder") of public shares, which excludes shares held by the Sponsor, may request that Acies redeem all or a portion of such shareholder's public shares for cash if the Business Combination is consummated. **Public shareholders may elect to redeem their public shares even if they vote "for" the Business Combination Proposal or any other Condition Precedent Proposal.** If the Business Combination is not consummated, the public shares will be returned to the respective holder, broker or bank. If the Business Combination is consummated, and if a public shareholder properly exercises its right to redeem all or a portion of the public shares that it holds and timely delivers its shares to Continental, Acies' transfer agent, New PLAYSTUDIOS will redeem such public shares for a per-share price, payable in cash, equal to the pro rata portion of the trust account established at the consummation of Acies' initial public offering into which substantially all of the proceeds from Acies' initial public offering has been deposited for the benefit of Acies, its public shareholders and the underwriters of Acies' initial public offering (the "Trust Account"), calculated as of two business days prior to the consummation of the Business Combination. For illustrative purposes, as of November 9, 2020, this would have amounted to approximately $10.00 per issued and outstanding public share. If a public shareholder exercises its redemption rights in full, then it will be electing to exchange its public shares for cash and will no longer own public shares. The redemption takes place following the Domestication, and, accordingly, it is shares of New PLAYSTUDIOS Class A common stock that will be redeemed immediately after consummation of the Business Combination. See "*Extraordinary General Meeting of Acies—Redemption Rights*" in the accompanying proxy statement/prospectus for a detailed description of the procedures to be followed if you wish to redeem your public shares for cash. Acies' public shareholders may exercise their redemption rights with respect to their public shares without affecting their ability to hold and exercise any public warrants.

Notwithstanding the foregoing, a public shareholder, together with any affiliate of such public shareholder or any other person with whom such public shareholder is acting in concert or as a "group" (as defined in Section 13(d)(3) of the Securities Exchange Act of 1934, as amended ("Exchange Act")), will be restricted from redeeming its public shares with respect to more than an aggregate of 15% of the public shares. Accordingly, if a public shareholder, alone or acting in concert or as a group, seeks to redeem more than 15% of the public shares, then any such shares in excess of that 15% limit would not be redeemed for cash.

The Sponsor and each officer and director of Acies have agreed to, among other things, vote in favor of the Merger Agreement and the transactions contemplated thereby, and to waive their redemption rights in connection with the consummation of the Business Combination with respect to any ordinary shares held by them, in each case, subject to the terms and conditions contemplated by the Sponsor Support Agreement, dated as of February 1, 2021, a copy of which is attached as Annex B to this proxy statement/prospectus (the "Sponsor Support Agreement"). The ordinary shares held by the Sponsor will be excluded from the pro rata calculation used to determine the per-share redemption price. As of the date of the accompanying proxy statement/prospectus, the Sponsor owns approximately 20% of the issued and outstanding ordinary shares.

The Merger Agreement provides that the obligations of PLAYSTUDIOS to consummate the Mergers are conditioned on, among other things, that as of the Closing, (i) the Domestication has been completed, (ii) the amount of cash available in (x) the Trust Account, after deducting the amount required to satisfy Acies' obligations to its shareholders (if any) that exercise their rights to redeem their Acies Class A ordinary shares pursuant to the Cayman Constitutional Documents (but prior to the payment of (a) deferred underwriting commissions being held in the Trust Account and (b) any transaction expenses of Acies or its affiliates) plus (y) the PIPE Investment Amount (as defined herein), is at least equal to $200.0 million minus qualified expenses related to the cost of filing fees and seeking governmental approval of the Mergers (the "Minimum Available Cash Amount") (such condition, the "Minimum Cash Condition"). If such condition is not met, and such condition is not waived by PLAYSTUDIOS under the terms of the Merger Agreement, then the Merger Agreement could terminate and the proposed Business Combination may not be consummated. In addition, pursuant to the Cayman Constitutional Documents, in no event will Acies

redeem public shares in an amount that would cause Acies' net tangible assets (as determined in accordance with Rule 3a51-1(g)(1) of the Exchange Act) to be less than $5,000,001.

The Merger Agreement is also subject to the satisfaction or waiver of certain other closing conditions as described in the accompanying proxy statement/prospectus. There can be no assurance that the parties to the Merger Agreement would waive any such provision of the Merger Agreement.

