# Exhibit 13

## Investor presentation (excerpted) (Feb. 2, 2021)

ir.playstudios.com/financial-information/all-sec-filings/content/0001104659-21-010465/tm214830d1_ex99-2.htm

**Exhibit 99.2**



IT'S MORE THAN A GAME.



196

DISCLAIMER Disclaimer This presentation is provided for informational purposes only and has been prepared to assist interested parties in making th eir own evaluation with respect to a proposed business combination (the "proposed business combination") between PLAYSTUDIOS, Inc. ("PLAYSTUDIOS" or the "Company") and Acies Acquisition Corp. (" Acies ") and related transactions (the "transactions"), and for no other purpose. This presentation does not constitute an offer to sell or the solicitation of an offer to buy any securities, or a solicitation of any vote or app roval, nor shall there by any sale of securities in any jurisdiction in which such offer, solicitation or sale would be unlawful prior to registration or qualification under the securities laws of any such jurisdiction. No representations or warranties, express or implied, are given in, or in respect of, this presentation. To the fullest exten t p ermitted by law, in no circumstances will PLAYSTUDIOS, Acies or any of their respective subsidiaries, equityholders , affiliates, representatives, partners, directors, officers, employees, advisers or agents be responsible or liable for any dir ect, indirect or consequential loss or loss of profit arising from the use of this presentation, its contents, its omissions, reliance on the information contained within it, or on opinions commun ica ted in relation thereto or otherwise arising in connection therewith. Industry and market data used in this presentation have been obtained from third - party industry publications and sources as well as from research reports prepared for other purposes. Neither PLAYSTUDIOS nor Acies has independently verified the data obtained from these sources and cannot assure you of the data's accuracy or completeness. T his data is subject to change. In addition, this presentation does not purport to be all - inclusive or to contain all of the information that may be required to make a full analysis of PLAYSTUDIOS or the propose d business combination. You are urged to make your own evaluation of PLAYSTUDIOS and such other investigations as you deem necessary before making an investment or voting decision. Forward Looking Statements This presentation and the related oral commentary include "forward - looking statements" within the meaning of the "safe harbor" p rovisions of the United States Private Securities Litigation Reform Act of 1995. Forward - looking statements may be identified by the use of words such as "estimate," "plan," "project," "forecast," "intend," "w ill," "expect," "anticipate," "believe," "seek," "target" or other similar expressions that predict or indicate future events or trends or that are not statements of historical matters. These forward - looking statements i nclude, but are not limited to, statements regarding estimates and forecasts of financial and performance metrics, projections of market opportunity, total addressable market (TAM), market share and competition, exp ect ations and timing related to commercial product launches, the potential success of PLAYSTUDIOS' M&A strategy and the integration of those acquisitions, and expectations related to the terms and timing of the tra nsactions. These statements are based on various assumptions, whether or not identified in this presentation, and on the current expectations of PLAYSTUDIOS' and Acies ' management and are not predictions of actual performance. These forward - looking statements are provided for illustrative purposes only and are not intended to serve as, and must not be relied on by any investor as, a guarantee, an assurance, a pr edi ction or a definitive statement of fact or probability. Actual events and circumstances are difficult or impossible to predict, will differ from

197

assumptions and are beyond the control of PLAYSTUDIOS and Acies . These forward - looking statements are subject to a number of risks and uncertainties, including changes in domestic and foreign b usiness, market, financial, political and legal conditions; the inability of the parties to successfully or timely consummate the proposed business combination, including the risk that any required regulatory approval s a re delayed or not obtained or that the approval of the shareholders of PLAYSTUDIOS or Acies is not obtained; failure to realize the anticipated benefits of the proposed business combination; future global, regional or l ocal economic, political, market and social conditions, including due to the COVID - 19 pandemic; the development, effects and enforcement of laws and regulations, including with respect to the gaming industry; PL AYSTUDIOS' ability to manage its future growth or to develop or acquire new games and make enhancements to its platform; the effects of competition on PLAYSTUDIOS' future business; the amount of redemption r equ ests made by Acies ' public shareholders; the outcome of any potential litigation, government and regulatory proceedings, investigations and inquiries; the ability to implement business plans, forecasts and o the r expectations after the completion of the proposed transaction and identify and realize additional opportunities; failure to realize anticipated benefits of the transaction or to realize estimated forecast s a nd projections; or other risks and uncertainties indicated from time to time in the registration statement containing the proxy statement/prospectus discussed below relating to the proposed business combinatio n, including those under "Risk Factors" therein, and in Acies ' other filings with the SEC. The foregoing list of factors is not exclusive, and readers should also refer to those risks that will be included under th e header "Risk Factors" in the registration statement on Form S - 4 to be filed by Acies with the SEC and those included under the header "Risk Factors" in the final prospectus of Acies related to its initial public offering dated October 22, 2020. You are cautioned not to place undue reliance upon any forward - looking statements in this presentation, which speak only as of the date made. PLAYSTUDIOS and Acies do not undertake or accept any obligation or undertaking to release publicly any updates or revisions to any forward - looking statements in this press release to reflect any change in its expectations or any change in events, condi tions or circumstances on which any such statement is based.



DISCLAIMER (continued) Use of Projections <mark>This presentation contains projected financial information with respect to PLAYSTUDIOS</mark>, including revenue, cost of sales, use r a cquisition costs, other expenses and Adjusted EBITDA. <mark>Such projected financial information constitutes forward - looking information, is for illustrative purposes only and should not be relied upon as necessar ily being indicative of future results.</mark> <mark>The assumptions and estimates underlying such projected financial information are inherently uncertain and are subject to a wide variety of significant business, economic, co mpetitive and other risks and uncertainties that could cause actual results to differ materially from those contained in the projected financial information. See "Forward - Looking Statements" above.</mark> <mark>Actual results m ay differ materially from the results contemplated by the projected financial information contained in this presentatio</mark>n, and the inclusion of such information in this presentation should not be regarded as a representation by any person that the results reflected in such projections will be achieved. Neither the independent auditors of PLAYSTUDIOS or Acies audited, reviewed, compiled, or performed any procedures with respect to the projections for the purpose of their inclusion i n this presentation, and accordingly, neither of them expressed an opinion or provided any other form of assurance with respect thereto for the pu rpo se of this presentation. Financial Information; Non - GAAP Financial Measures The financial information and data contained in this presentation is unaudited and does not conform to the requirements of Re gul ation S - X. Accordingly, such information and data may not be included in, may be adjusted in or may be presented differently in, any proxy statement, registration statement or prospectus to be filed by Acies with the SEC. In addition, all PLAYSTUDIOS historical financial information included herein is preliminary and subject to change, including in connection with the audit of the financial statements. Some of the financi al information and data contained in this presentation, such as Adjusted EBITDA

199



ACQUISITION DRIVEN GROWTH Leverage playAWARDS to drive synergies, growth and attractive ROIC. Network Effect of Shared Loyalty Performance Optimization Valuation Arbitrage



SUMMARY Clear and actionable plan to achieve business results. Loyalty Lift 10% Market Growth Network Cross - Marketing Bingo Category 300K DAU $0.40 ARPDAU Idle RPG Category 375K DAU $0.50 ARPDAU $270M $435M 2020E Revenue 2022E Base Forecast

200