# Exhibit 19

Table reflecting the daily closing stock prices for PLAYSTUDIOS' common stock (June 22, 2021 – May 5, 2022)

**PLAYSTUDIOS Historical Stock Price**
(obtained from https://www.nasdaq.com/market-activity/stocks/myps/historical)

| Date | Close | Volume |
| --- | --- | --- |
| 6/22/2021 | $8.40 | 184,575 |
| 6/23/2021 | $8.24 | 181,241 |
| 6/24/2021 | $8.00 | 253,864 |
| 6/25/2021 | $8.10 | 149,718 |
| 6/28/2021 | $7.94 | 135,017 |
| 6/29/2021 | $7.92 | 203,896 |
| 6/30/2021 | $7.42 | 389,833 |
| 7/1/2021 | $7.88 | 662,342 |
| 7/2/2021 | $7.80 | 259,855 |
| 7/6/2021 | $7.32 | 270,861 |
| 7/7/2021 | $7.28 | 244,569 |
| 7/8/2021 | $7.00 | 416,559 |
| 7/9/2021 | $7.07 | 289,823 |
| 7/12/2021 | $7.01 | 202,525 |
| 7/13/2021 | $6.96 | 330,401 |
| 7/14/2021 | $6.22 | 519,923 |
| 7/15/2021 | $6.36 | 295,869 |
| 7/16/2021 | $6.81 | 488,154 |
| 7/19/2021 | $7.00 | 346,173 |
| 7/20/2021 | $6.88 | 236,047 |
| 7/21/2021 | $6.80 | 134,297 |
| 7/22/2021 | $6.84 | 157,167 |
| 7/23/2021 | $6.63 | 146,782 |
| 7/26/2021 | $6.30 | 419,832 |
| 7/27/2021 | $5.88 | 425,905 |
| 7/28/2021 | $6.08 | 192,132 |
| 7/29/2021 | $6.57 | 798,625 |
| 7/30/2021 | $6.60 | 298,635 |
| 8/2/2021 | $5.83 | 1,841,768 |
| 8/3/2021 | $5.82 | 473,863 |
| 8/4/2021 | $5.65 | 720,776 |
| 8/5/2021 | $5.75 | 466,737 |
| 8/6/2021 | $5.70 | 495,197 |
| 8/9/2021 | $6.05 | 2,171,860 |
| 8/10/2021 | $5.93 | 698,162 |
| 8/11/2021 | $5.75 | 858,203 |
| 8/12/2021 | $5.09 | 1,698,635 |
| 8/13/2021 | $5.00 | 874,023 |
| 8/16/2021 | $4.72 | 595,602 |
| 8/17/2021 | $4.30 | 1,756,900 |
| 8/18/2021 | $4.17 | 1,402,639 |
| 8/19/2021 | $4.02 | 1,548,645 |
| 8/20/2021 | $4.59 | 673,711 |
| 8/23/2021 | $4.85 | 974,171 |
| 8/24/2021 | $4.98 | 461,121 |

246

**PLAYSTUDIOS Historical Stock Price**
(obtained from https://www.nasdaq.com/market-activity/stocks/myps/historical)

| Date | Close | Volume |
|---|---|---|
| 8/25/2021 | $5.21 | 660,066 |
| 8/26/2021 | $5.29 | 517,201 |
| 8/27/2021 | $5.39 | 496,219 |
| 8/30/2021 | $5.13 | 172,792 |
| 8/31/2021 | $5.00 | 476,297 |
| 9/1/2021 | $4.92 | 188,027 |
| 9/2/2021 | $5.02 | 238,540 |
| 9/3/2021 | $5.05 | 307,826 |
| 9/7/2021 | $4.78 | 930,477 |
| 9/8/2021 | $4.76 | 333,225 |
| 9/9/2021 | $4.84 | 325,363 |
| 9/10/2021 | $4.82 | 731,195 |
| 9/13/2021 | $4.98 | 282,539 |
| 9/14/2021 | $4.88 | 238,955 |
| 9/15/2021 | $5.18 | 562,545 |
| 9/16/2021 | $5.22 | 380,425 |
| 9/17/2021 | $5.14 | 3,286,500 |
| 9/20/2021 | $5.12 | 859,610 |
| 9/21/2021 | $4.66 | 314,266 |
| 9/22/2021 | $4.81 | 290,345 |
| 9/23/2021 | $4.80 | 499,735 |
| 9/24/2021 | $4.74 | 144,371 |
| 9/27/2021 | $4.64 | 462,959 |
| 9/28/2021 | $4.60 | 285,438 |
| 9/29/2021 | $4.50 | 227,923 |
| 9/30/2021 | $4.56 | 176,663 |
| 10/1/2021 | $4.45 | 366,223 |
| 10/4/2021 | $4.42 | 351,971 |
| 10/5/2021 | $4.52 | 195,258 |
| 10/6/2021 | $4.41 | 265,854 |
| 10/7/2021 | $4.65 | 243,569 |
| 10/8/2021 | $4.45 | 153,723 |
| 10/11/2021 | $4.49 | 187,180 |
| 10/12/2021 | $4.64 | 217,853 |
| 10/13/2021 | $4.70 | 69,298 |
| 10/14/2021 | $4.67 | 231,537 |
| 10/15/2021 | $4.54 | 245,102 |
| 10/18/2021 | $4.52 | 136,186 |
| 10/19/2021 | $4.51 | 107,829 |
| 10/20/2021 | $4.34 | 478,739 |
| 10/21/2021 | $4.44 | 215,932 |
| 10/22/2021 | $4.49 | 164,672 |
| 10/25/2021 | $4.51 | 98,112 |
| 10/26/2021 | $4.55 | 599,404 |
| 10/27/2021 | $4.43 | 304,366 |

