DEAN S. KRISTY *(admitted pro hac vice)*
dkristy@fenwick.com
JENNIFER C. BRETAN *(admitted pro hac vice)*
jbretan@fenwick.com
SOFIA RITALA *(admitted pro hac vice)*
sritala@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Tel:  415.875.2300

PATRICK G. BYRNE (Nevada Bar No. 7636)
pbyrne@swlaw.com
BRADLEY T. AUSTIN (Nevada Bar No. 13064)
baustin@swlaw.com
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Tel: 702.784.5200

Attorneys for Defendants
*PLAYSTUDIOS, Inc., Andrew Pascal, Edward King, Daniel Fetters, James Murren, Zach Leonsis, Brisa Carleton, Andrew Zobler, Sam Kennedy, Christopher Grove, William J. Hornbuckle, Joe Horowitz, Jason Krikorian, and Judy K. Mencher*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIAN A. FELIPE, individually as administrator of the CHRISTIAN A. FELIPE CONTRIBUTORY IRA, and on Behalf of Similarly Situated Persons,<br><br>Plaintiff,<br><br>v.<br><br>PLAYSTUDIOS, INC., *et al.*,<br><br>Defendants. | Case No.: 2:22-cv-01159-RFB-NJK<br><br>**UNOPPOSED MOTION TO TAKE NOTICE OF SUPPLEMENTAL AUTHORITIES** |

Defendants file this Motion to Take Notice of Supplemental Authorities decided after briefing on defendants' pending motion to dismiss the Amended Complaint was completed. This motion is unopposed for the purpose of taking notice of the supplemental authorities themselves, but plaintiffs may not agree with defendants' interpretation of these cases.

On June 1, 2023, the U.S. Supreme Court rendered its decision in *Slack Techs., LLC v. Pirani*, --- S. Ct. ---, 2023 WL 3742580 (U.S. Sup. Ct. June 1, 2023) (attached as Ex. A). The Court held that, to state a claim under Section 11 of the Securities Act of 1933, a plaintiff must plead and prove that its shares came directly from the allegedly defective registration statement, and not from any other source. *Id*. at *5-6. As explained in defendants' opening brief (ECF No. 91 at 26) and reply brief (ECF No. 103 at 14), plaintiffs here have not and cannot satisfy this standard.

On May 22, 2023, the district court in the Northern District of California, applying Ninth Circuit law, granted a motion to dismiss a securities class action arising out of a de-SPAC transaction and subsequent public statements (the same circumstance as here). *Mehedi v. View, Inc.*, 2023 WL 3592098 (N.D. Cal. May 22, 2023) (attached as Ex. B). The court held, among other things, that plaintiff did not have statutory standing to assert a claim under Section 11 because it could not show that its shares were traceable to the challenged registration statement. *Id*. at *5-7 (the same principle as in *Slack*). The court further held that plaintiff's proxy claim, under Section 14(a) of the Securities Exchange Act of 1934 (the "1934 Act"), sounded in fraud and had to be pleaded with particularity (*id*. at *14). It dismissed that claim as well as those under Section 10(b) of the 1934 Act for failure to adequately plead scienter (*id*. at *18-19), because certain challenged statements were protected by the safe harbor for forward-looking statements (*id*. at *22), and because plaintiff failed to show loss causation (*id*. at *20-21). Such issues are also presented on defendants' motion to dismiss.

Accordingly, defendants ask the Court to grant the motion to notice these supplemental authorities.

///

///

Dated:  June 1, 2023

FENWICK & WEST LLP

By:  */s/ Dean S. Kristy*
                Dean S. Kristy

Dean S. Kristy (admitted *pro hac vice*)
Jennifer C. Bretan (admitted *pro hac vice*)
Sofia Ritala (admitted *pro hac vice*)
FENWICK & WEST, LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile:  415.281.1350
Email: dkristy@fenwick.com
Email: jbretan@fenwick.com
Email: sritala@fenwick.com

Patrick G. Byrne (Nevada Bar No. 7636)
Bradley T. Austin (Nevada Bar No. 13064)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Email: pbyrne@swlaw.com
Email: baustin@swlaw.com

Attorneys for Defendants *PLAYSTUDIOS, Inc.,*
*Andrew Pascal, Edward King, Daniel Fetters,*
*James Murren, Zach Leonsis, Brisa Carleton,*
*Andrew Zobler, Sam Kennedy, Christopher Grove,*
*William J. Hornbuckle, Joe Horowitz,*
*Jason Krikorian, and Judy K. Mencher*

**CERTIFICATE OF SERVICE**

Pursuant to F.R.C.P. 5(b) and Electronic Filing Procedure IV(B), I certify that on June 1, 2023, a true and correct copy of **UNOPPOSED MOTION TO TAKE NOTICE OF SUPPLEMENTAL AUTHORITIES** was transmitted electronically through the Court's CM/ECF e-filing electronic notice system to all attorneys associated with the above-captioned case.

*/s/ Dean S. Kristy*
Dean S. Kristy
Fenwick & West LLP