Patrick G. Byrne, Esq.
Nevada Bar No. 7636
Bradley T. Austin, Esq.
Nevada Bar No. 13064
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
pbyrne@swlaw.com
baustin@swlaw.com

Dean S. Kristy, Esq. (*Pro Hac Vice*)
Jennifer Bretan, Esq. (*Pro Hac Vice*)
Sofia Ritala, Esq. (*Pro Hac Vice*)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1250
dkristy@fenwick.com
jbretan@fenwick.com
sritala@fenwick.com

*Attorneys for Defendants PLAYSTUDIOS, Inc., Andrew Pascal, Edward King, Daniel Fetters, James Murren, Zach Leonsis, Brisa Carleton, Andrew Zobler, Sam Kennedy, Christopher Grove, William J. Hornbuckle, Joe Horowitz, Jason Krikorian, and Judy K. Mencher*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIAN A. FELIPE, individually as administrator of the CHRISTIAN A. FELIPE CONTRIBUTORY IRA, and on Behalf of Similarly Situated Persons,<br><br>Plaintiff,<br><br>vs.<br><br>PLAYSTUDIOS, INC., a Delaware corporation; ANDREW PASCAL, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-01159-RFB-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE MOTION TO DISMISS HEARING**<br><br>**(FIRST REQUEST)** |

Defendants PLAYSTUDIOS, Inc., Andrew Pascal, Edward King, Daniel Fetters, James Murren, Zach Leonsis, Brisa Carleton, Andrew Zobler, Sam Kennedy, Christopher Grove, William J. Hornbuckle, Joe Horowitz, Jason Krikorian, and Judy K. Mencher (collectively "Defendants") and Lead Plaintiff The Phoenix Insurance Company Ltd. and The Phoenix Provident Pension Fund Ltd. (hereafter the "Lead Plaintiff"), by and through their respective counsel of record, hereby stipulate to continue the September 7, 2023 hearing regarding Defendants' Motion to Dismiss Amended Complaint to September 21, 2023. Good cause exists to continue the same, as defense counsel has a scheduling conflict with the current hearing date (September 7, 2023). This stipulation is filed in good faith and is not intended to cause delay.

Dated: August 9, 2023

SNELL & WILMER L.L.P.

By: /s/ *Bradley Austin*
    Patrick G. Byrne, Esq.
    Bradley T. Austin, Esq.
    3883 Howard Hughes Pkwy., Ste. 1100
    Las Vegas, Nevada 89169

Dean S. Kristy, Esq. (*Pro Hac Vice*)
Jennifer Bretan, Esq. (*Pro Hac Vice*)
Sofia Ritala, Esq. (*Pro Hac Vice*)
**FENWICK & WEST LLP**
555 California Street, 12th Floor
San Francisco, CA 94104

*Attorneys for PLAYSTUDIOS, Inc., Andrew Pascal, Edward King, Daniel Fetters, James Murren, Zach Leonsis, Brisa Carleton, Andrew Zobler, Sam Kennedy, Christopher Grove, William J. Hornbuckle, Joe Horowitz, Jason Krikorian, and Judy K. Mencher*

Dated: August 9, 2023

MUEHLBAUER LAW OFFICE, LTD.

By: /s/ *Andrew Muehlbauer*
    Andrew R. Muehlbauer, Esq.
    7915 West Sahara Ave., Ste. 104
    Las Vegas, Nevada 89117

Joshua B. Silverman, Esq. (*Pro Hac Vice*)
Omar Jafri, Esq. (*Pro Hac Vice*)
**POMERANTZ LLP**
10 South LaSalle Street, Ste. 3505
Chicago, Illinois 60603

Jeremy A. Lieberman, Esq. (*Pro Hac Vice*)
**POMERANTZ LLP**
600 Third Avenue, 20th loor
New York, New York 10016

*Attorneys for Lead Plaintiff and Lead Counsel for the Proposed Class*

The motion hearing scheduled for September 7, 2023 has been continued to September 21, 2023 at 11:00am.

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

DATED: 8/10/2023

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

/s/ *Lyndsey Luxford*
An employee of SNELL & WILMER L.L.P.

4874-7959-8454