DEAN S. KRISTY *(admitted pro hac vice)*
dkristy@fenwick.com
JENNIFER C. BRETAN *(admitted pro hac vice)*
jbretan@fenwick.com
SOFIA RITALA *(admitted pro hac vice)*
sritala@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:  415.875.2300
Facsimile:   415.281.1250

PATRICK G. BYRNE (Nevada Bar No. 7636)
pbyrne@swlaw.com
BRADLEY T. AUSTIN (Nevada Bar No. 13064)
baustin@swlaw.com
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile:  702.784.5252

*Attorneys for Defendants*
*PLAYSTUDIOS, Inc., Andrew Pascal, Edward King,*
*Daniel Fetters, James Murren, Zach Leonsis, Brisa*
*Carleton, Andrew Zobler, Sam Kennedy, Christopher*
*Grove, William J. Hornbuckle, Joe Horowitz, Jason*
*Krikorian, and Judy K. Mencher*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTIAN A. FELIPE, individually as administrator of the CHRISTIAN A. FELIPE CONTRIBUTORY IRA, and on Behalf of Similarly Situated Persons,<br><br>Plaintiff,<br><br>v.<br><br>PLAYSTUDIOS, INC., *et al.*,<br><br>Defendants. | Case No.: 2:22-cv-01159-RFB-NJK<br><br>**RESPONSE TO PLAINTIFF'S MOTION TO TAKE NOTICE OF SUPPLEMENTAL AUTHORITY (ECF NO. 130)** |

Plaintiff's effort to rely on the Ninth Circuit's decision in *E. Ohman J v. NVIDIA Corp.,* _ F.4th _, 2023 U.S. App. LEXIS 22473 (9th Cir. Aug. 25, 2023) (Ex. A to plaintiff's motion), is entirely misplaced. That decision did not announce any new rule of law, and its holding – affirming in part and reversing in part the district court's decision dismissing the Section 10(b) claim – is based on facts bearing no resemblance to those here.

*NVIDIA* confirms the "demanding pleading standard" required by the PSLRA (*id.* at *28), noting that it imposes pleading obligations that are "formidable but not impossible." *Id.* at *54-55. There, the issue was whether NVIDIA had made statements attempting to downplay the impact of cryptocurrency sales on its reported financial results, and whether plaintiff had adequately alleged scienter as to the three individual defendants. *Id.* at *39-40. The Ninth Circuit affirmed the dismissal as to two of the individuals, holding that one had made no misstatements and that the scienter allegations as to the other were insufficient as a matter of law. *Id.* at *51. As to a third defendant, the court held that a claim had been adequately stated, based on a confluence of case-specific factors regarding scienter that, viewed holistically, provided contemporaneous facts undermining his statements about the company's actual financial performance. *Id.* at *50.

The case is unremarkable and has no application to the circumstances here. This is not a case about PLAYSTUDIOS' historical financial performance. It is about its efforts to develop and introduce a brand-new game, which were accompanied by extensive risk factors and are protected by the PSLRA safe harbor. In addition, as shown in defendants' motion, the two so-called confidential witnesses here (unlike those in NVIDIA) actually undermine scienter and show that plaintiff's fraud theory, viewed holistically, makes no sense and the competing inference of good faith is vastly more reasonable.

Dated: September 12, 2023

**FENWICK & WEST LLP**

By: /s/      *Dean S. Kristy*
Dean S. Kristy

Attorneys for Defendants PLAYSTUDIOS, Inc., Andrew Pascal, Edward King, Daniel Fetters, James Murren, Zach Leonsis, Brisa Carleton, Andrew Zobler, Sam Kennedy, Christopher Grove, William J. Hornbuckle, Joe Horowitz, Jason Kirkorian, and Judy K. Mencher.

**<u>CERTIFICATE OF SERVICE</u>**

Pursuant to F.R.C.P. 5(b) and Electronic Filing Procedure IV(B), I certify that on September 12, 2023, a true and correct copy of **RESPONSE TO PLAINTIFF'S MOTION TO TAKE NOTICE OF SUPPLEMENTAL AUTHORITY (ECF NO. 130)** was transmitted electronically through the Court's CM/ECF e-filing electronic notice system to all attorneys associated with the above-captioned case.

_/s/ Dean S. Kristy_
Dean S. Kristy
Fenwick & West LLP