ANDREW R. MUEHLBAUER
Nevada Bar No. 10161
SEAN P. CONNELL
Nevada Bar No. 7311
**MUEHLBAUER LAW OFFICE, LTD.**
7915 West Sahara Avenue, Suite 104
Las Vegas, Nevada 89117
Telephone: 702-330-4505
Fax: 702-825-0141
Email: andrew@mlolegal.com
        sean@mlolegal.com

*Local Counsel for Lead Plaintiff*

[*Additional Counsel on Signature Page*]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

|  |  |
|---|---|
| CHRISTIAN A. FELIPE, individually as administrator of the CHRISTIAN A. FELIPE CONTRIBUTORY IRA, and on behalf of all those similarly situated,<br><br>                                        Plaintiff,<br><br>vs.<br><br><br>PLAYSTUDIOS, INC. *et al.*,<br><br>                                        Defendants. | Case No. 2:22-cv-01159-RFB-NJK<br><br><br>**REPLY IN SUPPORT OF UNOPPOSED MOTION TO TAKE NOTICE OF SUPPLEMENTAL AUTHORITY** |

The Phoenix Insurance Company Ltd. and The Phoenix Provident Pension Fund Ltd. (collectively referred to herein as the "Lead Plaintiff") file this Reply in support of Lead Plaintiff's Motion to take Notice of Supplemental Authority decided after the completion of briefing on Defendants' Motion to Dismiss the Amended Complaint.

The Response effectively throws in the towel days before a scheduled hearing on the Motion to Dismiss. Defendants take no issue with almost all of Lead Plaintiff's arguments because they cannot. In a weak attempt to distinguish *E. Ohman J v. NVIDIA Corp.*, Defendants argue that *NVIDIA* is inapplicable because it concerned a company's historical financial performance while this Action involves the development of a new game. No. 21-15604, __ F.4th __, 2023 U.S. App. LEXIS 22473 (9th Cir. 2023). No safe harbor can be found in the securities statutes that allows fraud related to new video games. Instead, a federal court has sustained securities fraud claims under similar circumstances where defendants made false statements about the timing and launch of a new game. ECF No. 99 at 14 (*citing In re iDreamSky Tech. Ltd. Sec. Litig.*, 236 F. Supp. 3d 824 (S.D.N.Y. 2017)). There is also no magical path to surviving dismissal merely because a plaintiff brings claims related to a company's historical financial performance. Hence, the attempt to distinguish *NVIDIA* flops badly.

As fully described in Lead Plaintiff's previous filings, there is also a "confluence of case-specific factors," ECF No. 131 at 2, that are collectively sufficient to plead that Pascal made false statements of current fact with reckless disregard for the truth, taking this case out of the reach of the Private Securities Litigation Reform Act's safe harbor for forward-looking statements. Defendants repeat the dubious claim that the Confidential Witnesses' accounts undermine an inference of scienter, but they do not, and cannot, dispute that this assumption is based on the same failed arguments made by the dissent in *NVIDIA*. 2023 U.S. App. LEXIS 22473, at *80-81 & n.5, 84-85, 95-98, 102. The claim is also undermined by Complaint allegations Defendants choose to disregard. *See, e.g.*, ECF No. 73 at ¶¶59, 62 (repeatedly showing that game developer's updates failed to fix bad gameplay, rendering irrelevant any technical opinion it could have about

1

REPLY IN SUPPORT OF UNOPPOSED MOTION TO TAKE NOTICE OF
SUPPLEMENTAL AUTHORITY

functionality).  Nor is there any fact to support that Defendants acted in good faith, and even if there were, the Court cannot assume its truth in favor of the Defendants at the pleading stage.

Dated:  September 18, 2023

Respectfully submitted,

*/s/ Andrew R. Muehlbauer*

**MUEHLBAUER LAW OFFICE, LTD.**

ANDREW R. MUEHLBAUER, ESQ.
Nevada Bar No. 10161
SEAN P. CONNELL
Nevada Bar No. 7311
7915 West Sahara Avenue, Suite 104
Las Vegas, Nevada 89117
Telephone: 702-330-4505
Fax: 702-825-0141
Email: andrew@mlolegal.com
            sean@mlolegal.com

*Local Counsel for Lead Plaintiff*

            *-and-*

**POMERANTZ LLP**

Joshua B. Silverman (*admitted PHV*)
Omar Jafri (*admitted PHV*)
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: jbsilverman@pomlaw.com
            ojafri@pomlaw.com

            *-and-*

Jeremy A. Lieberman (*admitted PHV*)

2

REPLY IN SUPPORT OF UNOPPOSED MOTION TO TAKE NOTICE OF
SUPPLEMENTAL AUTHORITY

600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Email: jalieberman@pomlaw.com

*Lead Counsel for Lead Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

*/s/ Andrew R. Muehlbauer*
Andrew R. Muehlbauer

3
REPLY IN SUPPORT OF UNOPPOSED MOTION TO TAKE NOTICE OF
SUPPLEMENTAL AUTHORITY