Dean S. Kristy (admitted *pro hac vice*)
dkristy@fenwick.com
Jennifer Bretan (admitted *pro hac vice*)
jbretan@fenwick.com
Sofia Ritala (admitted *pro hac vice*
sritala@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1250

Patrick G. Byrne (Nevada Bar No. 7636)
pbyrne@swlaw.com
Bradley T. Austin (Nevada Bar No. 13064)
baustin@swlaw.com
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252

*Attorneys for Defendants PLAYSTUDIOS, Inc., Andrew Pascal, Edward King, Daniel Fetters, James Murren, Zach Leonsis, Brisa Carleton, Andrew Zobler, Sam Kennedy, Christopher Grove, William J. Hornbuckle, Joe Horowitz, Jason Krikorian, and Judy K. Mencher*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIAN A. FELIPE, individually as administrator of the CHRISTIAN A. FELIPE CONTRIBUTORY IRA, and on Behalf of Similarly Situated Persons,<br><br>Plaintiff,<br><br>vs.<br><br>PLAYSTUDIOS, INC. *et al.*,<br><br>Defendants. | Case No.: 2:22-cv-01159-RFB-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER AND TO ANSWER**<br><br>**(FIRST REQUEST)** |

Lead Plaintiffs The Phoenix Insurance Company Ltd. and The Phoenix Provident Pension Fund Ltd. ("Lead Plaintiffs") and defendants PLAYSTUDIOS, Inc. (the "Company"), Andrew Pascal, Edward King, Daniel Fetters, James Murren, Zach Leonsis, Brisa Carleton, Andrew Zobler, Sam Kennedy, Christopher Grove, William J. Hornbuckle, Joe Horowitz, Jason Krikorian, and Judy K. Mencher (together, with the Company, "Defendants"), by and through their respective counsel, for good cause shown, hereby stipulate and agree to extend the deadline for the Parties to file their proposed discovery plan and scheduling order, and for Defendants to answer the Amended Complaint, as follows:

WHEREAS, on March 31, 2024, this Court issued an Order granting in part and denying in part Defendants' Motion to Dismiss (ECF No. 91) (the "Order");

WHEREAS, pursuant to the Order, the Parties are to submit a proposed discovery plan and scheduling order by April 12, 2024;

WHEREAS, in light of the Order, Defendants' answer to the Amended Complaint is due April 15, 2024;

WHEREAS, counsel for Defendants will be away on a preexisting family commitment from April 6-11, 2024, and a key legal team member also recently went on maternity leave;

WHEREAS, in light of the Order, defense counsel's unavailability, and to accommodate transition matters in connection with the aforementioned leave, and to afford the Parties sufficient time to meet and confer to address the issues under Rule 26 and Civil Local Rule 26-1, and to prepare a discovery plan and schedule thereunder, which is in the interests of the Parties and judicial economy given the complex nature of this proposed class action case, and as a matter of professional courtesies, counsel for the Parties have met and conferred and agree that there is good cause to (i) extend the deadline for the Parties to submit the discovery plan and scheduling order; (ii) extend the date for Defendants to answer the Amended Complaint; and (iii) set the date for initial disclosures to be exchanged and for initial discovery to begin, as agreed and set forth below:

///

///

NOW THEREFORE, IT IS STIPULATED AND AGREED, subject to the Court's approval, that:

  i. The deadline for the Parties to file a Rule 26(f) proposed discovery plan and scheduling order is extended to and including Monday, April 29, 2024;

  ii. The deadline for Defendants to answer the Amended Complaint shall be May 15, 2024;

  iii. The deadline for the Parties to exchange initial disclosures shall be May 30, 2024;

  iv. The extended deadlines set forth herein shall not affect the Parties' right to propound initial document requests, which may begin starting on April 12, 2024.

Dated: April 3, 2024

| | |
|---|---|
| **MUEHLBAUER LAW OFFICE, LTD.** | **FENWICK & WEST LLP** |
| By: */s/ Andrew R. Muehlbauer* <br>      Andrew R. Muehlbauer | By: */s/ Jennifer Bretan* <br>      Jennifer Bretan |
| Andrew R. Muehlbauer<br>7915 West Sahara Ave., Ste. 104<br>Las Vegas, NV 89117<br>Email: andrew@mlolegal.com | Jennifer Bretan (admitted *pro hac vice*)<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Email: jbretan@fenwick.com |
| **POMERANTZ LLP**<br>Omar Jafri (admitted *pro hac vice*)<br>10 South LaSalle Street, Suite 3505<br>Chicago, IL 60603<br>Telephone: (312) 377-1181<br>Facsimile: (312) 377-1184<br>Email: ojafri@pomlaw.com | **SNELL & WILMER L.L.P**<br>Patrick G. Byrne, Esq.<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>Email: pbyrne@swlaw.com |
| *Attorneys for Lead Plaintiffs and Lead Counsel for the Proposed Class* | *Attorneys for PLAYSTUDIOS, Inc., Andrew Pascal, Edward King, Daniel Fetters, James Murren, Zach Leonsis, Brisa Carleton, Andrew Zobler, Sam Kennedy, Christopher Grove, William J. Hornbuckle, Joe Horowitz, Jason Krikorian, and Judy K. Mencher* |

**IT IS SO ORDERED**.

_____
United States Magistrate Judge

DATED: April 4, 2024