Kristin N. Murphy (pro hac vice forthcoming)
Ryan A. Walsh (pro hac vice forthcoming)
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone: 714.540.1235
Facsimile: 714.755.8290
kristin.murphy@lw.com
ryan.walsh@lw.com

J. Colby Williams (5549)
CAMPBELL & WILLIAMS
710 South 7th Street
Las Vegas, Nevada 89101
Telephone: 702.382.5222
Facsimile:  702.382.0540
jcw@cwlawlv.com

*Attorneys for Defendants
Edward King, Daniel Fetters, James Murren,
Zach Leonsis, Brisa Carleton, Andrew Zobler,
Sam Kennedy, and Christopher Grove*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTIAN A. FELIPE, individually as administrator of the CHRISTIAN A. FELIPE CONTRIBUTORY IRA, and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PLAYSTUDIOS, INC., *et al.*,<br><br>Defendants. | Case No.: 2:22-cv-01159-RFB-NJK<br><br>**SUBSTITUTION OF COUNSEL** |

**TO THE COURT AND TO COUNSEL OF RECORD FOR ALL PARTIES:**

PLEASE TAKE NOTICE pursuant to LR IA 11-6(c) that Defendants Edward King, Daniel Fetters, James Murren, Zach Leonsis, Brisa Carleton, Andrew Zobler, Sam Kennedy, and Christopher Grove hereby substitute and appoint Kristin N. Murphy and Ryan A. Walsh of the law firm LATHAM & WATKINS LLP and J. Colby Williams of the law firm CAMPBELL & WILLIAMS, as their counsel in the place and stead of the law firms FENWICK & WEST LLP and SNELL & WILMER L.L.P.

DATED this 15th day of May, 2024

By: /s/ Edward King             By: /s/ Daniel Fetters

By: /s/ James Murren            By: /s/ Zach Leonsis

By: /s/ Brisa Carleton          By: /s/ Andrew Zobler

By: /s/ Sam Kennedy             By: /s/ Christopher Grove

The law firms FENWICK & WEST LLP and SNELL & WILMER L.L.P. hereby consent to the substitution of the law firms LATHAM & WATKINS LLP and CAMPBELL & WILLIAMS as attorneys for Defendants Edward King, Daniel Fetters, James Murren, Zach Leonsis, Brisa Carleton, Andrew Zobler, Sam Kennedy, and Christopher Grove in the above-captioned matter.

DATED this 15th day of May, 2024.

SNELL & WILMER L.L.P.

By: /s/ *Patrick G. Byrne*
Patrick G. Byrne (7636)
3883 Howard Hughes Pkwy., Suite 1100
Las Vegas, Nevada 8969
Tel. 702.784.5200
pbyrne@swlaw.com

|   |   |
|---|---|
| 1 |   |
| 2 | Dean S. Kristy (pro hac vice) |
| 3 | Jennifer C. Bretan (pro hac vice) |
|   | Sofia Ritala (pro hac vice) |
| 4 | FENWICK & WEST LLP |
|   | 555 California Street, 12th Floor |
| 5 | San Francisco, California 94104 |
|   | Tel. 415.875.2300 |
| 6 | dkristy@fenwick.com |
| 7 | jbretan@fenwick.com |
|   | sritala@fenwick.com |

The law firms LATHAM & WATKINS, LLP and CAMPBELL & WILLIAMS hereby accept substitution as attorneys for Defendants Edward King, Daniel Fetters, James Murren, Zach Leonsis, Brisa Carleton, Andrew Zobler, Sam Kennedy, and Christopher Grove in the above-captioned matter.

DATED this 15th day of May, 2024.

CAMPBELL & WILLIAMS

By: /s/ J. Colby Williams
   J. Colby Williams (5549)
   710 South Seventh Street, Suite A
   Las Vegas, Nevada 89101
   Telephone: 702.382.5222

Kristin N. Murphy (pro hac vice forthcoming)
Ryan A. Walsh (pro hac vice forthcoming)
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone: 714.540.1235

*Attorneys for Defendants*
*Edward King, Daniel Fetters, James Murren,*
*Zach Leonsis, Brisa Carleton, Andrew Zobler,*
*Sam Kennedy, and Christopher Grove*

IT IS SO ORDERED.
Dated:  May 16, 2024
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

3