UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

CHRISTIAN A. FELIPE, individually as administrator of the CHRISTIAN A. FELIPE CONTRIBUTORY IRA, et al.,

    Plaintiff(s),

vs.

PLAYSTUDIOS, INC., et al.,

    Defendant(s).

Case # 2:22-cv-01159-RFB-NJK

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

    Kristin N. Murphy, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Latham & Watkins LLP
(firm name)

with offices at 650 Town Center Drive, 20th Floor
(street address)

Costa Mesa, California, 92626
(city) (state) (zip code)

(714) 540-1235, kristin.murphy@lw.com
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by Defendants Edward King, Daniel Fetters, James Murren, Zach Leonsis, Brisa Carleton, Andrew Zobler, Sam Kennedy, and Christopher Grove to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since December 17, 2009, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| California State Bar | December 17, 2009 | 268285 |
| U.S.D.C., Northern District of California | July 5, 2011 | |
| U.S.D.C., Central District of California | October 30, 2014 | |
| U.S.D.C., Southern District of California | March 12, 2018 | |
| U.S.D.C., District of Colorado | May 15, 2019 | |
| U.S. Court of Appeals for the 1st Circuit | October 25, 2023 | |
| U.S. Court of Appeals for the 2nd Circuit | August 6, 2020 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

California

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1   That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2   FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___New York___ )
                        )
COUNTY OF ___New York___ )

___Kristin N. Murphy___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__29th__ day of __May__, __2024__.

_____
Notary Public or Clerk of Court

JANET SANCHEZ
Notary Public, State of New York
No. 01SA6072349
Qualified in Queens County
Commission Expires April 01, 2026

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___J. Colby Williams___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___Campbell & Williams, 710 South 7th Street___,
(street address)

___Las Vegas___, ___Nevada___, ___89101___,
(city)          (state)        (zip code)

___(702) 382-5222___, ___jcw@cwlawlv.com___.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____J. Colby Williams_____ as
(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

/s/ Edward King;  /s/ James Murren;  /s/ Zach Leonsis;
/s/ Daniel Fetters; /s/ Brisa Carleton; /s/ Andrew Zobler;
/s/ Sam Kennedy; /s/ Christopher Grove
(party's signature)

Edward King ; James Murren; Zach Leonsis; Daniel Fetters; Brisa Carleton; Andrew Zobler; Sam Kennedy; Christopher Grove
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Designated Resident Nevada Counsel's signature

5549                         jcw@cwlawlv.com
Bar number                   Email address

APPROVED:

Dated: this __30th__ day of _____May_____, 20 _24_ .

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *KRISTIN NICOLE MURPHY*

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that KRISTIN NICOLE MURPHY, #268285, was on the 17th day of December, 2009 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court
on the 16th day of April 2024.

JORGE E. NAVARRETE
Clerk/Executive Officer of the Supreme Court

By: _____
Robert R. Toy, Senior Deputy Clerk