**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

CHRISTIAN A. FELIPE, individually as administrator of the CHRISTIAN A. FELIPE CONTRIBUTORY IRA, et al.

   Plaintiff(s),

vs.

PLAYSTUDIOS, INC., et al.

   Defendant(s).

Case # 2:22-cv-01159-RFB-NJK

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Yukiu Monica Chan_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Fenwick & West, LLP
(firm name)

with offices at ___401 Union St., Fifth Floor___,
(street address)

___Seattle___, ___Washington___, ___98101___,
(city)        (state)          (zip code)

___206-389-4510___, ___mchan@fenwick.com___.
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by Defendants PLAYSTUDIOS, Inc., Andrew Pascal, William J. Hornbuckle, Joe Horowitz, Jason Krikorian, and Judy K. Mencher to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since ___December 21, 2021___, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of ___Washington___
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State Courts of Washington State | December 21, 2021 | 58900 |
| Western District of Washington | January 28, 2022 | 58900 |
| Ninth Circuit Court of Appeals | March 21, 2023 | 58900 |
| State Courts of New York | February 9, 2015 | 5330543 |
|  |  |  |
|  |  |  |
|  |  |  |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

None.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

*Yukiu Monica Chan*
Petitioner's signature

STATE OF __Washington__ )
)
COUNTY OF __King__ )

____Yukiu Monica Chan____, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

*Yukiu Monica Chan*
Petitioner's signature

Denton, Texas
Subscribed and sworn to before me this __17th__ day of __June__, __2024__.

*Tiana L. Tranowicz*
Notary Public or Clerk of Court

[Notary Seal: Tiana L. Tranowicz, NOTARY PUBLIC STATE OF TEXAS, ID NUMBER 13367542-3, COMMISSION EXPIRES April 25, 2026]

Electronically signed and notarized online using the Proof platform.

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Bradley T. Austin__, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__Snell & Wilmer LLP, 3883 Howard Hughes Parkway, Ste. 1100__,
(street address)
__Las Vegas__, __Nevada__, __89169__,
(city) (state) (zip code)
__702-784-5200__, __baustin@swlaw.com__.
(area code + telephone number) (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Bradley T. Austin_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

/s/ Joel Agena
(party's signature)

PLAYSTUDIOS, Inc./Joel Agena, Esq., General Counsel
(type or print party name, title)

_____
(party's signature)

See additional signatories, Ex. 1
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/ Bradley Austin
Designated Resident Nevada Counsel's signature

13064                          baustin@swlaw.com
Bar number                     Email address

APPROVED:

Dated: this __25th__ day of _____June_____, 20_24_.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# CERTIFICATION OF CURRENT STATUS

May 30, 2024

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the Washington State Bar Association, **Yukiu Monica Chan**, license no. **58900** was licensed or admitted to the practice of law as a lawyer in this state by the Washington Supreme Court on **December 21, 2021.**
As of the date of this certificate, Yukiu Monica Chan is and has been in good standing as a(n) **Active lawyer** of the Washington State Bar Association, who is **Eligible** to practice law in this state as a lawyer.

This certificate reflects the date of admission or licensure and the license status as of the date stated. Historical information about status, including periods on inactive status, administrative and disciplinary suspensions, disbarments, resignations, etc., are not reflected in this information, but are available through a Status History Certificate. A summary of confidential grievances and public discipline imposed is available, if authorized by the member, through a Discipline History Certificate.

Terra Nevitt
Executive Director

Washington State Bar Association
1325 Fourth Ave, Suite 600
Seattle, WA 98101-2539
206-443-WSBA



## Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Yukiu Monica Chan

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **February 9, 2015**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on June 24, 2024.

*Clerk of the Court*

CertID-00180074



# Supreme Court of the State of New York
## Appellate Division, First Department

| | |
|---|---|
| **DIANNE T. RENWICK**<br>Presiding Justice | **MARGARET SOWAH**<br>Deputy Clerk of the Court |
| **SUSANNA MOLINA ROJAS**<br>Clerk of the Court | **DOUGLAS C. SULLIVAN**<br>Deputy Clerk of the Court |

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

    Bar examination history is available from the New York State Board of Law Examiners.

    Instructions, forms and links are available on this Court's website.

*Susanna Rojas*
Susanna Rojas
Clerk of the Court

Revised October 2020

**EXHIBIT 1**

/s/ *Jason Krikorian*
(party's signature)

Jason Krikorian
(type or print party name, title)

/s/ *William Hornbuckle*
(party's signature)

William J. Hornbuckle
(type or print party name, title)

/s/ *Andrew Pascal*
(party's signature)

Andrew Pascal
(type or print party name, title)

/s/ *Joe Horowitz*
(party's signature)

Joe Horowitz
(type or print party name, title)

/s/ *Judy Mencher*
(party's signature)

Judy K. Mencher
(type or print party name, title)