# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CHRISTIAN A. FELIPE, individually as administrator of the CHRISTIAN A. FELIPE CONTRIBUTORY IRA, and on Behalf of Similarly Situated Persons,

    Plaintiff,

vs.

PLAYSTUDIOS, INC. *et al.*,

    Defendants.

Case No.: 2:22-cv-01159-RFB-NJK

**ORDER RE STIPULATION OF SETTLEMENT AND A STAY OF CASE RELATED DEADLINES**

1.      On January 27, 2025, the Parties submitted a stipulated request to stay all further deadlines in this action.  The Parties have informed the Court that they have reached an agreement in principle to fully settle all pending claims in this Action.  To conserve the Court's resources and avoid incurring unnecessary litigation expenses, the Parties wish to stay further deadlines in this Action while they negotiate a formal stipulation of settlement and Lead Plaintiffs prepare their motion for preliminary approval.

2.      After considering the stipulation and good cause appearing, the Court grants the Parties' request.  Accordingly, the Court stays all further proceedings and deadlines in this Action, other than those to effectuate the settlement.

IT IS SO ORDERED.

_____

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**DATED**: January 28, 2025