DEAN S. KRISTY *(admitted pro hac vice)*
dkristy@fenwick.com
JENNIFER C. BRETAN *(admitted pro hac vice)*
jbretan@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Tel: 415.875.2300

PATRICK G. BYRNE (Nevada Bar No. 7636)
pbyrne@swlaw.com
BRADLEY T. AUSTIN (Nevada Bar No. 13064)
baustin@swlaw.com
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Tel: 702.784.5200

Attorneys for Defendants
*PLAYSTUDIOS, Inc., Andrew Pascal, William J. Hornbuckle, Joe Horowitz, Jason Krikorian, and Judy K. Mencher*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIAN A. FELIPE, individually as administrator of the CHRISTIAN A. FELIPE CONTRIBUTORY IRA, and on Behalf of Similarly Situated Persons,<br><br>Plaintiff,<br><br>v.<br><br>PLAYSTUDIOS, INC., *et al.*,<br><br>Defendant. | Case No.: 2:22-cv-01159-RFB-NJK<br><br>**MOTION TO WITHDRAW ATTORNEY APPEARANCE OF SOFIA RITALA** |

Case No.: 2:22-cv-01159-RFB-NJK

1  Pursuant to LR IA 11-6(b), Sofia Ritala hereby moves this Court for entry of an Order
2  granting her request to withdraw as counsel for PLAYSTUDIOS, Inc., Andrew Pascal, William
3  (Bill) J. Hornbuckle, Joe Horowitz, Jason Krikorian, and Judy K. Mencher ("Defendants") in the
4  above-captioned action and to have her name, address, and email address removed from the
5  service list (including ECF service list).  Defendants will continue to be represented by their
6  remaining counsel of record.

Dated:  March 13, 2025

FENWICK & WEST LLP

By:  /s/  Sofia Ritala
       Sofia Ritala

Sofia Ritala (admitted *pro hac vice*)

Dean S. Kristy (admitted *pro hac vice*)
Jennifer C. Bretan (admitted *pro hac vice*)
FENWICK & WEST, LLP
555 California Street, 12th Floor
San Francisco, CA 94104
415.875.2300
Fax:  415.281.1350
dkristy@fenwick.com
jbretan@fenwick.com

Patrick G. Byrne (Nevada Bar No. 7636)
Bradley T. Austin (Nevada Bar No. 13064)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200
pbyrne@swlaw.com
baustin@swlaw.com

Attorneys for Defendants *PLAYSTUDIOS, Inc.,
Andrew Pascal, William (Bill) J. Hornbuckle, Joe
Horowitz, Jason Krikorian, and Judy K. Mencher*

IT IS SO ORDERED.
Dated: March 14, 2025

Nancy J. Koppe
United States Magistrate Judge