**MUEHLBAUER LAW OFFICE, LTD.**
Andrew R. Muehlbauer
Nevada Bar No. 10161
7915 West Sahara Avenue, Suite 104
Las Vegas, Nevada 89117
Telephone: (702) 330.4505
Facsimile: (702) 825.0141
Email: andrew@mlolegal.com

*Liaison Counsel for Lead Plaintiffs*

**POMERANTZ LLP**
Omar Jafri
(admitted *pro hac vice*)
Diego Martinez-Krippner
(admitted *pro hac vice*)
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email:   ojafri@pomlaw.com
        dmartinezk@pomlaw.com

*Lead Counsel for Lead Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTIAN A. FELIPE,<br><br>    *Plaintiff*,<br><br>v.<br><br>PLAYSTUDIOS, INC., et al.,<br><br>    *Defendants*. | Case No. 2:22-cv-01159-RFB-NJK<br><br>Hon. Richard F. Boulware, II<br><br>CLASS ACTION<br><br>**LEAD PLAINTIFFS' UNOPPOSED SUPPLEMENT IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT** |

On behalf of themselves and all members of the proposed Settlement Class, Lead Plaintiffs respectfully provide the following supplemental information in support of their Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement (ECF No. 164) (the "Motion"):

As reflected in PLAYSTUDIOS, Inc.'s ("Playstudios" or "the Company") filings with the U.S. Securities & Exchange Commission ("SEC"), at all relevant times following the merger with Acies Acquisition Corp, there were several hundred holders of record for the Company's Class A common stock. *See* Form 424B3 filed on July 30, 2021 (396 holders of record), *and see* Form 10-K filed on March 3, 2022 (420 holders of record), attached hereto as Exs. A-B, respectively.

A holder of record is the person or entity whose name appears on the official records of a company as the owner of shares, while a beneficial owner is the ultimate owner of a given share, even if someone else holds the legal title. Most often, beneficial owners in public companies hold shares indirectly through a broker or financial institution or some other record holder. Here, for example, millions of Playstudios shares are held by a depository trust company, a single record holder, which likely represents hundreds to thousands more beneficial holders of Playstudios Class A shares within the Settlement Class. Additionally, as is customary in securities class actions, the Claims Administrator will provide the Court with a sworn declaration detailing the composition of the potential Settlement Class and a precise accounting of the number of claims received prior to and in conjunction with the Final Approval hearing in this matter,

As indicated at the hearing on the Motion, Lead Counsel also plans to request an updated amount of up to $160,000 in litigation expenses at the Final Approval hearing, a change they will reflect in the notices to the Settlement Class previously filed with the Motion. *See* ECF Nos. 164-4, 164-6, 164-7.

1

Dated: May 20, 2025

Respectfully submitted,

**POMERANTZ LLP**
By: /s/ *Omar Jafri*

Omar Jafri (*pro hac vice*)
Diego Martinez-Krippner (*pro hac vice*)
10 S. LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: ojafri@pomlaw.com
        dmartinezk@pomlaw.com

*Lead Counsel for Plaintiffs*

**MUEHLBAUER LAW OFFICE, LTD.**
Andrew R. Muehlbauer
Nevada Bar No. 10161
Sean P. Connell
Nevada Bar No. 7311
7915 West Sahara Avenue, Suite 104
Las Vegas, Nevada 89117
Telephone: (702) 330-4505
Facsimile: (702) 825-0141
Email: andrew@mlolegal.com
        sean@mlolegal.com

*Liaison Counsel for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2025, I electronically filed the foregoing **SUPPLEMENT IN SUPPORT OF LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT** with the Clerk of Court using the CM/ECF system, which will send notification of such to all CM/ECF participants.

/s/ *Andrew R. Muehlbauer*
Andrew R. Muehlbauer

3