**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CHRISTIAN A. FELIPE,

    *Plaintiff*,

v.

PLAYSTUDIOS, INC., et al.,

    *Defendants*.

Case No: 2:22-cv-01159-RFB-NJK

**DECLARATION OF ANDREW R. MUEHLBAUER IN SUPPORT OF SUPPLEMENT IN SUPPORT OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

HON. RICHARD F. BOULWARE, II

I, Andrew R. Muehlbauer, hereby declare as follows:

1.    I, Andrew R. Muehlbauer, am an attorney licensed to practice in the State of Nevada and am admitted in this Action. I am a partner in the firm of Muehlbauer Law Office, Ltd., Liaison Counsel in the above-captioned litigation, and have represented Plaintiffs throughout this litigation. I submit this declaration in support of Lead Plaintiffs' Unopposed Supplement in Support of Motion For Preliminary Approval of Class Action Settlement.

2.    Attached hereto as exhibits are copies of the following:

Exhibit A:  A copy of an excerpt of PLAYSTUDIOS, Inc.'s Form 424B3 filed with the U.S. Securities & Exchange Commission ("SEC") on July 30, 2021.

Exhibit B:  A copy of an excerpt of PLAYSTUDIOS, Inc.'s Form 10-K filed with the SEC on March 3, 2022.

I declare that the foregoing is true and correct.

Executed on May 20, 2025, Las Vegas, Nevada

                    /s/ *Andrew R. Muehlbauer*
                    Andrew R. Muehlbauer

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on May 20, 2025, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such public filing to all counsel registered to receive such notice.

/s/ *<u>Andrew R. Muehlbauer</u>*
Andrew R. Muehlbauer

DECLARATION OF ANDREW R. MUEHLBAUER
CASE NO.:  2:22-cv-01159-RFB-NJK