# Exhibit A

424B3 1 tm2121163-9_424b3.htm 424B3
TABLE OF CONTENTS

**Filed Pursuant to Rule 424(b)(3)**
**Registration No. 333-258018**

**PROSPECTUS**



# PLAYSTUDIOS, Inc.

## Up to 107,495,199 Shares of Class A Common Stock
## Up to 10,996,631 Shares of Class A Common Stock Issuable Upon Exercise of Warrants
## Up to 3,821,667 Warrants

This prospectus relates to the issuance by us of up to an aggregate of 10,996,631 shares of our Class A common stock, $0.0001 par value per share (the "Class A common stock"), which consists of (i) up to 7,174,964 shares of our Class A common stock that are issuable upon the exercise of 7,174,964 warrants (the "Public Warrants") originally issued in the initial public offering of Acies Acquisition Corp. ("Acies") by the holders thereof and (ii) up to 3,821,667 shares of Class A common stock that are issuable upon the exercise of 3,821,667 warrants originally issued in a private placement in connection with the initial public offering of Acies (the "Private Placement Warrants", and together with the Public Warrants, the "Warrants"). We will receive the proceeds from any exercise of any Warrants for cash.

This prospectus also relates to the offer and sale from time to time by the selling securityholders named in this prospectus (the "Selling Securityholders") of (i) up to 107,495,199 shares of Class A common stock, including up to 10,693,624 shares of Class A common stock issuable as Earnout Shares (as defined herein) and 1,444,962 shares of Class A common stock issuable upon the exercise of 1,444,962 options to purchase shares of Class A common stock (the "Class A Option Shares") and (ii) 3,821,667 Private Placement Warrants. The shares of Class A common stock being registered include 21,348,205 shares issuable upon conversion of: (i) 16,130,300 shares of our Class B common stock, par value $0.0001 per share (the "Class B common stock" and, together with the Class A common stock, our "common stock"), issued to Andrew S. Pascal, our Chairman of the Board and Chief Executive Officer, (ii) 3,026,112 shares of Class B common stock issuable as Earnout Shares and (iii) 2,191,793 shares of Class B common stock issuable upon the exercise of 2,191,793 options to purchase shares of Class B common stock (the "Class B Option Shares", and together with the Class A Option Shares, the "Option Shares"). We will not receive any proceeds from the sale of shares of common stock or Private Placement Warrants by the Selling Securityholders pursuant to this prospectus.

The rights of the holders of Class A common stock and Class B common stock are identical, except with respect to voting and conversion. Each share of Class A common stock is entitled to one vote per share. Each share of Class B common stock is entitled to twenty votes per share and is convertible into one share of Class A common stock. Outstanding shares of Class B common stock, all of which are held by Mr. Pascal and certain of his affiliates, represent approximately 74.6% of the voting power of our outstanding capital stock as of June 21, 2021.

We are registering the securities for resale pursuant to the Selling Securityholders' registration rights under certain agreements between us and the Selling Securityholders. Our registration of the securities covered by this prospectus does not mean that the Selling Securityholders will offer or sell any of the shares of Class A common stock or Private Placement Warrants. The Selling Securityholders may offer, sell or distribute all or a portion of their shares of Class A common stock or Private Placement Warrants publicly or through private transactions at prevailing market prices or at negotiated prices. We provide more information about how the Selling Securityholders may sell the shares of Class A common stock or Private Placement Warrants in the section titled "Plan of Distribution."

We are an "emerging growth company" as defined in Section 2(a) of the Securities Act of 1933, as amended (the "Securities Act"), and are subject to reduced public company reporting requirements. This prospectus complies with the requirements that apply to an issuer that is an emerging growth company.

Our Class A common stock is currently listed on The Nasdaq Global Market ("Nasdaq") under the symbol "MYPS", and our Public Warrants are currently listed on The Nasdaq Global Market under the symbol "MYPSW". On July 27, 2021, the closing price of our Class A common stock was $5.88 and the closing price for our Public Warrants was $1.38.

See the section titled "**Risk Factors**" beginning on page **8** of this prospectus to read about factors you should consider before buying our securities.

Neither the U.S. Securities and Exchange Commission (the "SEC") nor any state securities commission has approved or disapproved of these securities or determined if this prospectus is truthful or complete. Any representation to the contrary is a criminal offense.

Case 2:22-cv-01159-RFB-NJK    Document 168-2    Filed 05/20/25    Page 3 of 3

## MARKET INFORMATION FOR COMMON STOCK AND DIVIDEND POLICY

**Market Information**

Our Class A common stock is listed on the Nasdaq under the symbol "MYPS", and our Public Warrants are listed on the Nasdaq under the symbol "MYPSW".

Prior to the consummation of the Business Combination, our Units, Ordinary Shares and Warrants were listed on The Nasdaq Capital Market under the symbols "ACACU," "ACAC" and "ACACW," respectively.

As of June 21, 2021 following the completion of the Business Combination, there were 396 holders of record of our Class A common stock, 2 holders of record of our Class B common stock and 2 holders of record of our Warrants.

**Dividend Policy**

We have not paid any cash dividends on our Class A common stock to date. It is the present intention of the Company's board of directors to retain future earnings for the development, operation and expansion of its business and the Company's board of directors does not anticipate declaring or paying any cash dividends for the foreseeable future. The payment of dividends is within the discretion of the Company's board of directors and will be contingent upon the Company's future revenues and earnings, as well as its capital requirements and general financial condition.

**Securities Authorized for Issuance under Equity Compensation Plans**

In connection with the Business Combination, our stockholders approved our 2021 Plan on June 17, 2021, which became effective immediately upon the Closing. We intend to file one or more registration statements on Form S-8 under the Securities Act to register the shares of our common stock issued or issuable under the 2021 Plan and the assumed Old PLAYSTUDIOS Options. Any such Form S-8 registration statement will become effective automatically upon filing. Once these shares are registered, they can be sold in the public market upon issuance, subject to applicable restrictions.

46