# EXHIBIT 4

**MUEHLBAUER LAW OFFICE, LTD.**
Andrew R. Muehlbauer
Nevada Bar No. 10161
7915 West Sahara Avenue, Suite 104
Las Vegas, Nevada 89117
Telephone: (702) 330.4505
Facsimile: (702) 825.0141
Email: andrew@mlolegal.com

*Liaison Counsel for Lead Plaintiffs*

**POMERANTZ LLP**
Omar Jafri
(admitted *pro hac vice*)
Diego Martinez-Krippner
(admitted *pro hac vice*)
10 S. LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email:   ojafri@pomlaw.com
         dmartinezk@pomlaw.com

*Lead Counsel for Lead Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIAN A. FELIPE,<br><br>*Plaintiff,*<br><br>v.<br><br>PLAYSTUDIOS, INC., *et al.*,<br><br>*Defendants.* | Case No: 2:22-CV-01159-RFB-NJK<br><br>HON. RICHARD F. BOULWARE II<br><br><u>CLASS ACTION</u><br>**DECLARATION OF MENACHEM NEEMAN** |

- 1 -

I, Menachem Neeman, declare as follows:

1.      I currently serve as Chief Legal Counsel of Phoenix Financial Ltd. On behalf of The Phoenix Insurance Company Ltd. and The Phoenix Provident Pension Fund Ltd. (collectively, the "Phoenix Entities"), Court-appointed Lead Plaintiffs in the above-captioned action (the "Action"), I submit this declaration ("Declaration") in support of: (i) Plaintiffs' Motion for Final Approval of Class Action Settlement and Approval of the Proposed Plan of Allocation; and (ii) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation expenses, including the request of a $10,000 reimbursement award for each Lead Plaintiff for their representation of the Settlement Class in this Action. I have personal knowledge of the matters set forth in this Declaration, and I could and would testify competently to these matters.

2.      I, and other members of the Phoenix Entities' Legal Department, have been involved in this Action since filing the lead plaintiff papers on June 6, 2022. On July 12, 2022, the Court appointed the Phoenix Entities as Lead Plaintiffs.

3.      In fulfilling their responsibilities as the Lead Plaintiffs in this Action, the Phoenix Entities worked with Lead Counsel regarding all aspects of the litigation and resolution of this case. I, along with other members of the Phoenix Entities' Legal Department, have been in regular contact with Lead Counsel to monitor and contribute to the successful prosecution of this Action, and we have received regular status reports from Lead Counsel on case developments. The Phoenix Entities have always made their staff available to Lead Counsel. The various tasks I and other Phoenix Entities' personnel have performed include, but are not limited to:

    a.  participating in the preparation of the motion and supporting documents to request the appointment of the Phoenix Entities as Lead Plaintiffs;

    b.  reviewing the original complaint and amended complaint filed on behalf of the Phoenix Entities and the factual bases of the allegations set forth therein;

    c.  reviewing Defendants' papers in support of their attempts to dismiss the complaint;

    d.  discussing mediation with Lead Counsel;

DECLARATION OF MENACHEM NEEMAN
2:22-CV-01159-RFB-NJK

e.  discussing the proposed Settlement with Lead Counsel, including evaluating the Settlement amount, and ultimately approving the Settlement; and

f.  reviewing the Court's Order that preliminarily approved the Settlement and discussing the issues relevant to the final approval process, including Lead Counsel's request for attorneys' fees and expenses, with Lead Counsel.

4.  The Phoenix Entities have done their best to promote the interests of the Classes and to obtain the best recovery possible under the circumstances. Based on my involvement throughout the prosecution and resolution of the claims asserted in the Action, I believe that the Settlement provides a fair, reasonable, and adequate recovery for the Classes, particularly in light of the risks of continued litigation.

5.  While I understand that the ultimate determination of Lead Counsel's request for an award of attorneys' fees and litigation expenses rests with the Court, I believe that Lead Counsel's requested fee of twenty percent (20%) of the Settlement Amount, plus interest, and requested expense reimbursement is fair and reasonable in light of the work performed on behalf of the Class.

6.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated:  September 11, 2025

Menl Neeman
Chief Legal Counsel
L.N. 27882
The Phoenix Insurance Company Ltd.

_____
Menachem Neeman, Chief Legal Counsel of Phoenix Financial Ltd. On behalf Phoenix Insurance Company Ltd. and The Phoenix Pension & Provident Funds

DECLARATION OF MENACHEM NEEMAN
2:22-CV-01159-RFB-NJK