2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

CHRISTIAN A. FELIPE, individually as
administrator of the CHRISTIAN A.
FELIPE CONTRIBUTORY IRA, et al.,

        Plaintiff(s),

    vs.

PLAYSTUDIOS, INC. et al.,

        Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)
)

Case #2:22-cv-01159-RFB-NJK

**AMENDED VERIFIED
PETITION FOR PERMISSION
TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

     Genc Arifi
   (name of petitioner) , Petitioner, respectfully represents to the Court:

1.    That Petitioner is an attorney at law and a member of the law firm of

                 Pomerantz LLP
                 (firm name)

with offices at        10 S. LaSalle Street, Suite 3505
                  (street address)

     Chicago              Illinois         60603
     (city)               (state )       (zip code)

   (312) 377-1181        garifi@pomlaw.com
 (area code+ telephone number)     (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by
The Phoenix Insurance Company Ltd., and
The Phoenix Provident Pension Fund      to provide legal representation in connection with
    [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

1    3.    That since _____November 10, 2016_____, Petitioner has been and presently is a
                              (date)
2    member in good standing of the bar of the highest Court of the State of _____Illinois_____
                                                                                      (state)
3    where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

4    from the clerk of the supreme court or highest admitting court of each state, territory, or insular

5    possession of the United States in which the applicant has been admitted to practice law certifying

6    the applicant's membership therein is in good standing.

7        4.    That Petitioner was admitted to practice before the following United States District

8    Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

9    of other States on the dates indicated for each, and that Petitioner is presently a member in good

10    standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. District Court, Northern District of Illinois | December 27, 2017 | 6323579 |
| U.S. District Court, Eastern District of Wisconsin | July 24, 2025 | 6323579 |
| State of Illinois, Supreme Court | November 10, 2016 | 6323579 |
| U.S. Court of Appeals, First Circuit | March 25, 2025 | 6323579 |
| | | |
| | | |
| | | |
| | | |

20    5.    That there are or have been no disciplinary proceedings instituted against petitioner,

21    nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

22    or administrative body, or any resignation or termination in order to avoid disciplinary or

23    disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

1      6.    That Petitioner has never been denied admission to the State Bar of Nevada. (Give

2 particulars if ever denied admission):

3 None.

4

5

6      7.    That Petitioner is a member of good standing in the following Bar Associations.

7 Illinois Bar Association, Chicago Bar Association and The American Bar Association

8

9

10      8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2

11 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| June 8, 2023 | 2:20-cv-00553 | District of Nevada | Granted |
| | | | |
| | | | |
| | | | |
| | | | |

19      (If necessary, please attach a statement of additional applications)

20      9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the

21 State of Nevada with respect to the law of this state governing the conduct of attorneys to the same

22 extent as a member of the State Bar of Nevada.

23      10.    Petitioner agrees to comply with the standards of professional conduct required of

24 the members of the bar of this court.

25      11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to

26 practice in this jurisdiction and that the client has consented to such representation.

27

28                              3                      Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4  _____
                                    Petitioner's signature

   STATE OF _____Illinois_____ )

5  COUNTY OF _____COOK_____ )

6

7  _____Genc Arifi_____, Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9  _____
                                    Petitioner's signature

10  Subscribed and sworn to before me this

11  __11__ day of __Sept__, __2025__.

12

13  _____
           Notary Public or Clerk of Court

Official Seal
ERIC A HOWELL
Notary Public, State of Illinois
Commission No. 917768
My Commission Expires September 30, 2028

14

15

16  ### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
    ### THE BAR OF THIS COURT AND CONSENT THERETO.

17  Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18  believes it to be in the best interests of the client(s) to designate ____Andrew R. Muehlbauer____,
                                                                          (name of local counsel)

19  Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20  above-entitled Court as associate resident counsel in this action. The address and email address of

21  said designated Nevada counsel is:

22

23  ____Muehlbauer Law Office, Ltd. 7915 West Sahara Ave., Ste. 104____,
                                    (street address)

24  ____Las Vegas____, ____Nevada____, __89117__,
           (city)              (state)       (zip code)

26  ____(702) 330-4505____, ____andrew@mlolegal.com____.
    (area code + telephone number)      (Email address)

27

28                                    4                    Rev. 5/16

1   By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2   agreement and authorization for the designated resident admitted counsel to sign stipulations

3   binding on all of us.

4

5                   **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7       The undersigned party(ies) appoint(s) _____ Andrew R. Muehlbauer _____ as

8   his/her/their Designated Resident Nevada Counsel in this case.        (name of local counsel)

9                               Meni Neeman
                                Chief Legal Counsel                    Haggai Schreiber
10                              Executive VP L.N. 27882                 Chief Investments Officer
                                The Phoenix Insurance                   Deputy CEO
                                                                       Phoenix Insurance Ltd.
11                              (party's signature)                     haggais@fnx.co.il

                                                The Phoenix Insurance Company Ltd., and
12                                              The Phoenix Provident Pension Fund
                                            (type or print party name, title)
13

14                                          (party's signature)

15

16                                          (type or print party name, title)

17                              **CONSENT OF DESIGNEE**
18      The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

19

20                                          Designated Resident Nevada Counsel's signature

21      10161                               andrew@mlolegal.com
22      Bar number                          Email address

23

24  APPROVED:

25  Dated: this __26__ day of _____September_____, 20__25__.

26

27  UNITED STATES DISTRICT JUDGE

28
                                            5

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Genc Arifi

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/10/2016 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 25th day of August, 2025.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois