# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHRISTIAN A. FELIPE,

    *Plaintiff*,

    v.

PLAYSTUDIOS, INC., *et al.*,

    *Defendants*.

Case No: 2:22-CV-01159-RFB-NJK

HON. RICHARD F. BOULWARE II

**DECLARATION OF ANDREW R. MUEHLBAUER IN SUPPORT OF LEAD PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO FOLEY, BEZEK, BEHLE & CURTIS, LLP'S MOTION FOR ATTORNEYS' FEES**

I, Andrew R. Muehlbauer, hereby declare as follows:

1. I, Andrew R. Muehlbauer, am an attorney licensed to practice in the State of Nevada and am admitted in this Action. I am a partner in the firm of Muehlbauer Law Office, Ltd., Liaison Counsel in the above-captioned litigation, and have represented Lead Plaintiffs throughout this litigation. I submit this declaration in support of Lead Plaintiffs' memorandum of law in opposition to Foley, Bezek, Behle & Curtis, LLP's ("FBBC") motion for attorneys' fees.

2. Attached hereto as exhibits A-D are true and accurate copies of the following:

Exhibit A: Email exchange dated March 10, 2025 to April 4, 2025, between Pomerantz LLP attorneys and FBBC attorneys.

Exhibit B: Proof of Claim and Release Forms submitted by Christian A. Felipe on behalf of the Christian A. Felipe IRA and Felipe Holdings, LLC.

Exhibit C: Declaration of Thomas G. Foley, Jr., in Support of Plaintiffs' Motion for an Award of Attorneys' Fees and Expenses filed in *Jeffrey Schulein et al. v. Petroleum Development Corporation et al.*, No. SACV 11-1891 AG(ANx) (C.D. Cal.), at ECF No. 254-2.

Exhibit D: Plaintiff Sara Sandys' Supplemental Brief in Support of her Motion for Attorneys' Fees and Expenses filed in *Pappas v. Naked Juice Co. of Glendora, Inc.*, No. LA CV11-08276 JAK (PLAx) (C.D. Cal.), at ECF No. 175.

I declare that the foregoing is true and correct.

Executed on September 30, 2025, Las Vegas, Nevada

                                 /s/ *Andrew R. Muehlbauer*
                                   Andrew R. Muehlbauer

## **CERTIFICATE OF SERVICE**

I hereby certify that, on September 30, 2025, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such public filing to all counsel registered to receive such notice.

/s/ _Andrew R. Muehlbauer_
Andrew R. Muehlbauer

DECLARATION OF ANDREW R. MUEHLBAUER
CASE NO.: 2:22-CV-01159-RFB-NJK