# EXHIBIT B

**Playstudios -** 54947
**935245636**

|||||||||||||||||||||||||||||||||||||||||||||||||

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
*PLAYSTUDIOS SECURITIES LITIGATION*

Case No. 2:22-cv-01159-RFB-NJB

**PROOF OF CLAIM AND RELEASE**
**Must Be Postmarked (if Mailed) or Received (if Filed Electronically)**
**No Later Than: September 2, 2025**
PLEASE TYPE OR PRINT

## I. CLAIMANT INFORMATION

AUG 2 2 2025

Beneficial Owner's Name *(as it appears on your brokerage statement)*

Christian A Felipe

Joint Beneficial Owner's Name *(as it appears on your brokerage statement)*

Record Owner's Name *(if different from beneficial owner listed above)*

Last 4 digits of Social Security Number or Taxpayer Identification Number

Street Address

3060 S Cody Creek Dr

Street Address 2

| City | State/Province | ZIP Code |
|---|---|---|
| Jackson | WY | 83001 |

| Foreign Postal Code *(if applicable)* | Foreign Country *(if applicable)* |
|---|---|
| | |

| Telephone Number (Day) | Telephone Number (Evening) |
|---|---|
| 508 944 3656 | 508 944 3656 |

Email Address (email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim)

CFELIPE@COX.NET

## II. SCHEDULE OF TRANSACTIONS IN ACIES AND PLAYSTUDIOS COMMON STOCK

**Beginning Holdings in Acies Common Stock:**

A. State the total number of shares of Acies common stock (ticker symbol ACAC) held at the close of trading on May 14, 2021 (*must be documented*). If none, write "zero" or "0."

178,226

**Purchases/Acquisitions of Acies Common Stock:**

B. Separately list each and every purchase or acquisition of Acies common stock (ticker symbol ACAC) between May 15, 2021 and June 21, 2021, both dates inclusive, and provide the following information (*must be documented*):[1]

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Purchased/Acquired | Price per Share | Total Cost (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| See Statements | 67,700 | 8.91 | 603,359 |
| | | | |
| | | | |
| | | | |
| | | | |

**Redeemed Acies Common Stock:**

C. State the total number of shares of Acies common stock (ticker symbol ACAC) for which you exercised your redemption rights between the close of trading on May 14, 2021 and the close of trading on June 21, 2021 (*must be documented*). If none, write "zero" or "0."

243,996

**Sales of Acies Common Stock:**

D. Separately list each and every sale of Acies common stock (ticker symbol ACAC) between May 15, 2021 and June 21, 2021, both dates inclusive, and provide the following information (*must be documented*):

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Price per Share | Amount Received (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

---

[1] In the following table, please include Acies common stock acquired through any of the following transactions: the exercise of a publicly traded option; the exercise of a publicly traded Acies warrant (ticker symbol ACACW); the separation of a publicly traded Acies unit (ticker symbol ACACU) into its component securities at the request of the unit holder.

**Acies Common Stock Converted Into Playstudios Common Stock In the Merger:**

E. State the total number of shares of Acies common stock (ticker symbol ACAC) that were automatically converted, on a one-for-one basis, into shares of Playstudios common stock (ticker symbol MYPS) in the merger between Acies and Playstudios on or about June 21, 2021 (*must be documented*).[2] If none, write "zero" or "0."   243,996

**Purchases/Acquisitions of Playstudios Common Stock:**

F. Separately list each and every purchase or acquisition of Playstudios common stock (ticker symbol MYPS) between June 22, 2021, and August 3, 2022, both dates inclusive, and provide the following information (*must be documented*):[3]

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Purchased/Acquired | Price per Share | Total Cost (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| | | | |
| 8/23/21 | 1004 | 3.98 | 3995 |
| 4/1/22 | 1100 | 4.98 | 5478 |
| 5/3/22 | 1000 | 6.00 | 6000 |
| 5/4/22 | 1000 | 5.54 | 5540 |
| | | | |
| | | | |

**Sales of Playstudios Common Stock:**

G. Separately list each and every sale of Playstudios common stock (ticker symbol MYPS) between June 22, 2021, and August 3, 2022, both dates inclusive, and provide the following information (*must be documented*):

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Price per Share | Amount Received (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| See Statements | | | |
| | 248,100 | 5.39 | 1,337,255 |
| | | | |
| | | | |
| | | | |

**Ending Holdings in Playstudios Common Stock:**

H. State the total number of shares of Playstudios common stock (ticker symbol MYPS) held at the close of trading on August 3, 2022 (*must be documented*). If none, write "zero" or "0."   0

**If additional space is needed, attach separate, numbered sheets, giving all required information, substantially in the same format, and print your name and Social Security or Taxpayer Identification number at the top of each sheet.**

---

[2] Please include Playstudios common stock acquired as a result of the automatic separation of Acies units (ticker symbol ACACU) into its component securities upon the consummation of the merger between Acies and Playstudios on or about June 21, 2021.

[3] In the following table, please include Playstudios common stock acquired through the exercise of a publicly traded option or Playstudios warrant (ticker symbol MYPSW).

## III. CERTIFICATION

I (We) submit this Proof of Claim and Release Form under the terms of the Stipulation described in the Notice. I (We) also submit to the jurisdiction of the United States District Court for the District of Nevada, with respect to my (our) claim as a Settlement Class Member(s) and for purposes of enforcing the release and covenant not to sue set forth herein. I (We) further acknowledge that I am (we are) bound by and subject to the terms of any judgment that may be entered in this Action. I (We) have not submitted any other claim covering the same purchases or sales of Playstudios common stock during the Class Period and know of no other Person having done so on my (our) behalf.

I (We) certify that I am (we are) NOT subject to backup withholding under the provisions of Section 3406 (a)(1)(c) of the Internal Revenue Code because: (a) I am (We are) exempt from backup withholding; or (b) I (We) have not been notified by the I.R.S. that I am (we are) subject to backup withholding as a result of a failure to report all interest or dividends; or (c) the I.R.S. has notified me (us) that I am (we are) no longer subject to backup withholding.

NOTE: If you have been notified by the I.R.S. that you are subject to backup withholding, please strike out the language that you are not subject to backup withholding in the certification above.

UNDER THE PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES, I (WE) CERTIFY THAT ALL OF THE INFORMATION I (WE) PROVIDED ON THIS PROOF OF CLAIM AND RELEASE FORM IS TRUE, CORRECT AND COMPLETE.

