1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

7
8
Case #2:22-CV-01159-RFB-(NJK

9
CHRISTIAN A. FELIPE;

10
Plaintiff(s),

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

11
vs.

12
PLAYSTUDIOS, INC., et al

13
14
Defendant(s).

FILING FEE IS $250.00

15
16
_____Kevin D. Gamarnik_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

17
18
1.    That Petitioner is an attorney at law and a member of the law firm of

FOLEY BEZEK BEHLE & CURTIS, LLP

19
(firm name)

20
with offices at _____15 West Carrillo Street_____,
(street address)

21
22
_____Santa Barbara_____, _____California_____, _____93101_____,
(city)                         (state)              (zip code)

23
_____(805) 962-6465_____, _____kgamarnik@foleybezek.com_____.
(area code + telephone number)        (Email address)

24
25
2.    That Petitioner has been retained personally or as a member of the law firm by

FOLEY BEZEK BEHLE & CURTIS, LLP

26
[client(s)]

to provide legal representation in connection with

27
the above-entitled case now pending before this Court.

28

Rev. 5/16

3.      That since _____12/06/2010_____, Petitioner has been and presently is a
                                  (date)
member in good standing of the bar of the highest Court of the State of _____California_____
                                                                                            (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.      That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| The State Bar of California | 12/06/2010 | 273445 |
| Southern District of California | 03/31/2015 | 273445 |
| Central District of California | 12/14/2010 | 273445 |
| Eastern District of California | 05/30/2017 | 273445 |
|  |  |  |
|  |  |  |
|  |  |  |

5.      That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

None.

Rev. 5/16

6.     That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

> None.

7.     That Petitioner is a member of good standing in the following Bar Associations.

> The State Bar of California

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____ California _____ )
                                )
COUNTY OF _____ Orange _____ )

_____ Kevin D. Gamarnik _____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_____ day of _____, _____.

_____
Notary Public or Clerk of Court

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

believes it to be in the best interests of the client(s) to designate _____ Steven J. Parsons _____,
                                                                        (name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the

above-entitled Court as associate resident counsel in this action. The address and email address of

said designated Nevada counsel is:

_____ 10091 Park Run Dr Ste 200 _____,
                              (street address)

_____ Las Vegas _____, _____ Nevada _____, _89145-8868_,
        (city)                    (state)              (zip code)

_(702) 384-9900_, _steve@sjplawyer.com_.
(area code + telephone number)    (Email address)

4                                                    Rev. 5/16

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**                    **CIVIL CODE § 1189**

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the
> document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California                                     )
County of _Orange_                                     )
On _9/26/25_ _____ before me, __Raitt Finnegan, Notary Public__
  Date                                        *Here Insert Name and Title of the Officer*
personally appeared __Ferin Damarnik__ _____
                                        *Name(s) of Signer(s)*

_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s),
or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws
of the State of California that the foregoing paragraph
is true and correct.

WITNESS my hand and official seal.

RAITT FINNEGAN
Notary Public - California
Orange County
Commission # 2412459
My Comm. Expires Aug 9, 2026

Signature _____
                *Signature of Notary Public*

*Place Notary Seal Above*

———————————— **OPTIONAL** ————————————
*Though this section is optional, completing this information can deter alteration of the document or*
*fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _____  Document Date: _____
Number of Pages: _____  Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____         Signer's Name: _____
☐ Corporate Officer — Title(s): _____      ☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited  ☐ General              ☐ Partner — ☐ Limited  ☐ General
☐ Individual        ☐ Attorney in Fact          ☐ Individual        ☐ Attorney in Fact
☐ Trustee        ☐ Guardian or Conservator      ☐ Trustee        ☐ Guardian or Conservator
☐ Other: _____                ☐ Other: _____
Signer Is Representing: _____        Signer Is Representing: _____

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5907

1    By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2    agreement and authorization for the designated resident admitted counsel to sign stipulations

3    binding on all of us.

4

5                **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7        The undersigned party(ies) appoint(s) _____ Steven J. Parsons _____ as

                                               (name of local counsel)

8    his/her/their Designated Resident Nevada Counsel in this case.

9

10                       _____

                       (party's signature)

11                       Partner, Foley Bezek Behle & Curtis, LLP

12                       (type or print party name, title)

13                       _____

                       (party's signature)

14

15                       _____

                       (type or print party name, title)

16

17                           **CONSENT OF DESIGNEE**

       The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

18

19

20                       _____

                       Designated Resident Nevada Counsel's signature

21                       363                  steve@sjplawyer.com

                       Bar number                  Email address

22

23

24    APPROVED:

25    Dated: this ___3___ day of ___October___, 20 _25_ .

26

    _____

27    UNITED STATES DISTRICT JUDGE

28                             5

                                                              Rev. 5/16

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

**ISSUE DATE:** 9/17/2025

**LICENSEE NAME:** Kevin David Gamarnik

**LICENSEE BAR NUMBER:** 273445

**LICENSEE STATUS:** Active

**ADMIT DATE:** 12/6/2010

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of Kevin David Gamarnik's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record

*NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)*