ROBERT A. CURTIS, SBN 203870
rcurtis@foleybezek.com
KEVIN D. GAMARNIK, SBN 274335
kgamarnik@foleybezek.com'
AARON L. ARNDT, SBN 290748
aarndt@foleybezek.com
JORDAN A. LIEBMAN, SBN 317930
liebman@foleybezek.com
FOLEY BEZEK BEHLE
& CURTIS, LLP
15 West Carrillo Street
Santa Barbara CA 93101
Telephone: (805) 962-9495
Facsimile: (805) 962-0722

*Attorneys for Movant*
**FOLEY BEZEK BEHLE AND CURTIS, LLP**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTIAN A. FELIPE;<br><br>            Plaintiff,<br><br>vs.<br><br>PLAYSTUDIOS, INC., et al.<br><br>            Defendants. | Case No:   2:20-CV-02303-RFB-DJA<br><br>**SUPPLEMENTAL DECLARATION OF KEVIN D. GAMARNIK IN SUPPORT OF FOLEY BEZEK BEHLE AND CURTIS, LLP'S MOTION FOR AN AWARD OF ATTORNEYS' FEES** |

I, Kevin D. Gamarnik, hereby declare as follows:

1.      I am an attorney licensed to practice law in the State of California and a partner at the law firm of Foley Bezek Behle & Curtis, LLP ("FBBC"), counsel for Christian Felipe, the original Plaintiff who filed the complaint in this action in the Northern District of California. I have personal knowledge of the facts set forth in this Declaration, except as those matters set forth on information and belief, and as to those matters, I believe them to be true.

2.      Attached as Exhibit C to my original declaration is a true and correct copy of

1

**SUPPLEMENTAL DECLARATION OF KEVIN D. GAMARNIK**

FBBC's billing records from March 10, 2025, to April 9, 2025, reflecting fees incurred before the Court appointed a lead plaintiff. I have reviewed the entries in Exhibit C, and the fees charged are reasonable. The value of FBBC's work is underscored by the fact that it took a complex and hidden fraud and made it appear simple. This required a deep analysis of public records to piece together a coherent theory of liability where none was apparent.  Notably, Lead Counsel has not disputed the reasonableness of FBBC's lodestar. Instead, their opposition focuses primarily on the threshold issue of whether FBBC's work conferred any independent benefit to the class. While they argue the entire fee request is unreasonable on that basis, they present no alternative argument challenging the reasonableness of FBBC's specific hourly rates or the time its attorneys invested.

3.    In preparing the Reply brief I expended a total of 27.4 hours. This time was spent on tasks including, but not limited to: (1) a thorough review and analysis of Lead Counsel's opposition and supporting exhibits; (2) legal research into the Ninth Circuit's application of the excusable neglect standard and the *Cendant* test for non-lead counsel compensation; (3) drafting the 12-page reply brief, including detailed rebuttals to each of Lead Counsel's primary arguments; and (4) revising, editing, and finalizing the brief for filing. This total does not include any time spent by my associate, staff, or Mr. Steven Parsons on the Fees Motion and Reply.

4.    My original declaration was intended to include the entire email chain with Lead Counsel from March 10, 2025, to April 4, 2025, as Exhibit B. However, I inadvertently provided an incomplete version for filing, which omitted Lead Counsel's email of April 4, 2025.

5.    Attached hereto as **Exhibit D** is a true and correct copy of a screenshot of the webpage at https://playstudiossecuritieslitigation.com/court-documents/. That page states that "This official website is maintained by the Claims Administrator under the supervision of Lead Counsel for the members of the Settlement Class in the Felipe v. Playstudios, Inc., No. 2:22-cv-01159 (D. Nev.), which is pending in the United States District Court for the District of Nevada." On that page, there is a hyperlink to "Class Action Complaint for Violations of the Federal Securities Laws".

**SUPPLEMENTAL DECLARATION OF KEVIN D. GAMARNIK**

6.      When one clicks on the hyperlink to "Class Action Complaint for Violations of the Federal Securities Laws", the user is directed to the following webpage: https://playstudiossecuritieslitigation.com/media/1lahxm5g/1_class-action-complaint-for-violations-of-the-federal-securities-laws.pdf.  At that webpage is the Original Complaint filed in this action, with FBBC identified on the caption page. A true and correct copy of a screenshot of that page is attached hereto as **Exhibit E.**

7.      Attached as **Exhibit F** is a true and correct copy of excerpts—the first page and the final three pages, with substantive portions redacted—from the 216-page event study prepared by Mr. Marek on or about March 4, 2022. The full document is being withheld on the grounds of attorney work-product privilege. These excerpts are provided to show the study's length and the timeframe it covers, from October 2, 2020, to March 2, 2022.

