**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTIAN A. FELIPE, | Case No: 2:22-CV-01159-RFB-NJK |
| *Plaintiff*, | |
| v. | HON. RICHARD F. BOULWARE II |
| PLAYSTUDIOS, INC., *et al.*, | **DECLARATION OF ANDREW R. MUEHLBAUER IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR (I) UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION, AND (II) MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND AWARD TO PLAINTIFFS** |
| *Defendants*. | |

I, Andrew R. Muehlbauer, hereby declare as follows:

1.     I, Andrew R. Muehlbauer, am an attorney licensed to practice in the State of Nevada and am admitted in this Action. I am a partner in the firm of Muehlbauer Law Office, Ltd., Liaison Counsel in the above-captioned litigation, and have represented Lead Plaintiffs The Phoenix Insurance Company Ltd. and The Phoenix Provident Pension Fund (collectively, "Plaintiffs") throughout this litigation. I submit this declaration in support of Plaintiffs' Reply in Support of Their (I) Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation, and (II) Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Award to Plaintiffs.

2.     Attached hereto as exhibits 1-2 are true and accurate copies of the following:

Exhibit 1:    Supplemental Declaration of Rochelle J. Teichmiller Regarding: (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections.

Exhibit 2:    [Proposed] Order and Final Judgement.

I declare that the foregoing is true and correct.

Executed on October 7, 2025, Las Vegas, Nevada

/s/ *Andrew R. Muehlbauer*
Andrew R. Muehlbauer

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on October 7, 2025, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such public filing to all counsel registered to receive such notice.

/s/ *Andrew R. Muehlbauer*
Andrew R. Muehlbauer

2