# EXHIBIT 1

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTIAN A. FELIPE,<br><br>      Plaintiff,<br><br> vs.<br><br>PLAYSTUDIOS, INC., *et al.*,<br><br>      Defendants. | Case No. 2:22-cv-01159-RFB-NJK<br><br>Hon. Richard F. Boulware<br><br>**SUPPLEMENTAL DECLARATION OF ROCHELLE J. TEICHMILLER REGARDING: (A) MAILING OF THE POSTCARD NOTICE; (B) PUBLICATION OF THE SUMMARY NOTICE; AND (C) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS** |

I, Rochelle J. Teichmiller, declare as follows:

1. I am a Project Manager of A.B. Data, Ltd.'s Class Action Administration Division ("A.B. Data"),[1] whose Corporate Office is located in Milwaukee, Wisconsin. Pursuant to the Court's June 27, 2025, Order (the "Preliminary Approval Order") (ECF No. 170), A.B. Data was appointed as Claims Administrator in connection with the Settlement in the above-captioned action (the "Action"). I am over 21 years of age and am not a party to this Action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. I submit this Declaration pursuant to the Court's Preliminary Approval Order, and as a supplement to my earlier declaration, the Declaration of Rochelle J. Teichmiller Regarding: (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Objections and Requests for Exclusions (the "Initial Mailing Declaration," ECF No. 173-1), dated September 15, 2025, attached as Exhibit 1 to the Declaration of Omar Jafri in Support of Plaintiffs': (1) Unopposed Motion for Final Approval of Proposed Class Action Settlement and Plan of Allocation; and (2) Motion for Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Award to Plaintiffs (the "Declaration of Omar Jafri," ECF No. 173).

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings set forth in the Stipulation and Agreement of Settlement filed March 6, 2025 ("Stipulation"). ECF No. 164-2.

## CONTINUED DISSEMINATION OF THE POSTCARD NOTICE

3.     As more fully stated in my Initial Mailing Declaration, as of September 12, 2025, A.B. Data had mailed a total of 15,398 copies of the Postcard Notice (the "Notice") to potential Settlement Class Members.

4.     Since that time, A.B. Data has received 703 additional notice requests from potential Settlement Class Members and nominees. Thus, as of the date of this Declaration, A.B. Data has disseminated a total of 16,053 Notices.

## PUBLICATION OF THE SUMMARY NOTICE

5.     As reported in the Initial Mailing Declaration, A.B. Data caused the Summary Notice to be transmitted once over *PR Newswire* on July 11, 2025.

## UPDATE ON THE TELEPHONE HOTLINE

6.     A.B. Data continues to maintain a case-specific, toll-free phone number, 877-307-6170, with an Interactive Voice Response system and live operators, to accommodate potential Settlement Class Members with questions about the Action and the Settlement. The automated attendant answers all calls initially and presents callers with a series of choices to respond to basic questions. If callers need further help, they have the option to be transferred to an operator during business hours. A.B. Data will update the interactive voice response system as necessary throughout the administration of the Settlement.

## UPDATE ON THE WEBSITE

7.     As reported in the Initial Mailing Declaration, A.B. Data designed, implemented, and currently maintains the Settlement Website, www.PlaystudiosSecuritiesLitigation.com. At the request of Lead Counsel, shortly after their filing with the Court, on September 16, 2025, A.B. Data posted downloadable copies of the following documents on the Settlement Website: (a) Memorandum of Points and Authorities in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation (ECF No. 171), (b) Memorandum of Points and Authorities in Support of Plaintiffs' Motion for an Award of Attorneys' Fees,

Reimbursement of Litigation Expenses, and Award to Plaintiffs (ECF No. 172), and (c) Declaration of Omar Jafri in Support of Plaintiffs': (1) Unopposed Motion for Final Approval of Proposed Class action Settlement and Plan of Allocation; and (2) Motion for Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Award to Plaintiffs (ECF No. 173).  The Settlement Website will continue to be updated with relevant case information and Court Documents.

## REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS

8.     The Postcard Notice and the Long-Form Notice informed potential Settlement Class Members that written requests for exclusion are to be received no later than September 17, 2025. A.B. Data has been monitoring all mail delivered to the post office box. As of the date of this Declaration, A.B. Data has not received any requests for exclusion.

9.     Settlement Class Members seeking to object to the Settlement, the proposed Plan of Allocation, or Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses are required to submit their objection in writing such that the request is received by the Parties and filed with the Court no later than September 16, 2025. As of the date of this Declaration, A.B. Data has not received any objections.

## UPDATE ON CLAIMS RECEIVED TO DATE

10.     Pursuant to the Preliminary Approval Order, Proof of Claims are to be submitted no later than September 2, 2025. As of the date of this Declaration, A.B. Data has received 6,281 Proof of Claims.

11.     The Claims received, both before and after the claim filing deadline, will be subject to a comprehensive review under A.B. Data's standard claims-processing procedures, which will identify any deficiencies in the Claims received. A.B. Data will then communicate with Claimants with deficient, but correctable, Claims to bring those Claims into compliance. Thus, A.B. Data is unable to report on the number of valid Claims submitted at this time. After all Claims have been fully processed, quality assurance reviews performed, and final administrative determinations have been made, A.B. Data will present its administrative report on the Claims received for the Settlement to the Court, along with a proposed plan for distribution, and will ultimately mail or

wire Authorized Claimants their *pro rata* share of the Net Settlement Fund, as calculated under the Plan of Allocation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd  day of October 2025.

Rochelle J. Teichmiller