**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

CHRISTIAN A. FELIPE,

    *Plaintiff*,

       v.

PLAYSTUDIOS, INC., *et al.*,

    *Defendants*.

Case No: 2:22-cv-01159-RFB-NJK

**HON. RICHARD F. BOULWARE II**

CLASS ACTION

**ORDER GRANTING LEAD PLAINTIFFS' MOTION FOR DISTRIBUTION OF THE NET SETTLEMENT FUND**

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1.  Lead Plaintiffs' Motion for Distribution of the Net Settlement Fund (ECF No. 193) is **GRANTED**.

2.  The funds that are currently in the Net Settlement Fund[1] (less any necessary amounts to be withheld for payment of potential tax liabilities and related fees and expenses) shall be distributed on a *pro rata* basis to the Authorized Claimants, identified in Exhibits D and E to the Declaration of Rochelle J. Teichmiller in Support of Lead Plaintiffs' Motion for Distribution of the Net Settlement Fund. The funds shall be distributed pursuant to the Stipulation and the Plan of Allocation of the Net Settlement Fund set forth in the Notice of Pendency and Proposed Settlement of Class Action.

3.  Any person asserting claims filed after April 10, 2026, or any responses to rejected claims after September 1, 2025, the dates used to finalize the administration by A.B. Data, Ltd. ("A.B. Data"), the Court-appointed Claims Administrator, are finally and forever barred from asserting such claims.

4.  The Court finds that the administration of the Settlement and proposed distribution

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated March 6, 2025 (Dkt. No. 164-2, the "Stipulation").

of the Net Settlement Fund comply with the terms of the Stipulation and the Plan of Allocation, and that all persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims submitted herein, or otherwise involved in the administration or taxation of the Settlement Fund or the Net Settlement Fund (including, but not limited to Lead Counsel and A.B. Data) are released and discharged from any and all claims arising out of such involvement, and all Class Members are barred from making any further claims against the Net Settlement Fund or the Released Parties beyond the amount allocated to them pursuant to this Order.

5.      The checks for distribution to Authorized Claimants shall bear the notation "DEPOSIT PROMPTLY, VOID AND SUBJECT TO RE-DISTRIBUTION IF NOT NEGOTIATED WITHIN 90 DAYS OF DISTRIBUTION." Lead Counsel and A.B. Data are authorized to locate and/or contact any Authorized Claimant who has not cashed his, her, or its check within said time.

6.      A.B. Data is hereby ordered to discard paper or hard copies of Claims Forms and all supporting documents not less than one (1) year after the distribution of the Net Settlement Fund, and electronic copies of the same not less than three (3) years after all distributions of the Net Settlement Fund to the eligible claimants.

7.      This Court retains jurisdiction over any further application or matter which may arise in connection with this action.

**DATED**: June 26, 2026.

_____
HON. RICHARD F. BOULWARE II
UNITED STATES DISTRICT JUDGE

ORDER GRANTING LEAD PLAINTIFFS' MOTION FOR
DISTRIBUTION OF THE NET SETTLEMENT FUND
2:22-CV-01159-RFB-NJK