Acies is providing the accompanying proxy statement/prospectus and accompanying proxy card to Acies' shareholders in connection with the solicitation of proxies to be voted at the Extraordinary General Meeting and at any adjournments of the Extraordinary General Meeting. Information about the Extraordinary General Meeting, the Business Combination and other related business to be considered by Acies' shareholders at the Extraordinary General Meeting is included in the accompanying proxy statement/prospectus. **Whether or not you plan to attend the Extraordinary General Meeting, all of Acies' shareholders are urged to read the accompanying proxy statement/prospectus, including the Annexes and other documents referred to therein, carefully and in their entirety. You should also carefully consider the risk factors described in "*Risk Factors*" beginning on page 30 of the accompanying proxy statement/prospectus.**

**After careful consideration, the board of directors of Acies has unanimously approved the Business Combination and unanimously recommends that shareholders vote "FOR" adoption of the Merger Agreement, and approval of the transactions contemplated thereby, including the Business Combination, and "FOR" all other proposals presented to Acies' shareholders in the accompanying proxy statement/prospectus. When you consider the recommendation of these proposals by the board of directors of Acies, you should keep in mind that Acies' directors and officers have interests in the Business Combination that may conflict with your interests as a shareholder. See the section titled "*Business Combination Proposal—Interests of Acies' Directors and Executive Officers in the Business Combination*" in the accompanying proxy statement/prospectus for a further discussion of these considerations.**

The approval of each of the Domestication Proposal and Organizational Documents Proposal D requires the affirmative vote of holders of at least two-thirds of the ordinary shares represented in person or by proxy and entitled to vote thereon and who vote at the Extraordinary General Meeting. The Business Combination Proposal, the Organizational Document Proposals (excluding Organizational Document Proposal D), the Merger Issuance Proposal, the PIPE Issuance Proposal, the Incentive Plan Proposal, the ESPP Proposal, the Auditor Ratification Proposal, and the Adjournment Proposal require the affirmative vote of a majority of the ordinary shares represented in person or by proxy and entitled to vote thereon and who vote at the Extraordinary General Meeting. The Director Election Proposal requires the affirmative vote of the majority of the holders of Acies Class B ordinary shares.

*Your vote is very important.* **Whether or not you plan to attend the Extraordinary General Meeting, please vote as soon as possible by following the instructions in the accompanying proxy statement/prospectus to make sure that your shares are represented at the Extraordinary General Meeting. If you hold your shares in "street name" through a bank, broker or other nominee, you will need to follow the instructions provided to you by your bank, broker or other nominee to ensure that your shares are represented and voted at the Extraordinary General Meeting. The transactions contemplated by the Merger Agreement will be consummated only if the Condition Precedent Proposals are approved at the Extraordinary General Meeting. Each of the Condition Precedent Proposals is cross-conditioned on the approval of each other. The Auditor Ratification Proposal and the Adjournment Proposal are not conditioned upon the approval of any other proposal set forth in the accompanying proxy statement/prospectus.**

If you sign, date and return your proxy card without indicating how you wish to vote, your proxy will be voted FOR each of the proposals presented at the Extraordinary General Meeting. If you fail to return your proxy card or fail to instruct your bank, broker or other nominee how to vote, and do not attend the Extraordinary General Meeting in person, the effect will be, among other things, that your shares will not be counted for purposes of determining whether a quorum is present at the Extraordinary General Meeting and will not be voted. An abstention or broker non-vote will be counted towards the quorum requirement but will not count as a vote cast at the Extraordinary General Meeting. If you are a shareholder of record and you attend the Extraordinary General Meeting and wish to vote in person, you may withdraw your proxy and vote in person.

094

TABLE OF CONTENTS

On behalf of the Acies Board of Directors, we would like to thank you for your support and look forward to the successful completion of the Business Combination.

Sincerely,

Daniel Fetters and Edward King

Co-Chief Executive Officers

NEITHER THE SECURITIES AND EXCHANGE COMMISSION NOR ANY STATE SECURITIES REGULATORY AGENCY HAS APPROVED OR DISAPPROVED THE TRANSACTIONS DESCRIBED IN THE ACCOMPANYING PROXY STATEMENT/PROSPECTUS, PASSED UPON THE MERITS OR FAIRNESS OF THE BUSINESS COMBINATION OR RELATED TRANSACTIONS OR PASSED UPON THE ADEQUACY OR ACCURACY OF THE DISCLOSURE IN THE ACCOMPANYING PROXY STATEMENT/PROSPECTUS. ANY REPRESENTATION TO THE CONTRARY CONSTITUTES A CRIMINAL OFFENSE.

The accompanying proxy statement/prospectus is dated                    , 2021 and is first being mailed to shareholders on or about                    , 2021.