**PLAYSTUDIOS Historical Stock Price**

(obtained from https://www.nasdaq.com/market-activity/stocks/myps/historical)

| Date | Close | Volume |
|---|---|---|
| 10/28/2021 | $4.37 | 78,229 |
| 10/29/2021 | $4.30 | 166,892 |
| 11/1/2021 | $4.89 | 507,218 |
| 11/2/2021 | $4.81 | 258,378 |
| 11/3/2021 | $4.71 | 423,516 |
| 11/4/2021 | $4.69 | 296,386 |
| 11/5/2021 | $4.58 | 223,305 |
| 11/8/2021 | $4.50 | 135,388 |
| 11/9/2021 | $4.50 | 252,073 |
| 11/10/2021 | $4.36 | 207,606 |
| 11/11/2021 | $4.13 | 752,676 |
| 11/12/2021 | $4.93 | 1,611,015 |
| 11/15/2021 | $4.78 | 557,353 |
| 11/16/2021 | $4.49 | 422,355 |
| 11/17/2021 | $4.89 | 305,005 |
| 11/18/2021 | $4.70 | 365,820 |
| 11/19/2021 | $4.66 | 216,196 |
| 11/22/2021 | $4.45 | 260,010 |
| 11/23/2021 | $4.44 | 299,803 |
| 11/24/2021 | $4.61 | 187,394 |
| 11/26/2021 | $4.43 | 478,533 |
| 11/29/2021 | $4.26 | 457,828 |
| 11/30/2021 | $4.48 | 595,098 |
| 12/1/2021 | $4.08 | 411,691 |
| 12/2/2021 | $4.02 | 561,153 |
| 12/3/2021 | $3.97 | 709,064 |
| 12/6/2021 | $3.86 | 516,998 |
| 12/7/2021 | $4.14 | 478,524 |
| 12/8/2021 | $4.16 | 293,662 |
| 12/9/2021 | $4.00 | 350,284 |
| 12/10/2021 | $3.97 | 170,459 |
| 12/13/2021 | $3.89 | 316,701 |
| 12/14/2021 | $3.82 | 322,421 |
| 12/15/2021 | $3.97 | 203,163 |
| 12/16/2021 | $3.75 | 497,109 |
| 12/17/2021 | $3.81 | 324,580 |
| 12/20/2021 | $3.72 | 223,214 |
| 12/21/2021 | $3.83 | 437,577 |
| 12/22/2021 | $3.88 | 550,764 |
| 12/23/2021 | $4.18 | 827,550 |
| 12/27/2021 | $4.15 | 248,523 |
| 12/28/2021 | $3.94 | 214,140 |
| 12/29/2021 | $3.89 | 298,192 |
| 12/30/2021 | $4.14 | 558,604 |
| 12/31/2021 | $3.95 | 811,673 |