Signature of Claimant (If this claim is being made on behalf of Joint Claimants, then each must sign):

_____
(Signature)

_____
(Signature)

_____
(Capacity of person(s) signing, e.g. beneficial purchaser(s), executor, administrator, trustee, etc.)
  ☐    Check here if proof of authority to file is enclosed.
(See Item 2 under Claimant's Statement)

Date: ___8/18/2025___

## PROOF OF CLAIM AND RELEASE FORM

**Deadline for Submission: September 2, 2025**

TERMS NOT DEFINED HEREIN HAVE THE SAME MEANING AS SET FORTH IN THE NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION ("NOTICE") THAT ACCOMPANIES THIS PROOF OF CLAIM AND RELEASE AND THE STIPULATION OF SETTLEMENT, DATED AS OF MARCH 5, 2025. (THE "STIPULATION").

IF YOU PURCHASED OR OTHERWISE ACQUIRED PLAYSTUDIOS, INC. ("PLAYSTUDIOS" OR THE "COMPANY") COMMON STOCK (INCLUDING BY WAY OF EXCHANGE OF PUBLICLY-LISTED ACIES SHARES) PURSUANT TO OR TRACEABLE TO THE PROXY/REGISTRATION STATEMENT FILED BY THE COMPANY WITH THE SEC ON FORM S-4 ON FEBRUARY 16, 2021, AND AMENDED ON FORMS S-4/A ON MARCH 26, 2021, MAY 10, 2021, MAY 18, 2021, AND MAY 20, 2021, AND THE BODY OF WHICH WAS INCORPORATED INTO THE FINAL PROSPECTUS ON FORM 424(B)(3) FILED ON MAY 25, 2021 (HEREAFTER THE "PROXY/REGISTRATION STATEMENT"); WERE SOLICITED TO APPROVE THE MERGER BETWEEN PLAYSTUDIOS AND ACIES ACQUSITION CORP. ("ACIES") AND EXCHANGED PUBLICLY LISTED ACIES SHARES FOR PLAYSTUDIOS CLASS A ORDINARY SHARES RATHER THAN REDEEMING THE SAME PURSUANT TO THE PROXY/REGISTRATION STATEMENT; OR PURCHASED OR OTHERWISE ACQUIRED PLAYSTUDIOS COMMON STOCK BETWEEN AUGUST 11, 2021 AND MAY 5, 2022, BOTH DATES INCLUSIVE (THE "10(b) CLASS PERIOD"); AND AS TO ANY OF THE FOREGOING WERE ALLEGEDLY DAMAGED THEREBY, YOU ARE A "SETTLEMENT CLASS MEMBER" AND YOU MAY BE ENTITLED TO SHARE IN THE SETTLEMENT PROCEEDS. (EXCLUDED FROM THE CLASS ARE DEFENDANTS AND THEIR IMMEDIATE FAMILIES, CURRENT AND FORMER DIRECTORS OR OFFICERS OF PLAYSTUDIOS OR ACIES; ANY ENTITY THAT HAS ENTERED INTO A STOCKHOLDER AGREEMENT OR CO-VENTURE AGREEMENT WITH PLAYSTUDIOS, OR WAS A PRIVATE INVESTMENT IN PUBLIC EQUITIES INVESTOR IN PLAYSTUDIOS; ANY ENTITY CONTROLLED, MAJORITY-OWNER OR WHOLLY OWNED, OR AFFILIATED WITH ANY OF THE ABOVE. (ALSO EXCLUDED FROM THE SETTLEMENT CLASS ARE THOSE PERSONS WHO FILE VALID AND TIMELY REQUESTS FOR EXCLUSION IN ACCORDANCE WITH THE COURT'S ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT.)

IF YOU ARE A SETTLEMENT CLASS MEMBER, YOU MUST COMPLETE AND SUBMIT THIS PROOF OF CLAIM AND RELEASE FORM ("PROOF OF CLAIM AND RELEASE FORM") IN ORDER TO BE ELIGIBLE FOR ANY SETTLEMENT BENEFITS. YOU CAN COMPLETE AND SUBMIT THE ELECTRONIC VERSION OF THIS PROOF OF CLAIM AND RELEASE FORM BY 11:59 P.M. EST ON **SEPTEMBER 2, 2025** AT www.PlaystudiosSecuritiesLitigation.com.

IF YOU DO NOT COMPLETE AND SUBMIT AN ELECTRONIC VERSION OF THIS PROOF OF CLAIM AND RELEASE FORM, YOU MUST COMPLETE AND SIGN THIS PROOF OF CLAIM AND RELEASE FORM AND MAIL IT BY FIRST CLASS MAIL, POSTMARKED NO LATER THAN SEPTEMBER 2, 2025 TO A.B. DATA, LTD., THE CLAIMS ADMINISTRATOR, AT THE FOLLOWING ADDRESS:

*Playstudios Securities Litigation*
c/o A.B. Data, Ltd.
P.O. Box 173029
Milwaukee, WI 53217
Tel.: 877-307-6170
info@PlaystudiosSecuritiesLitigation.com

YOUR FAILURE TO SUBMIT YOUR CLAIM BY SEPTEMBER 2, 2025 WILL SUBJECT YOUR CLAIM TO REJECTION AND PRECLUDE YOU FROM RECEIVING ANY MONEY IN CONNECTION WITH THE SETTLEMENT OF THIS ACTION. DO NOT MAIL OR DELIVER YOUR CLAIM TO THE COURT OR TO ANY OF THE PARTIES OR THEIR COUNSEL, AS ANY SUCH CLAIM WILL BE DEEMED NOT TO HAVE BEEN SUBMITTED. SUBMIT YOUR CLAIM ONLY TO THE CLAIMS ADMINISTRATOR. IF YOU ARE A SETTLEMENT CLASS MEMBER AND DO NOT SUBMIT A PROPER PROOF OF CLAIM AND RELEASE FORM, YOU WILL NOT

SHARE IN THE SETTLEMENT BUT YOU NEVERTHELESS WILL BE BOUND BY THE ORDER AND FINAL JUDGMENT OF THE COURT UNLESS YOU EXCLUDE YOURSELF.

SUBMISSION OF A PROOF OF CLAIM DOES NOT ASSURE THAT YOU WILL SHARE IN THE PROCEEDS OF THE SETTLEMENT.