I declare under penalty of perjury under the laws of the State of California, Nevada, and the United States of America that the foregoing is true and correct.

Executed on October 7, 2025, at Orange County, California.

__/s/ Kevin D. Gamarnik_____
Kevin D. Gamarnik

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2025, I electronically filed the foregoing **SUPPLEMENTAL DECLARATION OF KEVIN D. GAMARNIK IN SUPPORT OF FOLEY BEZEK BEHLE AND CURTIS, LLP'S MOTION FOR AN AWARD OF ATTORNEYS' FEES** with the Clerk of Court using the CM/ECF system, which will send notification of such to all CM/ECF participants.

.

/s/ Candice S. Ruiz_____
An employee of LAW OFFICES OF STEVEN J. PARSONS

SUPPLEMENTAL DECLARATION OF KEVIN D. GAMARNIK

# EXHIBIT "D"

# EXHIBIT "D"

Playstudios Securities Litigation                                                     877-307-6170

**Home** | **Notice** | **Claim Form** | **File Online Claim Form** | **Court Documents** | **Institutional Electronic Filing** | **Contact Us**

This official website is maintained by the Claims Administrator under the supervision of Lead Counsel for the members of the Settlement Class in the *Felipe v. Playstudios, Inc.*, No. 2:22-cv-01159 (D. Nev.), which is pending in the United States District Court for the District of Nevada.

# Court Documents

Below are links to certain Court documents relating to this Settlement.

📄 [Class Action Complaint for Violations of the Federal Securities Laws](#)

📄 [Stipulation and Agreement of Settlement](#)

📄 [Order Granting Preliminary Approval of Class Action Settlement, Approving Form and Manner of Notice, and Setting Date for Hearing on Final Approval of Settlement](#)

📄 [Memorandum of Points and Authorities in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation](#)

📄 [Memorandum of Points and Authorities in Support of Plaintiffs' Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Award to Plaintiffs](#)

📄 [Declaration of Omar Jafri in Support of Plaintiffs': (1) Unopposed Motion for Final Approval of Proposed Class Action Settlement and Plan of Allocation; and (2) Motion for Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Award to Plaintiffs](#)

Note: These documents are in PDF format. To view the documents, you will need **Adobe Acrobat Reader** on your computer or other internet-enabled device.





By providing your information, either on paper, electronically or through a website, you consent to us storing and using your information for case administration purposes only. Our site uses tracking technologies to tailor your experience and understand how you and other visitors use our site. By continuing to navigate this site you consent to use of these tracking technologies. For more information on how we use your personal data, please read our [Privacy Policy](#).

# EXHIBIT "E"

# EXHIBIT "E"

MARC M. SELTZER, SBN 54534
mseltzer@susmangodfrey.com
KRYSTA KAUBLE PACHMAN, SBN 280951
kpachman@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

ROBERT A. CURTIS, SBN 203870
rcurtis@foleybezek.com
KEVIN D. GAMARNIK, SBN 274335
kgamarnik@foleybezek.com'
AARON L. ARNDT, SBN 290748
aarndt@foleybezek.com
JORDAN A. LIEBMAN, SBN 317930
liebman@foleybezek.com
FOLEY BEZEK BEHLE
 & CURTIS, LLP
15 West Carrillo Street
Santa Barbara CA 93101
Telephone: (805) 962-9495
Facsimile: (805) 962-0722

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN A. FELIPE, individually as administrator of the CHRISTIAN A. FELIPE CONTRIBUTORY IRA, and on Behalf of Similarly Situated Persons,<br><br>                     Plaintiff,<br><br>v.<br><br>PLAYSTUDIOS, INC., a Delaware corporation; ANDREW PASCAL, an individual; and DOES 1 through 100, inclusive,<br><br>                     Defendants. | Case No.:<br><br>CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS<br><br>DEMAND FOR JURY TRIAL |