095

**ACIES ACQUISITION CORP.**

**A Cayman Islands Exempted Company**
**(Company Number 365197)**
**1219 Morningside Drive, Suite 110**
**Manhattan Beach, CA 90266**

**NOTICE OF EXTRAORDINARY GENERAL MEETING**
**TO BE HELD ON             , 2021**

TO THE SHAREHOLDERS OF ACIES ACQUISITION CORP.:

NOTICE IS HEREBY GIVEN that an Extraordinary General Meeting (the "Extraordinary General Meeting") of Acies Acquisition Corp., a Cayman Islands exempted company ("Acies" and, after the Domestication, as described below, "New PLAYSTUDIOS"), at             , Pacific Time on             , 2021 at the offices of Latham & Watkins LLP located at 10250 Constellation Blvd., Suite 1100, Los Angeles, CA 90067, and also virtually via live webcast at: https://www.cstproxy.com/aciesacq/sm2021 or at such other time, on such other date and at such other place to which the meeting may be adjourned. You are cordially invited to attend the Extraordinary General Meeting, which will be held for the following purposes:

- **Proposal No. 1—The Business Combination Proposal—**to consider and vote upon a proposal to approve by ordinary resolution and adopt the Merger Agreement, dated as of February 1, 2021 (the "Merger Agreement"), by and among Acies, Catalyst Merger Sub I, Inc., a wholly owned subsidiary of Acies ("First Merger Sub"), Catalyst Merger Sub II, LLC, a wholly owned subsidiary of Acies ("Second Merger Sub"), and PlayStudios, Inc. ("PLAYSTUDIOS"), a copy of which is attached to this proxy statement/prospectus statement as Annex A. The Merger Agreement provides for, among other things, following the Domestication of Acies to Delaware as described below, the merger of First Merger Sub with and into PLAYSTUDIOS (the "First Merger") with PLAYSTUDIOS surviving the merger as a wholly owned subsidiary of Acies (PLAYSTUDIOS, in its capacity as the surviving corporation of the First Merger, is referred to as the "Surviving Corporation"), and immediately following the First Merger, and as part of an integrated transaction with the First Merger, the Surviving Corporation will merge with and into Second Merger Sub (the "Second Merger" and, together with the First Merger, the "Mergers"), with Second Merger Sub being the surviving entity of the Second Merger (Second Merger Sub, in its capacity as the surviving entity of the Second Merger, the "Surviving Entity"), in accordance with the terms and subject to the conditions of the Merger Agreement as more fully described elsewhere in this proxy statement/prospectus (we refer to this proposal as the "Business Combination Proposal");

- **Proposal No. 2—The Domestication Proposal—**to consider and vote upon a proposal to approve by special resolution, assuming the Business Combination Proposal is approved and adopted, the change of Acies' jurisdiction of incorporation by deregistering as an exempted company in the Cayman Islands and continuing and domesticating as a corporation incorporated under the laws of the State of Delaware (the "Domestication" and, together with the Merger Agreement and the other transactions contemplated by the Merger Agreement and documents related thereto, the "Business Combination") (this proposal is referred to herein as the "Domestication Proposal");

- **Proposal No. 3—Organizational Documents Proposals—**to consider and vote upon the following four separate proposals (collectively, the "Organizational Documents Proposals") to approve by ordinary resolutions, save for the Organizational Documents Proposal D which requires a special resolution, assuming the Business Combination Proposal and the Domestication Proposal are approved and adopted, the following material differences between Acies' Amended and Restated Memorandum and Articles of Association (as may be amended from time to time, the "Cayman Constitutional Documents") and the proposed new certificate of incorporation ("Proposed Certificate of Incorporation") and the proposed new bylaws ("Proposed Bylaws") of Acies Acquisition Corp. (a corporation incorporated in the State of Delaware, and upon the filing with and acceptance by the Secretary of State of Delaware of the certificate of domestication in accordance with Section 388 of the Delaware General Corporation Law (the "DGCL")), which will be renamed "PLAYSTUDIOS, Inc."