**PLAYSTUDIOS Historical Stock Price**
(obtained from https://www.nasdaq.com/market-activity/stocks/myps/historical)

| Date | Close | Volume |
|---|---|---|
| 1/3/2022 | $4.29 | 273,543 |
| 1/4/2022 | $4.24 | 126,276 |
| 1/5/2022 | $4.12 | 296,558 |
| 1/6/2022 | $4.06 | 179,438 |
| 1/7/2022 | $3.99 | 188,575 |
| 1/10/2022 | $4.20 | 361,121 |
| 1/11/2022 | $4.54 | 452,842 |
| 1/12/2022 | $4.35 | 240,860 |
| 1/13/2022 | $4.21 | 125,161 |
| 1/14/2022 | $4.46 | 269,962 |
| 1/18/2022 | $4.52 | 561,365 |
| 1/19/2022 | $4.58 | 288,808 |
| 1/20/2022 | $4.54 | 368,000 |
| 1/21/2022 | $4.13 | 538,289 |
| 1/24/2022 | $3.81 | 872,082 |
| 1/25/2022 | $4.11 | 490,981 |
| 1/26/2022 | $4.14 | 276,836 |
| 1/27/2022 | $4.05 | 292,484 |
| 1/28/2022 | $4.12 | 310,512 |
| 1/31/2022 | $4.64 | 1,204,990 |
| 2/1/2022 | $4.44 | 433,115 |
| 2/2/2022 | $4.22 | 409,127 |
| 2/3/2022 | $4.15 | 427,033 |
| 2/4/2022 | $4.66 | 483,104 |
| 2/7/2022 | $4.61 | 218,041 |
| 2/8/2022 | $4.79 | 419,886 |
| 2/9/2022 | $4.72 | 385,683 |
| 2/10/2022 | $4.69 | 676,458 |
| 2/11/2022 | $4.81 | 443,161 |
| 2/14/2022 | $4.69 | 332,708 |
| 2/15/2022 | $4.97 | 735,039 |
| 2/16/2022 | $5.00 | 719,986 |
| 2/17/2022 | $4.93 | 266,889 |
| 2/18/2022 | $4.93 | 273,251 |
| 2/22/2022 | $5.09 | 312,617 |
| 2/23/2022 | $4.98 | 226,531 |
| 2/24/2022 | $5.10 | 282,184 |
| 2/25/2022 | $4.86 | 548,636 |
| 2/28/2022 | $4.56 | 346,900 |
| 3/1/2022 | $3.90 | 1,126,586 |
| 3/2/2022 | $4.02 | 303,145 |
| 3/3/2022 | $3.85 | 364,820 |
| 3/4/2022 | $3.74 | 272,456 |
| 3/7/2022 | $3.84 | 513,747 |
| 3/8/2022 | $3.87 | 303,450 |

249

**PLAYSTUDIOS Historical Stock Price**

(obtained from https://www.nasdaq.com/market-activity/stocks/myps/historical)

| Date | Close | Volume |
|---|---|---|
| 3/9/2022 | $4.07 | 310,837 |
| 3/10/2022 | $4.04 | 257,040 |
| 3/11/2022 | $4.04 | 312,886 |
| 3/14/2022 | $4.06 | 440,756 |
| 3/15/2022 | $3.94 | 319,758 |
| 3/16/2022 | $4.26 | 836,245 |
| 3/17/2022 | $4.60 | 954,781 |
| 3/18/2022 | $4.45 | 789,674 |
| 3/21/2022 | $4.57 | 774,372 |
| 3/22/2022 | $4.71 | 658,946 |
| 3/23/2022 | $4.66 | 234,532 |
| 3/24/2022 | $4.53 | 443,828 |
| 3/25/2022 | $4.37 | 532,733 |
| 3/28/2022 | $4.64 | 406,413 |
| 3/29/2022 | $4.67 | 264,765 |
| 3/30/2022 | $4.78 | 196,047 |
| 3/31/2022 | $4.85 | 219,270 |
| 4/1/2022 | $4.89 | 403,877 |
| 4/4/2022 | $5.06 | 284,928 |
| 4/5/2022 | $4.84 | 368,819 |
| 4/6/2022 | $4.84 | 234,644 |
| 4/7/2022 | $4.97 | 293,079 |
| 4/8/2022 | $5.06 | 302,678 |
| 4/11/2022 | $4.98 | 201,792 |
| 4/12/2022 | $5.22 | 365,227 |
| 4/13/2022 | $5.49 | 453,876 |
| 4/14/2022 | $5.57 | 351,298 |
| 4/18/2022 | $5.64 | 262,830 |
| 4/19/2022 | $5.75 | 323,823 |
| 4/20/2022 | $5.77 | 555,517 |
| 4/21/2022 | $5.57 | 314,942 |
| 4/22/2022 | $5.40 | 252,871 |
| 4/25/2022 | $5.73 | 373,236 |
| 4/26/2022 | $5.50 | 320,448 |
| 4/27/2022 | $5.50 | 282,766 |
| 4/28/2022 | $5.70 | 365,908 |
| 4/29/2022 | $5.79 | 255,249 |
| 5/2/2022 | $5.98 | 403,804 |
| 5/3/2022 | $6.01 | 515,585 |
| 5/4/2022 | $5.75 | 506,583 |
| 5/5/2022 | $5.77 | 359,482 |

250