## CLAIMANT'S STATEMENT

1.  I (we) purchased PLAYSTUDIOS, Inc. ("Playstudios") common stock during the Class Period; purchased or otherwise acquired Playstudios common stock pursuant to or traceable to the Proxy/Registration Statement; or was (were) solicited to approve the merger between Playstudios and Acies and exchanged publicly listed Acies shares for Playstudios common stock rather than redeeming the same pursuant to the Proxy/Registration statement; or purchased or otherwise acquired Playstudios common stock between August 11, 2021 and May 5, 2022; and as to any of the foregoing was (were) allegedly damaged thereby. (Do not submit this Proof of Claim and Release Form if you (a) did not purchase Playstudios common stock between August 11, 2021 and May 5, 2022, (b) did not purchase or otherwise acquire Playstudios common stock pursuant to or traceable to the Proxy/Registration statement, or (c) did not exchange publicly listed Acies shares for Playstudios common stock rather than redeeming the same pursuant to the Proxy/Registration Statement.)

2.  By submitting this Proof of Claim and Release Form, I (we) state that I (we) believe in good faith that I am (we are) a Settlement Class Member(s) as defined above and in the Notice of Pendency and Proposed Settlement of Class Action (the "Notice"), or am (are) acting for such person(s); that I am (we are) not a Defendant in the Action or anyone excluded from the Settlement Class; that I (we) have read and understand the Notice; that I (we) believe that I am (we are) entitled to receive a share of the Net Settlement Fund, as defined in the Notice; that I (we) elect to participate in the proposed Settlement described in the Notice; and that I (we) have not filed a request for exclusion. (If you are acting in a representative capacity on behalf of a Settlement Class Member [e.g., as an executor, administrator, trustee, or other representative], you must submit evidence of your current authority to act on behalf of that Settlement Class Member. Such evidence would include, for example, letters testamentary, letters of administration, or a copy of the trust documents.)

3.  I (we) consent to the jurisdiction of the Court with respect to all questions concerning the validity of this Proof of Claim and Release Form. I (we) understand and agree that my (our) claim may be subject to investigation and discovery under the Federal Rules of Civil Procedure, provided that such investigation and discovery shall be limited to my (our) status as a Settlement Class Member(s) and the validity and amount of my (our) claim. No discovery shall be allowed on the merits of the Action or Settlement in connection with processing of the Proof of Claim and Release Form.

4.  I (we) have set forth where requested below all relevant information with respect to each purchase of Playstudios, and each sale, if any, of such common stock. I (we) agree to furnish additional information to the Claims Administrator to support this claim if requested to do so.

5.  I (we) have enclosed photocopies of the stockbroker's confirmation slips, stockbroker's statements, or other documents evidencing each purchase and sale of Playstudios listed below in support of my (our) claim. (IF ANY SUCH DOCUMENTS ARE NOT IN YOUR POSSESSION, PLEASE OBTAIN A COPY OR EQUIVALENT DOCUMENTS FROM YOUR BROKER OR TAX ADVISOR BECAUSE THESE DOCUMENTS ARE NECESSARY TO PROVE AND PROCESS YOUR CLAIM.)

6.  I (we) understand that the information contained in this Proof of Claim and Release Form is subject to such verification as the Claims Administrator may request or as the Court may direct, and I (we) agree to cooperate in any such verification. (The information requested herein is designed to provide the minimum amount of information necessary to process most simple claims. The Claims Administrator may request additional information as required to efficiently and reliably calculate your Recognized Loss. In some cases, the Claims Administrator may condition acceptance of the claim based upon the production of additional information).

7.  Upon the occurrence of the Court's approval of the Settlement, as detailed in the Notice, I (we) agree and acknowledge that my (our) signature(s) hereto shall effect and constitute a full and complete release, remise and discharge by me (us)

and my (our) heirs, representatives, affiliates, trustees, joint tenants, tenants in common, beneficiaries, executors, administrators, predecessors, successors, attorneys, insurers and assigns (or, if I am (we are) submitting this Proof of Claim and Release Form on behalf of a corporation, a partnership, estate or one or more other persons, by it, him, her or them, and by its, his, her or their heirs, executors, administrators, predecessors, successors, and assigns) of each of the "Released Parties" of all "Released Claims," as those terms are defined below.

8. Upon the occurrence of the Court's approval of the Settlement, as detailed in the Notice, I (we) agree and acknowledge that my (our) signature(s) hereto shall effect and constitute a covenant by me (us) and my (our) heirs, representatives, affiliates, trustees, joint tenants, tenants in common, beneficiaries, executors, administrators, predecessors, successors, attorneys, insurers and assigns (or, if I am (we are) submitting this Proof of Claim and Release Form on behalf of a corporation, a partnership, estate or one or more other persons, by it, him, her or them, and by its, his, her or their heirs, executors, administrators, predecessors, successors, and assigns) to permanently refrain from prosecuting or attempting to prosecute any Released Claims against any of the Released Parties.

9. I (We) hereby warrant and represent that I (we) have not assigned or transferred or purported to assign or transfer, voluntarily or involuntarily, any matter released pursuant to this release or any other part or portion thereof.

10. "Released Parties" means (i) each Defendant; (ii) the immediate family members of the Individual Defendants; (iii) direct or indirect parent entities, direct and indirect subsidiaries, related entities, and affiliates of Playstudios or Acies; (iv) any trust of which any Individual Defendant is the settlor or which is for the benefit of any Individual Defendant and/or his or her immediate family members; (v) for any of the persons or entities listed in parts (i) through (iv), as applicable, their respective past, present, and future general partners, limited partners, principals, shareholders, joint venturers, officers, directors, managers, managing directors, supervisors, employees, contractors, consultants, experts, auditors, accountants, financial advisors, insurers, reinsurers, indemnitors, trustees, trustors, agents, attorneys, predecessors, successors, assigns, heirs, executors, administrators, estates, and any controlling person thereof; and (vi) any entity in which a Defendant has a controlling interest; all in their capacities as such.