1

CLASS ACTION COMPLAINT

10498453v1/017461

# EXHIBIT "F"

# EXHIBIT "F"

**PLAYSTUDIOS, Inc. (f/k/a Acies Acquisition Corp.) Securities Litigation**

**9. Chronology and Summary of Preliminary Event Study Statistics**

| Date | Reported Volume | Closing Price | Actual Return (LN) | Actual $ Change | Daily % Residual | Daily $ Residual | Daily % Confidence | Time Stamp | Event |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 10/02/2020 | EDGAR Filing: Form S-1; Filer: PLAYSTUDIOS, INC.(ACIES ACQUISITION CORP.) ; Accepted: 10/02/2020; Received: 10/05/2020 |

Event Chronology: Page 1 of 216

**PLAYSTUDIOS, Inc. (f/k/a Acies Acquisition Corp.) Securities Litigation**

9.  **Chronology and Summary of Preliminary Event Study Statistics**

| Date | Reported Volume | Closing Price | Actual Return (LN) | Actual $ Change | Daily % Residual | Daily $ Residual | Daily % Confidence | Time Stamp | Event |
|------|-----------------|---------------|--------------------|-----------------|------------------|------------------|--------------------|-----------|-------|
| 3/2/2022 | █████ | ███ | ████ | ███ | █████ | ███ ) | 5.20% | **3/2/22 2:00 AM** | **Wire: Business Wire (BUS)** |



**PLAYSTUDIOS, Inc. (f/k/a Acies Acquisition Corp.) Securities Litigation**

9.  **Chronology and Summary of Preliminary Event Study Statistics**

| Date | Reported Volume | Closing Price | Actual Return (LN) | Actual $ Change | Daily % Residual | Daily $ Residual | Daily % Confidence | Time Stamp | Event |
|------|----------------|---------------|--------------------|-----------------|------------------|------------------|--------------------|-----------|-------|



GMT

Copyright (c) 2022

**3/2/22 9:30 AM**

PLAYSTUDIOS, Inc. (f/k/a Acies Acquisition Corp.) Securities Litigation

**9. Chronology and Summary of Preliminary Event Study Statistics**

| Date | Reported Volume | Closing Price | Actual Return (LN) | Actual $ Change | Daily % Residual | Daily $ Residual | Daily % Confidence | Time Stamp | Event |
|---|---|---|---|---|---|---|---|---|---|

**Market Model Description**

**Control Period: Trailing 30-Day Period**
Trading Dates Included with "Dummy" Variables



**Independent Variables (daily logarithmic returns):**

Equity Market Index:
Industry Index:                                                                Index

**Index Composition @ 01/26/2022**

| Ticker Symbol | Name | Weight |
|---|---|---|
| | Inc | 6.15% |
| | Inc | 0.26% |
| | Inc | 1.65% |
| | Ltd | 3.89% |
| | SCorp | 0.95% |
| | Inc | 0.69% |
| | Co Ltd | 1.30% |
| | Holdings Ltd | 0.75% |
| | Inc | 6.55% |
| | B | 3.89% |
| | s Inc | 0.20% |
| | Ltd | 0.36% |
| | | 0.22% |
| | | 0.23% |
| | Inc | 1.02% |
| | | 0.56% |
| | | 0.48% |
| | | 0.32% |
| | Corp | 1.72% |
| | PLC | 2.43% |
| | Inc | 0.23% |
| | Corp | 5.03% |
| | | 3.41% |
| | | 0.35% |



**PLAYSTUDIOS, Inc. (f/k/a Acies Acquisition Corp.) Securities Litigation**

9.  **Chronology and Summary of Preliminary Event Study Statistics**

| Date | Reported Volume | Closing Price | Actual Return (LN) | Actual $ Change | Daily % Residual | Daily $ Residual | Daily % Confidence | Time Stamp | Event |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 6.21% | | |
| | | | | | | | 2.10% | | |
| | | | | | | | 4.67% | | |
| | | | | td | | | 0.45% | | |
| | | | Co Ltd | | | | 6.19% | | |
| | | | | | | | 9.25% | | |
| | | | | Corp | | | 2.34% | | |
| | | | | | | | 3.91% | | |
| | | | | s Co Ltd | | | 4.16% | | |
| | | | | | | | 1.49% | | |
| | | | | | Inc | | 4.98% | | |
| | | | | | | | 0.31% | | |
| | | | | | | | 4.38% | | |
| | | | | | | | 0.33% | | |
| | | | | | | | 2.03% | | |
| | | | | | | | 4.55% | | |
| | **Total** | | | | | | **100.00%** | | |

Event Chronology: Page 216 of 216