TABLE OF CONTENTS

in connection with the Business Combination (Acies after the Domestication, including after such change of name, is referred to herein as "New PLAYSTUDIOS"):

- **Organizational Documents Proposal A**—to authorize by ordinary resolution the change in the authorized share capital of Acies from 500,000,000 Acies Class A ordinary shares and 50,000,000 Acies Class B ordinary shares to 2,000,000,000 shares of New PLAYSTUDIOS Class A common stock, 25,000,000 shares of New PLAYSTUDIOS Class B common stock and 100,000,000 shares of New PLAYSTUDIOS preferred stock (this proposal is referred to herein as "Organizational Documents Proposal A");

- **Organizational Documents Proposal B**—to authorize the board of directors of New PLAYSTUDIOS (the "New PLAYSTUDIOS Board of Directors") to issue any or all shares of New PLAYSTUDIOS preferred stock (the "New PLAYSTUDIOS preferred stock") in one or more classes or series, with such terms and conditions as may be expressly determined by New PLAYSTUDIOS Board of Directors and as may be permitted by the DGCL (this proposal is referred to herein as "Organizational Documents Proposal B");

- **Organizational Documents Proposal C**—to provide that the New PLAYSTUDIOS Board of Directors be declassified with all directors being elected each year for one-year terms (this proposal is referred to herein as "Organizational Documents Proposal C"); and

- **Organizational Documents Proposal D**—to authorize, by way of special resolution, all other changes in connection with the amendment, restatement and replacement of the Cayman Constitutional Documents with the Proposed Certificate of Incorporation and Proposed Bylaws as part of the Domestication (copies of which are attached to this proxy statement/prospectus as Annex I and Annex J, respectively), including, among other things, (1) changing the corporate name from "Acies Acquisition Corp." to "PLAYSTUDIOS, Inc.," (2) making New PLAYSTUDIOS' corporate existence perpetual, (3) adopting Delaware as the exclusive forum for certain stockholder litigation and the federal district courts of the United States of America the exclusive forum for the resolution of any complaint asserting a cause of action arising under the Securities Act, and (4) removing certain provisions related to Acies' status as a blank check company that will no longer be applicable upon consummation of the Business Combination, all of which Acies Board of Directors believes is necessary to adequately address the needs of New PLAYSTUDIOS after the Business Combination (this proposal is referred to herein as "Organizational Documents Proposal D");

- **Proposal No. 4—Director Election Proposal**—to consider and vote upon a proposal to approve by ordinary resolution, to elect six directors who, upon consummation of the Business Combination, will be the directors of New PLAYSTUDIOS (this proposal is referred to herein as the "Director Election Proposal");

- **Proposal No. 5—Merger Issuance Proposal**—to consider and vote upon a proposal to approve by ordinary resolution, for the purposes of complying with the applicable provisions of Nasdaq Listing Rule 5635, the issuance of shares of New PLAYSTUDIOS common stock to the PLAYSTUDIOS stockholders pursuant to the terms of the Merger Agreement (this proposal is referred to herein as the "Merger Issuance Proposal");

- **Proposal No. 6—PIPE Issuance Proposal**—to consider and vote upon a proposal to approve by ordinary resolution, for the purposes of complying with the applicable provisions of Nasdaq Listing Rule 5635, the issuance of shares of New PLAYSTUDIOS common stock to certain investors (the "PIPE Investors") in connection with the PIPE Investment (this proposal is referred to herein as the "PIPE Issuance Proposal");

- **Proposal No. 7—The Incentive Plan Proposal**—to consider and vote upon a proposal to approve by ordinary resolution, the New PLAYSTUDIOS 2021 Equity Incentive Plan (the "Incentive Plan"), a copy of which is attached to this proxy statement/prospectus as Annex F, including the authorization of the initial share reserve under the Incentive Plan (this proposal is referred to herein as the "Incentive Plan Proposal");

- **Proposal No. 8—The ESPP Proposal**—to consider and vote upon a proposal to approve by ordinary resolution, the New PLAYSTUDIOS Employee Stock Purchase Plan (the "ESPP"), a copy of

which is attached to this proxy statement/prospectus as Annex G, including the authorization of the initial share reserve under the ESPP (this proposal is referred to herein as the "ESPP Proposal" and, collectively with the Business Combination Proposal, the Domestication Proposal, the Organizational Documents Proposals, the Merger Issuance Proposal, the PIPE Issuance Proposal and the Incentive Plan Proposal, the "Condition Precedent Proposals");

- **Proposal No. 9—Auditor Ratification Proposal—**to consider and vote upon a proposal to approve by ordinary resolution, the ratification of the appointment of Marcum LLP as the independent registered public accountants of Acies to audit and report upon Acies' consolidated financial statements for the fiscal year ending December 31, 2021 (this proposal is referred to herein as the "Auditor Ratification Proposal").

- **Proposal No. 10—The Adjournment Proposal—**to consider and vote upon a proposal to approve the adjournment of the Extraordinary General Meeting by ordinary resolution to a later date or dates, if necessary, to permit further solicitation and vote of proxies in the event that there are insufficient votes for the approval of one or more proposals at the Extraordinary General Meeting (this proposal is referred to herein as the "Adjournment Proposal").