11. "Released Claims" means all claims, actions, causes of action, demands, losses, rights, duties, obligations, debts, sums of money, suits, contracts, agreements, judgments, matters, issues, promises, damages and liabilities of every nature and description, whether known claims or Unknown Claims, contingent or absolute, mature or not mature, liquidated or unliquidated, accrued or not accrued, concealed or hidden, regardless of legal or equitable theory, and whether direct, class, or individual in nature, whether arising under federal, state, common or foreign law, that Plaintiffs, any other Settlement Class Member, or any other Releasing Plaintiffs' Party: (i) asserted in the Action; (ii) could have asserted in the Action, or in the future can or might assert in the Action, or in any forum, that arise out of, are based upon, or relate to any of the allegations, transactions, facts, matters or occurrences, representations, statements or omissions involved, set forth, or referred to in the Action, including any previous complaint in the Action; or (iii) that relate to the purchase, or other acquisition of PLAYSTUDIOS' publicly traded securities, including by way of exchange in PLAYSTUDIOS' merger with Acies, or the solicitation to approve the merger and to retain rather than redeem Acies shares pursuant to the Proxy/Registration Statement. Released Claims shall not include (i) any claims relating to the enforcement of the settlement; and (ii) any claims of any person or entity who or which submits a request for exclusion from the Settlement Class that is accepted by the Court. Released Claims include Unknown Claims (as defined below), notwithstanding California Civil Code § 1542 or any other similar provision of law.

12. "Unknown Claims" means any and all Released Claims that any Plaintiff or any Settlement Class Member does not know or suspect to exist in his, her, or its favor at the time of the release of the released persons, which if known by him, her or it might have affected his, her or its settlement with and release of the Released Parties or might have affected his, her or its decision not to object to the Settlement or not to exclude himself, herself or itself from the Settlement Class. With respect to any and all Released Claims, Plaintiffs and every member of the Settlement Class expressly waive, and by operation of the final judgment shall be deemed to have waived, to the fullest extent permitted by law, any and all provisions, rights and benefits conferred by California Civil Code § 1542 (to the extent applicable), and any law of any state or territory of the United States, or principle of common law, or the law of any foreign jurisdiction, that is similar, comparable or equivalent to California Civil Code § 1542, which provides:

**A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.**

Plaintiffs and Settlement Class Members may hereafter discover facts in addition to or different from those which he, she or it now knows or believes to be true with respect to the subject matter of the Released Claims, but Plaintiffs shall expressly settle and release and each Settlement Class Member, upon the Effective Date, shall be deemed to have, and by operation of the Judgment shall have, fully, finally, and forever settled and released any and all Released Claims, known or unknown, suspected or unsuspected, contingent or non-contingent, disclosed or undisclosed, matured or unmatured, whether or not concealed or hidden, which now exist, or heretofore have existed, upon any theory of law or equity now existing or coming into existence in the future, including, but not limited to, conduct which is negligent, intentional, with or without malice, or a breach of any duty, law or rule, without regard to the subsequent discovery or existence of such different or additional facts.

13. I (We) acknowledge that the inclusion of "Unknown Claims" in the definition of claims released pursuant to the Stipulation was separately bargained for and is a material element of the Settlement of which this release is a part.

14. NOTICE REGARDING INSTITUTIONAL FILERS: Representatives with authority to file on behalf of (a) accounts of multiple Settlement Class Members and/or (b) institutional accounts with large numbers of transactions ("Representative Filers") must submit information regarding their transactions in an electronic spreadsheet format. If you are a Representative Filer, you must contact the Claims Administrator at 877-307-6170 or visit their website at www.PlaystudiosSecuritiesLitigation.com to obtain the required file layout. Claims which are not submitted in electronic spreadsheet format and in accordance with the Claims Administrator's instructions may be subject to rejection. All Representative Filers MUST also submit a manually signed Proof of Claim and Release Form, as well as proof of authority to file (see Item 2 of the Claimant's Statement), along with the electronic spreadsheet format. No claims submitted in electronic spreadsheet format will be considered to have been properly submitted unless the Claims Administrator issues to the Claimant a written acknowledgment of receipt and acceptance of electronically submitted data.

15. NOTICE REGARDING ONLINE FILING: Claimants who are not Representative Filers may submit their claims online using the electronic version of the Proof of Claim and Release Form hosted at www.PlaystudiosSecuritiesLitigation.com. If you are not acting as a Representative Filer, you do not need to contact the Claims Administrator prior to filing; you will receive an automated e-mail confirming receipt once your Proof of Claim and Release Form has been submitted. If you are unsure if you should submit your claim as a Representative Filer, please contact the Claims Administrator at info@PlaystudiosSecuritiesLitigation.com or 877-307-6170. If you are not a Representative Filer, but your claim contains a large number of transactions, the Claims Administrator may request that you also submit an electronic spreadsheet showing your transactions to accompany your Proof of Claim and Release Form.

**THIS PROOF OF CLAIM AND RELEASE FORM MUST BE POSTMARKED OR SUBMITTED NO LATER THAN SEPTEMBER 2, 2025 AND MUST BE MAILED TO:**

Playstudios Securities Litigation
c/o A.B. Data, Ltd.
P.O. Box 173029
Milwaukee, WI 53217
Tel: 877-307-6170
info@PlaystudiosSecuritiesLitigation.com

A Proof of Claim and Release Form received by the Claims Administrator shall be deemed to have been submitted when posted, if mailed by September 2, 2025 and if a postmark is indicated on the envelope and it is mailed first class and addressed in accordance with the above instructions. In all other cases, a Proof of Claim and Release Form shall be deemed to have been submitted when actually received by the Claims Administrator.

The Claims Administrator will acknowledge receipt of your Proof of Claim and Release Form by mail or e-mail within 45 days of receipt. Your claim is not deemed filed until you receive such an acknowledgment. If you do not receive an acknowledgment within 45 days, please contact the Claims Administrator by telephone toll-free at 877-307-6170 or by e-mail at info@PlaystudiosSecuritiesLitigation.com.

You should be aware that it will take a significant amount of time to process fully all of the Proof of Claim and Release Forms and to administer the Settlement. This work will be completed as promptly as time permits, given the need to investigate and tabulate each Proof of Claim and Release Form. Please notify the Claims Administrator of any change of address.

**REMINDER CHECKLIST**

o   Please be sure to sign this Proof of Claim and Release Form on page 6. If this Proof of Claim and Release Form is submitted on behalf of joint claimants, then each Claimant must sign.

o   Please remember to attach supporting documents. DO NOT send any stock certificates. Keep copies of everything you submit.

o   DO NOT use highlighter on the Proof of Claim and Release Form or any supporting documents.

o   Keep a copy of your Proof of Claim and Release and all supporting documentation for your records.

o   If you move or change your address, telephone number or e-mail address, please submit the new information to the Claims Administrator, as well as any other information that will assist us in contacting you. NOTE: Failure to submit updated information to the Claims Administrator may result in the Claims Administrator's inability to contact you regarding issues with your claim or deliver payment to you.