Each of the Condition Precedent Proposals is cross-conditioned on the approval of each other. The Auditor Ratification Proposal and the Adjournment Proposal are not conditioned upon the approval of any other proposal set forth in this proxy statement/prospectus.

These items of business are described in this proxy statement/prospectus, which we encourage you to read carefully and in its entirety before voting.

Only holders of record of ordinary shares at the close of business on                    , 2021 are entitled to notice of and to vote and have their votes counted at the Extraordinary General Meeting and any adjournment of the Extraordinary General Meeting. The Extraordinary General Meeting will be held at                    , Pacific Time on                    , 2021 at the offices of Latham & Watkins LLP located at 10250 Constellation Blvd., Suite 1100, Los Angeles, CA 90067, and also virtually via live webcast at: https://www.cstproxy.com/aciesacq/sm2021.

This proxy statement/prospectus and accompanying proxy card are being provided to Acies' shareholders in connection with the solicitation of proxies to be voted at the Extraordinary General Meeting and at any adjournment of the Extraordinary General Meeting. **Whether or not you plan to attend the Extraordinary General Meeting, all of Acies' shareholders are urged to read this proxy statement/prospectus, including the Annexes and the documents referred to herein, carefully and in their entirety. You should also carefully consider the risk factors described in "*Risk Factors*" beginning on page 30 of this proxy statement/prospectus.**

**After careful consideration, the board of directors of Acies has unanimously approved the Business Combination and unanimously recommends that shareholders vote "FOR" adoption of the Merger Agreement, and approval of the transactions contemplated thereby, including the Business Combination, and "FOR" all other proposals presented to Acies' shareholders in this proxy statement/prospectus. When you consider the recommendation of these proposals by the board of directors of Acies, you should keep in mind that Acies' directors and officers have interests in the Business Combination that may conflict with your interests as a shareholder. See the section titled "*Business Combination Proposal—Interests of Acies' Directors and Executive Officers in the Business Combination*" in this proxy statement/prospectus for a further discussion of these considerations.**

Pursuant to the Cayman Constitutional Documents, a holder of public shares (a "public shareholder") may request of Acies that New PLAYSTUDIOS redeem all or a portion of its public shares for cash if the Business Combination is consummated. As a holder of public shares, you will be entitled to receive cash for any public shares to be redeemed only if you:

(i) (a) hold public shares, or (b) if you hold public shares through units, you elect to separate your units into the underlying public shares and public warrants prior to exercising your redemption rights with respect to the public shares;

(ii)    submit a written request to Continental, Acies' transfer agent, that New PLAYSTUDIOS redeem all or a portion of your public shares for cash; and

(iii)   deliver your public shares to Continental, Acies' transfer agent, physically or electronically through The Depository Trust Company ("DTC").

**Holders must complete the procedures for electing to redeem their public shares in the manner described above prior to 2:00 p.m., Pacific Time, on                    , 2021 (two business days before the Extraordinary General Meeting) in order for their shares to be redeemed.**

**Holders of units must elect to separate the units into the underlying public shares and warrants prior to exercising redemption rights with respect to the public shares. If holders hold their units in an account at a brokerage firm or bank, holders must notify their broker or bank that they elect to separate the units into the underlying public shares and warrants, or if a holder holds units registered in its own name, the holder must contact Continental, Acies' transfer agent, directly and instruct them to do so. Public shareholders may elect to redeem public shares regardless of if or how they vote in respect of the Business Combination Proposal. If the Business Combination is not consummated, the public shares will be returned to the respective holder, broker or bank.**

If the Business Combination is consummated, and if a public shareholder properly exercises its right to redeem all or a portion of the public shares that it holds and timely delivers its shares to Continental, Acies' transfer agent, New PLAYSTUDIOS will redeem such public shares for a per-share price, payable in cash, equal to the pro rata portion of the trust account established at the consummation of our initial public offering into which substantially all of the proceeds from Acies' initial public offering has been deposited for the benefit of Acies, certain of its public shareholders and the underwriters of Acies' initial public offering (the "Trust Account"), calculated as of two business days prior to the consummation of the Business Combination. For illustrative purposes, as of November 9, 2020, this would have amounted to approximately $10.00 per issued and outstanding public share. If a public shareholder exercises its redemption rights in full, then it will be electing to exchange its public shares for cash and will no longer own public shares. The redemption takes place following the Domestication and, accordingly, it is shares of New PLAYSTUDIOS common stock that will be redeemed promptly after consummation of the Business Combination. See "*Extraordinary General Meeting of Acies— Redemption Rights*" in this proxy statement/prospectus for a detailed description of the procedures to be followed if you wish to redeem your public shares for cash. Acies' public shareholders may exercise their redemption rights with respect to their public shares without affecting their ability to hold and exercise any public warrants.