**Playstudios – 54947**
**935245635**

|||||||||| (barcode)

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
*PLAYSTUDIOS SECURITIES LITIGATION*

Case No. 2:22-cv-01159-RFB-NJB

**PROOF OF CLAIM AND RELEASE**
**Must Be Postmarked (if Mailed) or Received (if Filed Electronically)**
**No Later Than: September 2, 2025**
PLEASE TYPE OR PRINT

## I. CLAIMANT INFORMATION

AUG 22 2025

Beneficial Owner's Name *(as it appears on your brokerage statement)*

FELIPE Holdings, JJC

Joint Beneficial Owner's Name *(as it appears on your brokerage statement)*

Record Owner's Name *(if different from beneficial owner listed above)*

Last 4 digits of Social Security Number or Taxpayer Identification Number

██████████

Street Address

3060 S Cody Creek Dr

Street Address 2

| City | State/Province | ZIP Code |
|---|---|---|
| Jackson | WY | 83001 |

Foreign Postal Code *(if applicable)* | Foreign Country *(if applicable)*

| Telephone Number (Day) | Telephone Number (Evening) |
|---|---|
| 508 944 3656 | 508 944 2656 |

Email Address (email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim)

CFELIPE @ COX.NET

Questions? Please call (877) 307-6170 or visit www.PlaystudiosSecuritiesLitigation.com. Page 5 of 9

## II. SCHEDULE OF TRANSACTIONS IN ACIES AND PLAYSTUDIOS COMMON STOCK

**Beginning Holdings in Acies Common Stock:**

A. State the total number of shares of Acies common stock (ticker symbol ACAC) held at the close of trading on May 14, 2021 (*must be documented*). If none, write "zero" or "0."

25,000

**Purchases/Acquisitions of Acies Common Stock:**

B. Separately list each and every purchase or acquisition of Acies common stock (ticker symbol ACAC) between May 15, 2021 and June 21, 2021, both dates inclusive, and provide the following information (*must be documented*):[1]

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Purchased/Acquired | Price per Share | Total Cost (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  | 0 |

**Redeemed Acies Common Stock:**

C. State the total number of shares of Acies common stock (ticker symbol ACAC) for which you exercised your redemption rights between the close of trading on May 14, 2021 and the close of trading on June 21, 2021 (*must be documented*). If none, write "zero" or "0."

25,000

**Sales of Acies Common Stock:**

D. Separately list each and every sale of Acies common stock (ticker symbol ACAC) between May 15, 2021 and June 21, 2021, both dates inclusive, and provide the following information (*must be documented*):

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Price per Share | Amount Received (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  | 0 |
|  |  |  |  |

[1] In the following table, please include Acies common stock acquired through any of the following transactions: the exercise of a publicly traded option; the exercise of a publicly traded Acies warrant (ticker symbol ACACW); the separation of a publicly traded Acies unit (ticker symbol ACACU) into its component securities at the request of the unit holder.

**Acies Common Stock Converted Into Playstudios Common Stock In the Merger:**

E.   State the total number of shares of Acies common stock (ticker symbol ACAC) that were automatically converted, on a one-for-one basis, into shares of Playstudios common stock (ticker symbol MYPS) in the merger between Acies and Playstudios on or about June 21, 2021 (*must be documented*).[2] If none, write "zero" or "0."

> 25,000

**Purchases/Acquisitions of Playstudios Common Stock:**

F.   Separately list each and every purchase or acquisition of Playstudios common stock (ticker symbol MYPS) between June 22, 2021, and August 3, 2022, both dates inclusive, and provide the following information (*must be documented*):[3]

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Purchased/Acquired | Price per Share | Total Cost (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | 0 |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Sales of Playstudios Common Stock:**

G.   Separately list each and every sale of Playstudios common stock (ticker symbol MYPS) between June 22, 2021, and August 3, 2022, both dates inclusive, and provide the following information (*must be documented*):

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Price per Share | Amount Received (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
| 1/3/2021 | 25,000 | 5 | $124,494.38 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Ending Holdings in Playstudios Common Stock:**

H.   State the total number of shares of Playstudios common stock (ticker symbol MYPS) held at the close of trading on August 3, 2022 (*must be documented*). If none, write "zero" or "0."

> 0

**If additional space is needed, attach separate, numbered sheets, giving all required information, substantially in the same format, and print your name and Social Security or Taxpayer Identification number at the top of each sheet.**

---

[2] Please include Playstudios common stock acquired as a result of the automatic separation of Acies units (ticker symbol ACACU) into its component securities upon the consummation of the merger between Acies and Playstudios on or about June 21, 2021.

[3] In the following table, please include Playstudios common stock acquired through the exercise of a publicly traded option or Playstudios warrant (ticker symbol MYPSW).

## III. CERTIFICATION

I (We) submit this Proof of Claim and Release Form under the terms of the Stipulation described in the Notice. I (We) also submit to the jurisdiction of the United States District Court for the District of Nevada, with respect to my (our) claim as a Settlement Class Member(s) and for purposes of enforcing the release and covenant not to sue set forth herein. I (We) further acknowledge that I am (we are) bound by and subject to the terms of any judgment that may be entered in this Action. I (We) have not submitted any other claim covering the same purchases or sales of Playstudios common stock during the Class Period and know of no other Person having done so on my (our) behalf.

I (We) certify that I am (we are) NOT subject to backup withholding under the provisions of Section 3406 (a)(1)(c) of the Internal Revenue Code because: (a) I am (We are) exempt from backup withholding; or (b) I (We) have not been notified by the I.R.S. that I am (we are) subject to backup withholding as a result of a failure to report all interest or dividends; or (c) the I.R.S. has notified me (us) that I am (we are) no longer subject to backup withholding.

NOTE: If you have been notified by the I.R.S. that you are subject to backup withholding, please strike out the language that you are not subject to backup withholding in the certification above.

UNDER THE PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES, I (WE) CERTIFY THAT ALL OF THE INFORMATION I (WE) PROVIDED ON THIS PROOF OF CLAIM AND RELEASE FORM IS TRUE, CORRECT AND COMPLETE.