Notwithstanding the foregoing, a public shareholder, together with any affiliate of such public shareholder or any other person with whom such public shareholder is acting in concert or as a "group" (as defined in Section 13(d)(3) of the Securities Exchange Act of 1934, as amended ("Exchange Act")), will be restricted from redeeming its public shares with respect to more than an aggregate of 15% of the public shares. Accordingly, if a public shareholder, alone or acting in concert or as a group, seeks to redeem more than 15% of the public shares, then any such shares in excess of that 15% limit would not be redeemed for cash.

Acies Acquisition LLC, a Delaware limited liability company and shareholder of Acies (the "Sponsor"), and each officer and director of Acies have agreed to, among other things, vote in favor of the Merger Agreement and the transactions contemplated thereby, and to waive their redemption rights in connection with the consummation of the Business Combination with respect to any ordinary shares held by them, in each case, subject to the terms and conditions contemplated by the Sponsor Support Agreement, dated as of February 1, 2021, a copy of which is attached to this proxy statement/prospectus statement as Annex B (the "Sponsor Support Agreement"). The ordinary shares held by the Sponsor will be excluded from the pro rata calculation used to determine the per-share redemption price. As of the date of this proxy statement/prospectus, the Sponsor owns 20% of the issued and outstanding ordinary shares.

The Merger Agreement provides that the obligations of PLAYSTUDIOS to consummate the Mergers are conditioned on, among other things, that as of the Closing, (i) the Domestication has been completed, (ii) the amount of cash available in (x) Trust Account, after deducting the amount required to satisfy Acies' obligations to its shareholders (if any) that exercise their rights to redeem their Acies Class A ordinary shares pursuant to the Cayman Constitutional Documents (but prior to the payment of (a) deferred

099

underwriting commissions being held in the Trust Account and (b) any transaction expenses of Acies or its affiliates) plus (y) the PIPE Investment Amount (as defined herein), is at least equal to $200.0 million minus qualified expenses related to the cost of filing fees and seeking governmental approval of the Mergers (the "Minimum Available Cash Amount") (such condition, the "Minimum Cash Condition"). If such condition is not met, and such condition is not waived by PLAYSTUDIOS under the terms of the Merger Agreement, then the Merger Agreement could terminate and the proposed Business Combination may not be consummated. In addition, pursuant to the Cayman Constitutional Documents, in no event will Acies redeem public shares in an amount that would cause Acies' net tangible assets (as determined in accordance with Rule 3a51-1(g)(1) of the Exchange Act) to be less than $5,000,001.

The Merger Agreement is also subject to the satisfaction or waiver of certain other closing conditions as described in this proxy statement/prospectus. There can be no assurance that the parties to the Merger Agreement would waive any such provision of the Merger Agreement.

The approval of each of the Domestication Proposal and Organizational Documents Proposal D requires the affirmative vote of holders of at least two-thirds of the ordinary shares represented in person or by proxy and entitled to vote thereon and who vote at the Extraordinary General Meeting. The Business Combination Proposal, the Organizational Document Proposals (excluding Organizational Document Proposal D), the Merger Issuance Proposal, the PIPE Issuance Proposal, the Incentive Plan Proposal, the ESPP Proposal, the Auditor Ratification Proposal, and the Adjournment Proposal require the affirmative vote of a majority of the ordinary shares represented in person or by proxy and entitled to vote thereon and who vote at the Extraordinary General Meeting. The Director Election Proposal requires the affirmative vote of the majority of the holders of Acies Class B ordinary shares.

*Your vote is very important.* **Whether or not you plan to attend the Extraordinary General Meeting, please vote as soon as possible by following the instructions in this proxy statement/prospectus to make sure that your shares are represented at the Extraordinary General Meeting. If you hold your shares in "street name" through a bank, broker or other nominee, you will need to follow the instructions provided to you by your bank, broker or other nominee to ensure that your shares are represented and voted at the Extraordinary General Meeting. The transactions contemplated by the Merger Agreement will be consummated only if the Condition Precedent Proposals are approved at the Extraordinary General Meeting. Each of the Condition Precedent Proposals is cross-conditioned on the approval of each other. The Auditor Ratification Proposal and the Adjournment Proposal are not conditioned upon the approval of any other proposal set forth in this proxy statement/prospectus.**

If you sign, date and return your proxy card without indicating how you wish to vote, your proxy will be voted **FOR** each of the proposals presented at the Extraordinary General Meeting. If you fail to return your proxy card or fail to instruct your bank, broker or other nominee how to vote, and do not attend the Extraordinary General Meeting in person, the effect will be, among other things, that your shares will not be counted for purposes of determining whether a quorum is present at the Extraordinary General Meeting and will not be voted. An abstention or broker non-vote will be counted towards the quorum requirement but will not count as a vote cast at the Extraordinary General Meeting. If you are a shareholder of record and you attend the Extraordinary General Meeting and wish to vote in person, you may withdraw your proxy and vote in person.