Signature of Claimant (If this claim is being made on behalf of Joint Claimants, then each must sign):

_____
(Signature)

_____
(Signature)

_____
(Capacity of person(s) signing, e.g. beneficial purchaser(s), executor, administrator, trustee, etc.)
    ☒ Check here if proof of authority to file is enclosed.
(See Item 2 under Claimant's Statement)

Date: ___8/19/25___

## PROOF OF CLAIM AND RELEASE FORM

**Deadline for Submission: September 2, 2025**

TERMS NOT DEFINED HEREIN HAVE THE SAME MEANING AS SET FORTH IN THE NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION ("NOTICE") THAT ACCOMPANIES THIS PROOF OF CLAIM AND RELEASE AND THE STIPULATION OF SETTLEMENT, DATED AS OF MARCH 5, 2025. (THE "STIPULATION").

IF YOU PURCHASED OR OTHERWISE ACQUIRED PLAYSTUDIOS, INC. ("PLAYSTUDIOS" OR THE "COMPANY") COMMON STOCK (INCLUDING BY WAY OF EXCHANGE OF PUBLICLY-LISTED ACIES SHARES) PURSUANT TO OR TRACEABLE TO THE PROXY/REGISTRATION STATEMENT FILED BY THE COMPANY WITH THE SEC ON FORM S-4 ON FEBRUARY 16, 2021, AND AMENDED ON FORMS S-4/A ON MARCH 26, 2021, MAY 10, 2021, MAY 18, 2021, AND MAY 20, 2021, AND THE BODY OF WHICH WAS INCORPORATED INTO THE FINAL PROSPECTUS ON FORM 424(B)(3) FILED ON MAY 25, 2021 (HEREAFTER THE "PROXY/REGISTRATION STATEMENT"); WERE SOLICITED TO APPROVE THE MERGER BETWEEN PLAYSTUDIOS AND ACIES ACQUSITION CORP. ("ACIES") AND EXCHANGED PUBLICLY LISTED ACIES SHARES FOR PLAYSTUDIOS CLASS A ORDINARY SHARES RATHER THAN REDEEMING THE SAME PURSUANT TO THE PROXY/REGISTRATION STATEMENT; OR PURCHASED OR OTHERWISE ACQUIRED PLAYSTUDIOS COMMON STOCK BETWEEN AUGUST 11, 2021 AND MAY 5, 2022, BOTH DATES INCLUSIVE (THE "10(b) CLASS PERIOD"); AND AS TO ANY OF THE FOREGOING WERE ALLEGEDLY DAMAGED THEREBY, YOU ARE A "SETTLEMENT CLASS MEMBER" AND YOU MAY BE ENTITLED TO SHARE IN THE SETTLEMENT PROCEEDS. (EXCLUDED FROM THE CLASS ARE DEFENDANTS AND THEIR IMMEDIATE FAMILIES, CURRENT AND FORMER DIRECTORS OR OFFICERS OF PLAYSTUDIOS OR ACIES; ANY ENTITY THAT HAS ENTERED INTO A STOCKHOLDER AGREEMENT OR CO-VENTURE AGREEMENT WITH PLAYSTUDIOS, OR WAS A PRIVATE INVESTMENT IN PUBLIC EQUITIES INVESTOR IN PLAYSTUDIOS; ANY ENTITY CONTROLLED, MAJORITY-OWNER OR WHOLLY OWNED, OR AFFILIATED WITH ANY OF THE ABOVE. (ALSO EXCLUDED FROM THE SETTLEMENT CLASS ARE THOSE PERSONS WHO FILE VALID AND TIMELY REQUESTS FOR EXCLUSION IN ACCORDANCE WITH THE COURT'S ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT.)

IF YOU ARE A SETTLEMENT CLASS MEMBER, YOU MUST COMPLETE AND SUBMIT THIS PROOF OF CLAIM AND RELEASE FORM ("PROOF OF CLAIM AND RELEASE FORM") IN ORDER TO BE ELIGIBLE FOR ANY SETTLEMENT BENEFITS. YOU CAN COMPLETE AND SUBMIT THE ELECTRONIC VERSION OF THIS PROOF OF CLAIM AND RELEASE FORM BY 11:59 P.M. EST ON **SEPTEMBER 2, 2025** AT www.PlaystudiosSecuritiesLitigation.com.

IF YOU DO NOT COMPLETE AND SUBMIT AN ELECTRONIC VERSION OF THIS PROOF OF CLAIM AND RELEASE FORM, YOU MUST COMPLETE AND SIGN THIS PROOF OF CLAIM AND RELEASE FORM AND MAIL IT BY FIRST CLASS MAIL, POSTMARKED NO LATER THAN SEPTEMBER 2, 2025 TO A.B. DATA, LTD., THE CLAIMS ADMINISTRATOR, AT THE FOLLOWING ADDRESS:

*Playstudios Securities Litigation*
c/o A.B. Data, Ltd.
P.O. Box 173029
Milwaukee, WI 53217
Tel.: 877-307-6170
info@PlaystudiosSecuritiesLitigation.com

YOUR FAILURE TO SUBMIT YOUR CLAIM BY SEPTEMBER 2, 2025 WILL SUBJECT YOUR CLAIM TO REJECTION AND PRECLUDE YOU FROM RECEIVING ANY MONEY IN CONNECTION WITH THE SETTLEMENT OF THIS ACTION. DO NOT MAIL OR DELIVER YOUR CLAIM TO THE COURT OR TO ANY OF THE PARTIES OR THEIR COUNSEL, AS ANY SUCH CLAIM WILL BE DEEMED NOT TO HAVE BEEN SUBMITTED. SUBMIT YOUR CLAIM ONLY TO THE CLAIMS ADMINISTRATOR. IF YOU ARE A SETTLEMENT CLASS MEMBER AND DO NOT SUBMIT A PROPER PROOF OF CLAIM AND RELEASE FORM, YOU WILL NOT

SHARE IN THE SETTLEMENT BUT YOU NEVERTHELESS WILL BE BOUND BY THE ORDER AND FINAL JUDGMENT OF THE COURT UNLESS YOU EXCLUDE YOURSELF.

SUBMISSION OF A PROOF OF CLAIM DOES NOT ASSURE THAT YOU WILL SHARE IN THE PROCEEDS OF THE SETTLEMENT.