Your attention is directed to the remainder of the proxy statement/prospectus following this notice (including the Annexes and other documents referred to herein) for a more complete description of the proposed Business Combination and related transactions and each of the proposals. You are encouraged to read this proxy statement/prospectus carefully and in its entirety, including the Annexes and other documents referred to herein. If you have any questions or need assistance voting your ordinary shares, please contact Morrow Sodali LLC ("Morrow Sodali"), our proxy solicitor, by calling 800-662-5200; banks and brokers can call collect at (203) 658-9400, or by emailing ACAC.info@investor.morrowsodali.com.

TABLE OF CONTENTS

Thank you for your participation. We look forward to your continued support.

By Order of the Board of Directors of Acies Acquisition Corp.,

, 2021

| | |
|---|---|
| Daniel Fetters | Edward King |
| Co-Chief Executive Officer | Co-Chief Executive Officer |

TO EXERCISE YOUR REDEMPTION RIGHTS, YOU MUST DEMAND IN WRITING THAT YOUR PUBLIC SHARES ARE REDEEMED FOR A PRO RATA PORTION OF THE FUNDS HELD IN THE TRUST ACCOUNT AND TENDER YOUR SHARES TO ACIES' TRANSFER AGENT AT LEAST TWO BUSINESS DAYS PRIOR TO THE VOTE AT THE EXTRAORDINARY GENERAL MEETING. YOU MAY TENDER YOUR SHARES BY EITHER DELIVERING YOUR SHARE CERTIFICATE TO THE TRANSFER AGENT OR BY DELIVERING YOUR SHARES ELECTRONICALLY USING THE DEPOSITORY TRUST COMPANY'S DWAC (DEPOSIT WITHDRAWAL AT CUSTODIAN) SYSTEM. IF THE BUSINESS COMBINATION IS NOT COMPLETED, THEN THESE SHARES WILL BE RETURNED TO YOU OR YOUR ACCOUNT. IF YOU HOLD THE SHARES IN STREET NAME, YOU WILL NEED TO INSTRUCT THE ACCOUNT EXECUTIVE AT YOUR BANK OR BROKER TO WITHDRAW THE SHARES FROM YOUR ACCOUNT IN ORDER TO EXERCISE YOUR REDEMPTION RIGHTS.

101

**CONTENTS**

| Clause | Page |
|---|---|
| ADDITIONAL INFORMATION | iii |
| TRADEMARKS | iv |
| SELECTED DEFINITIONS | v |
| CAUTIONARY NOTE REGARDING FORWARD-LOOKING STATEMENTS | xi |
| QUESTIONS AND ANSWERS FOR SHAREHOLDERS OF ACIES | xiii |
| SUMMARY OF THE PROXY STATEMENT/PROSPECTUS | 1 |
| SUMMARY UNAUDITED PRO FORMA CONDENSED COMBINED FINANCIAL INFORMATION | 26 |
| MARKET PRICE AND DIVIDEND INFORMATION | 29 |
| RISK FACTORS | 30 |
| EXTRAORDINARY GENERAL MEETING OF ACIES | 82 |
| BUSINESS COMBINATION PROPOSAL | 91 |
| DOMESTICATION PROPOSAL | 140 |
| ORGANIZATIONAL DOCUMENTS PROPOSALS | 143 |
| DIRECTOR ELECTION PROPOSAL | 155 |
| MERGER ISSUANCE PROPOSAL | 157 |
| PIPE ISSUANCE PROPOSAL | 159 |
| INCENTIVE PLAN PROPOSAL | 161 |
| ESPP PROPOSAL | 167 |
| AUDITOR RATIFICATION PROPOSAL | 170 |
| ADJOURNMENT PROPOSAL | 172 |
| U.S. FEDERAL INCOME TAX CONSEQUENCES FOR HOLDERS OF ACIES SECURITIES | 173 |
| U.S. FEDERAL INCOME TAX CONSEQUENCES FOR HOLDERS OF PLAYSTUDIOS CAPITAL STOCK | 187 |
| UNAUDITED PRO FORMA CONDENSED COMBINED FINANCIAL INFORMATION | 193 |
| NOTES TO UNAUDITED PRO FORMA CONDENSED COMBINED FINANCIAL INFORMATION | 204 |
| COMPARATIVE SHARE INFORMATION | 210 |
| INFORMATION ABOUT ACIES | 213 |
| ACIES' MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS | 221 |
| INFORMATION ABOUT PLAYSTUDIOS | 228 |
| PLAYSTUDIOS MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS | 246 |
| MANAGEMENT OF NEW PLAYSTUDIOS FOLLOWING THE BUSINESS COMBINATION | 269 |
| EXECUTIVE COMPENSATION | 276 |
| DIRECTOR COMPENSATION | 283 |
| BENEFICIAL OWNERSHIP OF SECURITIES | 284 |
| CERTAIN RELATIONSHIPS AND RELATED PERSON TRANSACTIONS | 289 |
| COMPARISON OF CORPORATE GOVERNANCE AND SHAREHOLDER RIGHTS | 294 |
| DESCRIPTION OF NEW PLAYSTUDIOS SECURITIES | 299 |