## CLAIMANT'S STATEMENT

1. I (we) purchased PLAYSTUDIOS, Inc. ("Playstudios") common stock during the Class Period; purchased or otherwise acquired Playstudios common stock pursuant to or traceable to the Proxy/Registration Statement; or was (were) solicited to approve the merger between Playstudios and Acies and exchanged publicly listed Acies shares for Playstudios common stock rather than redeeming the same pursuant to the Proxy/Registration statement; or purchased or otherwise acquired Playstudios common stock between August 11, 2021 and May 5, 2022; and as to any of the foregoing was (were) allegedly damaged thereby. (Do not submit this Proof of Claim and Release Form if you (a) did not purchase Playstudios common stock between August 11, 2021 and May 5, 2022, (b) did not purchase or otherwise acquire Playstudios common stock pursuant to or traceable to the Proxy/Registration statement, or (c) did not exchange publicly listed Acies shares for Playstudios common stock rather than redeeming the same pursuant to the Proxy/Registration Statement.)

2. By submitting this Proof of Claim and Release Form, I (we) state that I (we) believe in good faith that I am (we are) a Settlement Class Member(s) as defined above and in the Notice of Pendency and Proposed Settlement of Class Action (the "Notice"), or am (are) acting for such person(s); that I am (we are) not a Defendant in the Action or anyone excluded from the Settlement Class; that I (we) have read and understand the Notice; that I (we) believe that I am (we are) entitled to receive a share of the Net Settlement Fund, as defined in the Notice; that I (we) elect to participate in the proposed Settlement described in the Notice; and that I (we) have not filed a request for exclusion. (If you are acting in a representative capacity on behalf of a Settlement Class Member [e.g., as an executor, administrator, trustee, or other representative], you must submit evidence of your current authority to act on behalf of that Settlement Class Member. Such evidence would include, for example, letters testamentary, letters of administration, or a copy of the trust documents.)

3. I (we) consent to the jurisdiction of the Court with respect to all questions concerning the validity of this Proof of Claim and Release Form. I (we) understand and agree that my (our) claim may be subject to investigation and discovery under the Federal Rules of Civil Procedure, provided that such investigation and discovery shall be limited to my (our) status as a Settlement Class Member(s) and the validity and amount of my (our) claim. No discovery shall be allowed on the merits of the Action or Settlement in connection with processing of the Proof of Claim and Release Form.

4. I (we) have set forth where requested below all relevant information with respect to each purchase of Playstudios, and each sale, if any, of such common stock. I (we) agree to furnish additional information to the Claims Administrator to support this claim if requested to do so.

5. I (we) have enclosed photocopies of the stockbroker's confirmation slips, stockbroker's statements, or other documents evidencing each purchase and sale of Playstudios listed below in support of my (our) claim. (IF ANY SUCH DOCUMENTS ARE NOT IN YOUR POSSESSION, PLEASE OBTAIN A COPY OR EQUIVALENT DOCUMENTS FROM YOUR BROKER OR TAX ADVISOR BECAUSE THESE DOCUMENTS ARE NECESSARY TO PROVE AND PROCESS YOUR CLAIM.)

6. I (we) understand that the information contained in this Proof of Claim and Release Form is subject to such verification as the Claims Administrator may request or as the Court may direct, and I (we) agree to cooperate in any such verification. (The information requested herein is designed to provide the minimum amount of information necessary to process most simple claims. The Claims Administrator may request additional information as required to efficiently and reliably calculate your Recognized Loss. In some cases, the Claims Administrator may condition acceptance of the claim based upon the production of additional information).

7. Upon the occurrence of the Court's approval of the Settlement, as detailed in the Notice, I (we) agree and acknowledge that my (our) signature(s) hereto shall effect and constitute a full and complete release, remise and discharge by me (us)

and my (our) heirs, representatives, affiliates, trustees, joint tenants, tenants in common, beneficiaries, executors, administrators, predecessors, successors, attorneys, insurers and assigns (or, if I am (we are) submitting this Proof of Claim and Release Form on behalf of a corporation, a partnership, estate or one or more other persons, by it, him, her or them, and by its, his, her or their heirs, executors, administrators, predecessors, successors, and assigns) of each of the "Released Parties" of all "Released Claims," as those terms are defined below.

8.  Upon the occurrence of the Court's approval of the Settlement, as detailed in the Notice, I (we) agree and acknowledge that my (our) signature(s) hereto shall effect and constitute a covenant by me (us) and my (our) heirs, representatives, affiliates, trustees, joint tenants, tenants in common, beneficiaries, executors, administrators, predecessors, successors, attorneys, insurers and assigns (or, if I am (we are) submitting this Proof of Claim and Release Form on behalf of a corporation, a partnership, estate or one or more other persons, by it, him, her or them, and by its, his, her or their heirs, executors, administrators, predecessors, successors, and assigns) to permanently refrain from prosecuting or attempting to prosecute any Released Claims against any of the Released Parties.

9.  I (We) hereby warrant and represent that I (we) have not assigned or transferred or purported to assign or transfer, voluntarily or involuntarily, any matter released pursuant to this release or any other part or portion thereof.

10. "Released Parties" means (i) each Defendant; (ii) the immediate family members of the Individual Defendants; (iii) direct or indirect parent entities, direct and indirect subsidiaries, related entities, and affiliates of Playstudios or Acies; (iv) any trust of which any Individual Defendant is the settlor or which is for the benefit of any Individual Defendant and/or his or her immediate family members; (v) for any of the persons or entities listed in parts (i) through (iv), as applicable, their respective past, present, and future general partners, limited partners, principals, shareholders, joint venturers, officers, directors, managers, managing directors, supervisors, employees, contractors, consultants, experts, auditors, accountants, financial advisors, insurers, reinsurers, indemnitors, trustees, trustors, agents, attorneys, predecessors, successors, assigns, heirs, executors, administrators, estates, and any controlling person thereof; and (vi) any entity in which a Defendant has a controlling interest; all in their capacities as such.