i

| Clause | Page |
| --- | --- |
| **SECURITIES ACT RESTRICTIONS ON RESALE OF NEW PLAYSTUDIOS SECURITIES** | 307 |
| **STOCKHOLDER PROPOSALS AND NOMINATIONS** | 308 |
| **SHAREHOLDER COMMUNICATIONS** | 309 |
| **LEGAL MATTERS** | 310 |
| **EXPERTS** | 311 |
| **DELIVERY OF DOCUMENTS TO SHAREHOLDERS** | 312 |
| **ENFORCEABILITY OF CIVIL LIABILITY** | 313 |
| **WHERE YOU CAN FIND MORE INFORMATION** | 314 |
| **ACIES ACQUISITION CORP. INDEX TO FINANCIAL STATEMENTS** | F-1 |
| **PLAYSTUDIOS, INC. INDEX TO FINANCIAL STATEMENTS** | F-1 |
| **INFORMATION NOT REQUIRED IN PROSPECTUS** | II-1 |

## ANNEXES

| | | |
| --- | --- | --- |
| Annex A: | Merger Agreement | A-1 |
| Annex B: | Sponsor Support Agreement | B-1 |
| Annex C: | Form of PLAYSTUDIOS Holders Support Agreement | C-1 |
| Annex D: | Form of Subscription Agreement | D-1 |
| Annex E: | Form of Registration Rights Agreement | E-1 |
| Annex F: | Form of New PLAYSTUDIOS 2021 Equity Incentive Plan | F-1 |
| Annex G: | Form of New PLAYSTUDIOS 2021 Employee Stock Purchase Plan | G-1 |
| Annex H: | Cayman Constitutional Documents of Acies | H-1 |
| Annex I: | Form of Proposed Certificate of Incorporation | I-1 |
| Annex J: | Form of Proposed Bylaws | J-1 |
| Annex K: | Opinion of Houlihan Lokey Capital, Inc., dated January 31, 2021 | K-1 |

ii

103

TABLE OF CONTENTS

**SIGNATURES**

Pursuant to the requirements of the Securities Act of 1933, the Registrant has duly caused this Registration Statement to be signed on its behalf by the undersigned, thereunto duly authorized, in Manhattan Beach, California, on the 20th day of May, 2021.

**Acies Acquisition Corp.**

By:   /s/ Edward King

Name:  Edward King
Title:   Co-Chief Executive Officer

By:   /s/ Daniel Fetters

Name:  Daniel Fetters
Title:   Co-Chief Executive Officer

Pursuant to the requirements of the Securities Act of 1933, this Registration Statement has been signed by the following persons in the capacities and on the dates indicated:

| Signature | Title | Date |
|---|---|---|
| /s/ Edward King<br>Edward King | **Co-Chief Executive Officer (Principal Executive Officer)** | **May 20, 2021** |
| /s/ Daniel Fetters<br>Daniel Fetters | **Co-Chief Executive Officer (Principal Financial and Accounting Officer)** | **May 20, 2021** |
| *<br>James Murren | **Director** | **May 20, 2021** |
| *<br>Zach Leonsis | **Director** | **May 20, 2021** |
| *<br>Brisa Carleton | **Director** | **May 20, 2021** |
| *<br>Andrew Zobler | **Director** | **May 20, 2021** |
| *<br>Sam Kennedy | **Director** | **May 20, 2021** |

*By:  /s/ Edward King

Edward King,
Attorney-in-fact

II-6

104