11. "Released Claims" means all claims, actions, causes of action, demands, losses, rights, duties, obligations, debts, sums of money, suits, contracts, agreements, judgments, matters, issues, promises, damages and liabilities of every nature and description, whether known claims or Unknown Claims, contingent or absolute, mature or not mature, liquidated or unliquidated, accrued or not accrued, concealed or hidden, regardless of legal or equitable theory, and whether direct, class, or individual in nature, whether arising under federal, state, common or foreign law, that Plaintiffs, any other Settlement Class Member, or any other Releasing Plaintiffs' Party: (i) asserted in the Action; (ii) could have asserted in the Action, or in the future can or might assert in the Action, or in any forum, that arise out of, are based upon, or relate to any of the allegations, transactions, facts, matters or occurrences, representations, statements or omissions involved, set forth, or referred to in the Action, including any previous complaint in the Action; or (iii) that relate to the purchase, or other acquisition of PLAYSTUDIOS' publicly traded securities, including by way of exchange in PLAYSTUDIOS' merger with Acies, or the solicitation to approve the merger and to retain rather than redeem Acies shares pursuant to the Proxy/Registration Statement. Released Claims shall not include (i) any claims relating to the enforcement of the settlement; and (ii) any claims of any person or entity who or which submits a request for exclusion from the Settlement Class that is accepted by the Court. Released Claims include Unknown Claims (as defined below), notwithstanding California Civil Code § 1542 or any other similar provision of law.

12. "Unknown Claims" means any and all Released Claims that any Plaintiff or any Settlement Class Member does not know or suspect to exist in his, her, or its favor at the time of the release of the released persons, which if known by him, her or it might have affected his, her or its settlement with and release of the Released Parties or might have affected his, her or its decision not to object to the Settlement or not to exclude himself, herself or itself from the Settlement Class. With respect to any and all Released Claims, Plaintiffs and every member of the Settlement Class expressly waive, and by operation of the final judgment shall be deemed to have waived, to the fullest extent permitted by law, any and all provisions, rights and benefits conferred by California Civil Code § 1542 (to the extent applicable), and any law of any state or territory of the United States, or principle of common law, or the law of any foreign jurisdiction, that is similar, comparable or equivalent to California Civil Code § 1542, which provides:

**A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.**

Plaintiffs and Settlement Class Members may hereafter discover facts in addition to or different from those which he, she or it now knows or believes to be true with respect to the subject matter of the Released Claims, but Plaintiffs shall expressly settle and release and each Settlement Class Member, upon the Effective Date, shall be deemed to have, and by operation of the Judgment shall have, fully, finally, and forever settled and released any and all Released Claims, known or unknown, suspected or unsuspected, contingent or non-contingent, disclosed or undisclosed, matured or unmatured, whether or not concealed or hidden, which now exist, or heretofore have existed, upon any theory of law or equity now existing or coming into existence in the future, including, but not limited to, conduct which is negligent, intentional, with or without malice, or a breach of any duty, law or rule, without regard to the subsequent discovery or existence of such different or additional facts.

13. I (We) acknowledge that the inclusion of "Unknown Claims" in the definition of claims released pursuant to the Stipulation was separately bargained for and is a material element of the Settlement of which this release is a part.

14. NOTICE REGARDING INSTITUTIONAL FILERS: Representatives with authority to file on behalf of (a) accounts of multiple Settlement Class Members and/or (b) institutional accounts with large numbers of transactions ("Representative Filers") must submit information regarding their transactions in an electronic spreadsheet format. If you are a Representative Filer, you must contact the Claims Administrator at 877-307-6170 or visit their website at www.PlaystudiosSecuritiesLitigation.com to obtain the required file layout. Claims which are not submitted in electronic spreadsheet format and in accordance with the Claims Administrator's instructions may be subject to rejection. All Representative Filers MUST also submit a manually signed Proof of Claim and Release Form, as well as proof of authority to file (see Item 2 of the Claimant's Statement), along with the electronic spreadsheet format. No claims submitted in electronic spreadsheet format will be considered to have been properly submitted unless the Claims Administrator issues to the Claimant a written acknowledgment of receipt and acceptance of electronically submitted data.

15. NOTICE REGARDING ONLINE FILING: Claimants who are not Representative Filers may submit their claims online using the electronic version of the Proof of Claim and Release Form hosted at www.PlaystudiosSecuritiesLitigation.com. If you are not acting as a Representative Filer, you do not need to contact the Claims Administrator prior to filing; you will receive an automated e-mail confirming receipt once your Proof of Claim and Release Form has been submitted. If you are unsure if you should submit your claim as a Representative Filer, please contact the Claims Administrator at info@PlaystudiosSecuritiesLitigation.com or 877-307-6170. If you are not a Representative Filer, but your claim contains a large number of transactions, the Claims Administrator may request that you also submit an electronic spreadsheet showing your transactions to accompany your Proof of Claim and Release Form.

**THIS PROOF OF CLAIM AND RELEASE FORM MUST BE POSTMARKED OR SUBMITTED NO LATER THAN SEPTEMBER 2, 2025 AND MUST BE MAILED TO:**

Playstudios Securities Litigation
c/o A.B. Data, Ltd.
P.O. Box 173029
Milwaukee, WI 53217
Tel: 877-307-6170
info@PlaystudiosSecuritiesLitigation.com

A Proof of Claim and Release Form received by the Claims Administrator shall be deemed to have been submitted when posted, if mailed by September 2, 2025 and if a postmark is indicated on the envelope and it is mailed first class and addressed in accordance with the above instructions. In all other cases, a Proof of Claim and Release Form shall be deemed to have been submitted when actually received by the Claims Administrator.

The Claims Administrator will acknowledge receipt of your Proof of Claim and Release Form by mail or e-mail within 45 days of receipt. Your claim is not deemed filed until you receive such an acknowledgment. If you do not receive an acknowledgment within 45 days, please contact the Claims Administrator by telephone toll-free at 877-307-6170 or by e-mail at info@PlaystudiosSecuritiesLitigation.com.

You should be aware that it will take a significant amount of time to process fully all of the Proof of Claim and Release Forms and to administer the Settlement. This work will be completed as promptly as time permits, given the need to investigate and tabulate each Proof of Claim and Release Form. Please notify the Claims Administrator of any change of address.

## REMINDER CHECKLIST

o   Please be sure to sign this Proof of Claim and Release Form on page 6. If this Proof of Claim and Release Form is submitted on behalf of joint claimants, then each Claimant must sign.

o   Please remember to attach supporting documents. DO NOT send any stock certificates. Keep copies of everything you submit.

o   DO NOT use highlighter on the Proof of Claim and Release Form or any supporting documents.

o   Keep a copy of your Proof of Claim and Release and all supporting documentation for your records.

o   If you move or change your address, telephone number or e-mail address, please submit the new information to the Claims Administrator, as well as any other information that will assist us in contacting you. NOTE: Failure to submit updated information to the Claims Administrator may result in the Claims Administrator's inability to contact you regarding issues with your claim or deliver payment to you.